# United States District Court

**Southern** DISTRICT OF **Florida**

Sherry Martin
   Plaintiff

V.

Page Brothers Associates Inc.,
a Florida Corporation, d/b/a
Coral Springs Auto Mall
   Defendant

TO: (Name and address of defendant)

Kenneth E Page, Registered Agent
Page Brothers Associates Inc
9300 West Atlantic Blvd Bldg 4
Coral Springs, FL 33071

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CIV - FERGUSON**

**00-6037**

MAGISTRATE JUDGE
**SNOW**

NIGHT BOX
FILED

JAN 7 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LORING N. SPOLTER, P.A.
ATTORNEY AT LAW
INTERNATIONAL BUILDING
2455 E. SUNRISE BLVD., STE. 807
FORT LAUDERDALE, FL 33304
(954) 728-3494

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE  Jan 7, 2000

2/BR