# United States District Court

_Southern_ DISTRICT OF _Florida_

Sherry Martin
  Plaintiff

V.

Page Brothers Associates Inc.,
a Florida Corporation, d/b/a
Coral Springs Auto Mall
  Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 00-6037

MAGISTRATE JUDGE
SNOW

TO: (Name and address of defendant)

Kenneth E Page, Registered Agent
Page Brothers Associates Inc
9300 West Atlantic Blvd Bldg 4
Coral Springs, FL 33071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LORING N. SPOLTER, P.A.
ATTORNEY AT LAW
INTERNATIONAL BUILDING
2455 E. SUNRISE BLVD., STE. 807
FORT LAUDERDALE, FL 33304
(954) 728-3494

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE _Jan 7, 2000_

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  3-1-00@ 4:10pm |
| NAME OF SERVER (PRINT)  SANDY QUINONES | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): ___CORPORATE SERVE: BY SERVING KENNETH E. PAGE,___
___TEH LISTED REGISTERED AGENT___

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3-7-00___
              Date

Signature of Server

Address of Server: c/o PRO-VEST, INC. 1335 ST. TROPEZ CIR. #107
WESTON, FL. 33326

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Pro-Vest Inc.**
1335 ST. TROPEZ CIR. #107 • Weston, Florida 33326 • (954) 385-6420 • FAX (954) 385-6422

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

**PLAINTIFF** SHERRY MARTIN -VS- **DEFENDANT** PAGE BROTHERS ASSOCIATES, INC.

**DEFENDANT TO BE SERVED:** KENNETH E. PAGE, RA, PAGE BROTHERS ASSOCIATES, INC.

**CASE NO** 00-6037   **TYPE OF PROCESS:** (X) SUMMONS & COMPLAINT ( ) NOTICE OF LIS PENDENS ( ) OTHER

Received this process on the 14th day of FEBRUARY 2000 at 6:00pm AM/PM

I (X) served   ( ) not served   the within named defendant   9330 WEST ATLANTIC BLVD.

**TIME:** 4:10pm  **DATE** 3/1/00  **ADDRESS WHERE SERVED (OR ATTEMPTED)** CORAL SPRINGS, FL. 33071

(X) **INDIVIDUAL SERVICE**...By delivering to the within named defendant a true copy of this process with the date and hour of service endorsed by me, and, at the same time I delivered to the within named defendant a copy of the complaint.

( ) **SUBSTITUTE SERVICE**...By leaving a true copy of this process with the date and hour of service endorsed by me and a copy of the complaint by leaving the copies at (his/her) usual place of abode, with some person residing therein who is fifteen years of age or older to wit: (Name)_____, (Relationship)_____, and informing such person of their contents, pursuant to F.S. 48.031.

(X) **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE**...By delivering a true copy of the process with the date and hour of service endorsed by me and a copy of the complaint to: KENNETH E. PAGE as (title) REGISTERED AGENT of said entity.

( ) In absence of the president, vice-president, other head of the corporation, cashier, treasurer, secretary, general manager director, officer or business agent residing in the state as defined by F.S. 48.081.

( ) For failure of the Registered Agent to be his/her designated place for service pursuant to 48.091 and by serving the above named person as employee of said corporation at the corporations place of business.

( ) **NON-SERVICE**...By returning the same this ____ day of _____, _____ for the reason that after due and diligent search through the following methods the within named could not be located: Immediate neighbors, telephone book and information operator, U.S. Postal search, local credit bureaus, Drivers license and Department of Motor Vehicles.

**CONTINUOUS MARRIAGE**
YES _____ NO _____

**COMMENTS:**

1. ( ) At the time of service, defendant/subject was asked if defendant is presently in the military service of the United States Government and the reply was that:

   ( ) he was ( ) he was not ( ) she was ( ) she was not

2. ( ) At the time of service defendant/subject was asked if defendant was married during the period defendant owned the property at:
   _____

   and the reply was that: ( ) he was ( ) he was not ( ) she was ( ) she was not

   If so, spouse's name and address: Name:_____ Address:_____

I hereby certify that I am not a party to the above action or suit and I am over the age of 18 years and the above affidavit is true and correct.

SANDY QUINONES

SHERIFF APPT # 394
Duly Appointed and Qualified Pursuant to F.S. 48.021 (2).
County BROWARD
(X) SERVER PERSONALLY KNOWN TO ME
( ) SERVER PRODUCED _____ AS ID

Sworn to and Subscribed before me this 7 day of march 00

NOTARY PUBLIC

LORI L. HALULA-EYER
MY COMMISSION # CC 608973
EXPIRES: December 21, 2000
Bonded Thru Notary Public Underwriters