IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

      Plaintiffs,

vs.

PAGE BROTHERS ASSOCIATES INC,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

      Defendant.
_____/

## DEFENDANT CORAL SPRINGS AUTO MALL'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO COMPLAINT

The defendant, Coral Springs Auto Mall (the "Mall"), moves for the entry of an order granting it a fourteen-day enlargement of time, up to and including April 4, 2000, within which to serve its response to the Complaint filed by the plaintiff, Sherry Martin ("Martin"). In support of this motion, the Auto Mall states:

1.    Martin served her Complaint upon the Mall on March 1, 2000, in the above-styled matter. The Complaint raises a number of legal and factual issues, including the availability of certain defenses.

2.    From the date Martin's Complaint was served through the present, the undersigned counsel, as well as lead trial counsel, Cathy M. Stutin, have been busily engaged in the press of other matters, including trial preparation and other professional commitments. As the Mall's response is currently due to be served on March 21, 2000, counsel for the Mall will not have adequate



opportunity to fully confer with their client, make reasonable inquiry into the facts and legal issues raised in the voluminous Complaint in satisfying their obligations under Federal Rule of Civil Procedure 11, and prepare a response.

3. For the foregoing reasons, the Mall respectfully requests a fourteen-day enlargement of time, up to and including April 4, 2000, within which to serve its response to the Complaint (whether by way of motion or answer).

4. No party will be prejudiced by the granting of this motion nor will it delay the trial of this matter.

5. Counsel for the Mall has conferred with Loring N. Spolter, counsel for Martin, who has indicated that he has no objection to the granting of this motion.

**WHEREFORE,** the Mall respectfully requests the entry of an order granting it a fourteen-day enlargement of time, up to and including April 4, 2000, within which to serve its response to the Complaint.

Date: March 17, 2000

Respectfully submitted,

FISHER & PHILLIPS LLP
2300 NationsBank Tower
One Financial Plaza
Fort Lauderdale, Florida 33394
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

By: _____
Cathy M. Stutin
(Fla. Bar No. 0865011)
(e-mail: cstutin@laborlawyers.com)
Karen M. Kahane
(Fla. Bar No. 0067644)
(e-mail: kkahane@laborlawyers.com)

**CERTIFICATE OF SERVICE**

I certify that on this date I caused a true and correct copy of the foregoing **DEFENDANT CORAL SPRINGS AUTO MALL'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO COMPLAINT** to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

> Loring N. Spolter, Esquire
> International Building
> 2455 E. Sunrise Boulevard, Suite 807
> Ft. Lauderdale, Florida 33304

Date: March 17, 2000