UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

SHERRY MARTIN,                           CASE NO. 00-6037-CIV-FERGUSON
                                         Magistrate Judge Snow
    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES, INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

### NOTICE OF UNAVAILABILITY

Please take notice that counsel for the defendant, Cathy M. Stutin, will be out of town and unavailable from July 3, 2000 through and including July 7, 2000. Counsel requests that no meetings, hearings, depositions, or other matters be scheduled on those days.

Date: April 5, 2000

FISHER & PHILLIPS LLP          By: _____
2300 One Financial Plaza           James C. Polkinghorn
Fort Lauderdale, Florida 33394     (Fla. Bar No. 0376892)
(954) 525-4800                     Cathy M. Stutin
(954) 525-8739                     (Fla. Bar No. 0865011)

                                            Attorneys for Defendant

NON-COMPLIANCE OF S.D. Fla. L.R. _____



## CERTIFICATE OF SERVICE

I certify that on this date I caused a true and correct copy of the foregoing to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

>Loring N. Spolter, Esquire
>International Building
>2455 E. Sunrise Boulevard
>Suite 807
>Fort Lauderdale, Florida 33304

Date: April 5, 2000