# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**HONORABLE WILKIE D. FERGUSON, JR.**

**CIVIL MINUTES**

1. Case No. OO-6037     Date: 5/15/00
2. Style S. Martin v. Page Bros. d/b/a Coral Sprgs. Auto Mall
3. Plaintiff's Counsel: Loring Spolter
4. Defendant's Counsel: Cathy Stutin
5. Type of Proceeding: Status Conf.
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes T.P will be set for May 7. (2001) Scheduling Order will follow. Discussion of pending motion to compel.

Law Clerk:         Derek Lewis
Courtroom Deputy:  Troy Walker
Courtroom Reporter: Paul Haferling