UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

SHERRY MARTIN,

Plaintiff,

v.

PAGE BROTHERS ASSOCIATES,
INC., a Florida corporation, d/b/a
CORAL SPRINGS AUTO MALL,

Defendant.
_____/

CASE NO. 00-6037-CIV-FERGUSON
Magistrate Judge Snow

## DEFENDANT'S NOTICE TO THE COURT OF THE PARTIES' RESOLUTION OF PLAINTIFFS'S MOTION TO COMPEL

The defendant, Page Brothers Associates, Inc. ("Page"), hereby provides notice to the Court that the plaintiff, Sherry Martin ("Martin"), has advised counsel for Page that she is withdrawing her Motion to Compel Pursuant to Plaintiff's First Request for Production of Documents and states as follows:

1.  Martin served her Motion to Compel Pursuant to Plaintiff's First Request for Production of Documents upon Page on May 2, 2000.

2.  Page's response to Martin's Motion to Compel Pursuant to Plaintiff's First Request for Production of Documents is due on May 19, 2000.

3.  The parties, however, have resolved all the discovery disputes presented in Martin's Motion to Compel Pursuant to Plaintiff's First Request for Production of Documents. (See Mr. Loring Spolter's Letter at Tab A).

4.  Therefore, by letter dated May 17, 2000, Martin's counsel has expressed Martin's desire to withdraw her Motion to Compel Pursuant to Plaintiff's First Request for Production of Documents. (See Mr. Loring Spolter's Letter at Tab A).

Date: May 19, 2000

FISHER & PHILLIPS LLP  
2300 NationsBank Tower  
One Financial Plaza  
Fort Lauderdale, Florida 33394  
Tel: (954) 525-4800  
Fax: (954) 525-8739

By:_____  
James C. Polkinghorn  
(Fla. Bar No. 0376892)  
Cathy M. Stutin  
(Fla. Bar No. 0865011)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on this date I caused a true and correct copy of the foregoing **DEFENDANT'S NOTICE TO THE COURT OF THE PARTIES' RESOLUTION OF PLAINTIFFS'S MOTION TO COMPEL** to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

>   Loring N. Spolter, Esquire  
>   International Building  
>   2455 E. Sunrise Boulevard, Suite 807  
>   Ft. Lauderdale, Florida 33304

Date: May 19, 2000

# LORING N. SPOLTER, P.A.
ATTORNEY AT LAW
INTERNATIONAL BUILDING
2455 E. SUNRISE BOULEVARD, SUITE 807
FORT LAUDERDALE, FLORIDA 33304
(954) 728-3494 • FAX (954) 563-2252

ADMITTED TO PRACTICE
FLORIDA
NEW YORK
CONNECTICUT

May 17, 2000

VIA FAX TRANSMISSION & U.S. MAIL

Francisco Lopez, Jr., Esq.
Fisher & Phillips, LLP
2300 NationsBank Tower
One Financial Plaza
Ft. Lauderdale, FL 33394

Re:   Martin v. Page Brothers Associates, Inc.

Dear Mr. Lopez:

I am in receipt of your faxed correspondence of this date. I agree that we have resolved our discovery disputes and will file a Notice to Withdraw Motion to Compel.

My response to Defendant's Request for Production was mailed earlier today. With the exception of matters involving attorney / client privilege, I have made no objections to your requests. I have asked my client to provide me with all that you requested and within one week or so, should have to me all that you have requested for all those documents in which she is in possession or has control over.

I have signed the confidentiality agreement. An original containing my signature is enclosed with this letter.

Very truly yours,

LORING N. SPOLTER