UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

**PLAINTIFF'S MOTION TO WITHDRAW HER MOTION TO COMPEL PURSUANT TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff, SHERRY MARTIN ("Martin"), through her undersigned attorneys, files this Motion to Withdraw Her Motion to Compel Discovery Pursuant to Plaintiff's First Request for Production of Documents, and states:

The Defendant in this matter has agreed to provide all of the documents that it objected to, thereby rendering Martin's Motion to Compel moot.

Respectfully submitted,

LORING N. SPOLTER, P.A.
2455 E. Sunrise Blvd.
Suite 807
Fort Lauderdale, Florida 33304
Tel. (954) 728-3494
Fax. (954) 563-2252

By: _____
    Loring N. Spolter Esq.
    Fla. Bar No. 0864196

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing had been duly furnished by U.S. mail to: Cathy Stutin, Esq., Fisher & Phillips, P.A., Attorneys for Defendant, One Financial Plaza, Suite 2300, Fort Lauderdale, Florida 33304, this ____ day of May, 2000.

By: _____
Loring N. Spolter Esq.
Fla. Bar No. 0864196