IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES, INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.

_____/



### NOTICE OF SELECTION OF MEDIATOR

    Plaintiff, SHERRY MARTIN, by and through her undersigned counsel and pursuant to Federal Rule

of Civil Procedure 16 and Southern District Local Rule 16.2, hereby notifies the Court that in accordance

with the Order of Referral to Mediation dated June 12, 2000, the parties hereby agree on Karen Evans, Esq.

as mediator in this cause.

               Respectfully submitted,

               Loring N. Spolter, Esq.
               Fla. Bar No. 0864196
               Loring N. Spolter, P.A.
               International Building
               2455 East Sunrise Boulevard, Suite 807
               Fort Lauderdale, Florida 33304
               Telephone: (954) 728-3493
               Telecopier: (954) 563-2252

1



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

U.S. Mail to Cathy M. Stutin, Esq., Fisher & Phillips, 2300 NationsBank Tower, One Financial

Plaza, Ft. Lauderdale, FL 33394, this 27th day of June, 2000.

LORING N. SPOLTER