OCT 2 5 2000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHERRY MARTIN,                                    CASE NO. 00-6037-CIV-FERGUSON

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES
INC., a Florida corporation, d/b/a
CORAL SPRINGS AUTO MALL,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO AMEND SCHEDULING ORDER

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion to Amend Trial Date, Discovery Deadline, and Other Scheduling Dates [D.E. 20]. It is

**ORDERED AND ADJUDGED** that the motion is **GRANTED IN PART AND DENIED IN PART**. Accordingly the discovery period is extended until March 31, 2001, pre-trial motions must be filed by April 14, 2001, joint pre-trial stipulation must be filed by April 30, 2001, and the pre-trial conference set for April 2, 2001 at 4:15 p.m. is canceled. **All other deadlines remain in effect pursuant to the June 12, 2000 Order Setting Trial Date and Discovery Schedule** [D.E. 17].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 25TH day of October, 2000.



_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Loring N. Spolter, Esq.
Francisco Lopez, Esq.