UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

SHERRY MARTIN,  CASE NO. 00-6037-CIV-FERGUSON
Magistrate Judge Snow

Plaintiff,

v.

PAGE BROTHERS ASSOCIATES,
INC., a Florida corporation, d/b/a
CORAL SPRINGS AUTO MALL,

Defendant.

_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND TRIAL DATE, DISCOVERY DEADLINE, AND OTHER SCHEDULING DATES

Defendant, Page Brothers Associates, Inc. ("Page"), hereby responds to the Motion to Amend Trial Date, Discovery Deadline, and Other Scheduling Dates filed by plaintiff, Sherry Martin ("Martin") as follows:

In paragraph 5 of her motion, Martin states that "[t]he parties need more time to prepare their respective cases . . . ." Page, however, wishes to clarify that while it does not plan to oppose Martin's motion, Page is prepared to proceed in accordance with the Court's original timetable and does not need more time to prepare its case.

Date: October 23, 2000

FISHER & PHILLIPS LLP  By:_____
2300 Bank of America Tower  James C. Polkinghorn
One Financial Plaza  (Fla. Bar No. 0376892)
Fort Lauderdale, Florida 33394  Cathy M. Stutin
Tel: (954) 525-4800  (Fla. Bar No. 0865011)
Fax: (954) 525-8739  Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on this date I caused a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND TRIAL DATE, DISCOVERY DEADLINE, AND OTHER SCHEDULING DATES** to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

>Loring N. Spolter, Esquire
>International Building
>2455 E. Sunrise Boulevard, Suite 807
>Ft. Lauderdale, Florida 33304

Date: October 23, 2000