COPIES NOT PROVIDED
NON-COMPLIANCE OF S.D. fla. L.R.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES, INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

## NOTICE OF NON-AVAILABILITY OF COUNSEL

LORING N. SPOLTER, undersigned counsel, hereby files this notice of Non-Availability for the dates of:

* Wednesday, December 20, 2000 through Thursday, January 4, 2001.

* Friday, January 26, 2001 through Monday, February 5, 2001.

* Tuesday, March 6, 2001 through Friday, March 16, 2001.

* Wednesday, June 20, 2001 through Monday, July 2, 2001.

Counsel will be out of the state on the above mentioned dates and will be unavailable for Court trials or Court hearings or to respond to motions or pleadings.

Further, Counsel respectfully requests that no Court trials or hearings be set for this time, that no motions or pleadings be filed or mailed on these dates, and that no motions or pleadings be filed which have deadline dates for the stated time periods.

Respectfully submitted,

Loring N. Spolter, Esq.
Fla. Bar No.0864196
International Building, Suite 807
2455 East Sunrise Boulevard
Fort Lauderdale, Florida 33304

Telephone: (954) 728-3493
Telecopier: (954) 563-2252

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Cathy M. Stutin, Esq., Fisher & Phillips, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394, this ____ day of November, 2000.

LORING N. SPOLTER