

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHERRY MARTIN,                                Case No. 00-6037-CIV-FERGUSON

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES INC., a
Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

### ORDER OF REFERENCE TO MAGISTRATE

**THIS CAUSE** is before the court sua sponte. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that all pending and future pre-trial non-dispositive motions are **REFERRED** to **Chief United States Magistrate Judge Lurana S. Snow** to take all necessary and proper action as required by law. Further, all pending and future dispositive motions [except summary judgment motions] are **REFERRED** for a Report and Recommendation to this Court.

The parties are notified that all subsequent pleadings regarding matters referred to the Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the Magistrate Judge to which the matter has been referred.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _____ day of December, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lurana S. Snow, U.S. Magistrate Judge
Loring N. Spolter, Esq.
Cathy Stutin, Esq.