IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES, INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

## NOTICE OF DISCLOSURE OF WITNESS LIST BY PLAINTIFF

The Plaintiff, by and through undersigned counsel, hereby notifies this Honorable Court that on the date specified below, the Plaintiff did provide Defendant with the attached witness list.

Respectfully submitted,

Loring N. Spolter, Esq.
International Building
2455 East Sunrise Boulevard, Suite 807
Fort Lauderdale, Florida 33304
Telephone: (954) 728-3493
Telecopier: (954) 563-2252
Fla. Bar No.0864196



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Cathy M. Stutin, Esq., Fisher & Phillips, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394, this ____ day of _____, 2001.

_____
LORING N. SPOLTER

**MARTIN v. PAGE BROTHERS ASSOCIATES, INC.**

CASE NO. 00-6037-CIV-FERGUSON/SNOW

**PLAINTIFF'S WITNESS LIST**

1. Sherry Martin
   867 S.W. 9th Terrace
   Boca Raton, FL 33486

2. Dr. Jane Skelton, M.D.
   1001 N.W. 13th Street
   Suite 201
   Boca Raton, FL 33486

3. Dr. Peter Radice, M.D.
   Comprehensive Cancer Care Specialists
   21020 State Road 7
   Boca Raton, FL 33428

4. James Cocchiola
   c/o Page Brothers Associates, Inc.
   Coral Springs Auto Mall
   9300 W. Atlantic Blvd.
   Coral Springs, FL 33071

5. Chris Schell
   c/o Page Brothers Associates, Inc.
   Coral Springs Auto Mall
   9300 W. Atlantic Blvd.
   Coral Springs, FL 33071

6. John Perry
   c/o Page Brothers Associates, Inc.
   Coral Springs Auto Mall
   9300 W. Atlantic Blvd.
   Coral Springs, FL 33071

7. Steve Taborsky
   c/o Page Brothers Associates, Inc.
   Coral Springs Auto Mall
   9300 W. Atlantic Blvd.
   Coral Springs, FL 33071

8. All rebuttal witnesses

9. All witnesses on Defendant's Witness List
10. All witnesses needed for impeachment

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Cathy M. Stutin, Esq., Fisher & Phillips, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394, this 25 day of January, 2001.

LORING N. SPOLTER