UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES,
INC., a Florida corporation, d/b/a
CORAL SPRINGS AUTO MALL,

    Defendant.
_____/

CASE NO. 00-6037-CIV-FERGUSON
Magistrate Judge Snow

## DEFENDANT'S WITNESS LIST

1. Sheryl Lewis
   Coral Springs Auto Mall
   9300 West Atlantic Boulevard
   Coral Springs, Florida 33071
   (954) 755-7400

2. Jim Gilchrist
   Coral Springs Auto Mall
   9300 West Atlantic Boulevard
   Coral Springs, Florida 33071
   (954) 755-7400

3. Steve Taborsky
   11757 N.W. 1st Court
   Coral Springs, Florida 33071
   (954) 755-1306

4. Lee Erwin
   4100 Riverside Drive
   Apartment #2
   Coral Springs, Florida 33065
   (954) 571-0410



5. Ray McDermott
   601 Talavera Road
   Weston, Florida 33326
   (954) 384-4511

6. Alyce Buckley
   39002 Bel Air Drive
   Cathedral City, California 92234

7. James Cocchiola
   6713 S. Parkway Drive
   Margate, Florida 33068
   (954) 969-8552

8. Dennis Creary
   605 S.W. 64th Terrace
   Margate, Florida 33068
   (954) 971-5905

9. Ryan Williams
   1007 Spoonbill Circle
   Fort Lauderdale, Florida 33326
   (954) 389-1345

10. Shawn Lee Erwin
    3588 Coco Lake Drive
    Coconut Creek, Florida 33073
    (954) 571-1410

11. Alvin Thomas, Jr.
    6293 NW 27th Street
    Margate, Florida 33063
    (954) 977-9265

12. Darius Raynor
    2670 SW 8th Street, #7
    Fort Lauderdale, Florida 33317
    (954) 584-9902

13. Dominico Bartalone
    10401 NW 9th Place
    Coral Springs, Florida 33071
    (954) 344-7031

14. John Corcocan
    807 Harbor Inn Drive
    Coral Springs, Florida 33071
    (954) 341-5052

15. John Lawrence
    338 Avondale Drive, #2
    Pompano, Florida 33060
    (954) 943-5987

16. John Perry
    P.O. Box 772217
    Coral Springs, Florida 33077
    (954) 973-5987

17. John Puckett
    4201 W. Atlantic Boulevard, #601
    Coconut Creek, Florida 33066
    (954) 979-8150

18. Hercule Vincent
    3167 NW 69th Court
    Fort Lauderdale, Florida 33309
    (954) 968-3640

19. Records Custodian for Ardmore Acura

20. Records Custodian for Black Forest Garage

21. Records Custodian for Delray Beach Acura

22. Records Custodian for Fort Lauderdale Mitsubishi

23. Department Manager for Fort Lauderdale Mitsubishi

24. General Manager for Fort Lauderdale Mitsubishi

25. Records Custodian for Phil Smith Automotive

26. Service Manager for Phil Smith Automotive

27. Records Custodian for Shaila Wurm

28. All witnesses listed by Plaintiff

29. All rebuttal witnesses

30. All impeachment witnesses

Date:  January 27, 2001

FISHER & PHILLIPS LLP  
2300 Bank of America Tower  
One Financial Plaza  
Fort Lauderdale, Florida  33394  
Tel: (954) 525-4800  
Fax: (954) 525-8739

By: _____  
Cathy M. Stutin  
(Fla. Bar No. 0865011)  
Francisco Lopez, Jr.  
(Fla. Bar No. 0181617)

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on this date I caused a true and correct copy of the foregoing **DEFENDANT'S WITNESS LIST** to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

> Loring N. Spolter, Esquire
> International Building
> 2455 E. Sunrise Boulevard
> Suite 807
> Fort Lauderdale, Florida 33304

Date: January 29, 2001