UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

SHERRY MARTIN,

Plaintiff,

v.

PAGE BROTHERS ASSOCIATES,
INC., a Florida corporation, d/b/a
CORAL SPRINGS AUTO MALL,

Defendant.
_____/

CASE NO. 00-6037-CIV-FERGUSON
Magistrate Judge Snow

## NOTICE OF UNAVAILABILITY

Please take notice that counsel for the defendant, Cathy M. Stutin, will be out of town and unavailable from March 5 through and including March 9, 2001. Counsel requests that no meetings, hearings, depositions, or other matters be scheduled on those days.

Date: February ___, 2001

FISHER & PHILLIPS LLP
2300 Bank of America Tower
One Financial Plaza
Fort Lauderdale, Florida 33394
Tel: (954) 525-4800
Fax: (954) 525-8739

By: _____
Cathy M. Stutin
(Fla. Bar No. 0865011)
Francisco Lopez, Jr.
(Fla. Bar No. 0181617)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on this date I caused a true and correct copy of the foregoing to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

>Loring N. Spolter, Esquire
>International Building
>2455 E. Sunrise Boulevard
>Suite 807
>Fort Lauderdale, Florida 33304

Date: February __, 2001