

FILED by ___ D.C.
FEB 9, 2001
CLARENCE MADDOX
C...  U.S. DIST.
S.D. OF FLA. FT. LAUD.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION



CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

    Plaintiffs,

vs.

PAGE BROTHERS ASSOCIATES INC,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/



It is ORDERED that this Motion is hereby GRANTED (NUNC PRO TUNC)
WILKIE D. FERGUSON, JR.
02/06/01
DATE

### DEFENDANT CORAL SPRINGS AUTO MALL'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO COMPLAINT

The defendant, Coral Springs Auto Mall (the "Mall"), moves for the entry of an order granting it a fourteen-day enlargement of time, up to and including April 4, 2000, within which to serve its response to the Complaint filed by the plaintiff, Sherry Martin ("Martin"). In support of this motion, the Auto Mall states:

1.     Martin served her Complaint upon the Mall on March 1, 2000, in the above-styled matter. The Complaint raises a number of legal and factual issues, including the availability of certain defenses.

2.     From the date Martin's Complaint was served through the present, the undersigned counsel, as well as lead trial counsel, Cathy M. Stutin, have been busily engaged in the press of other matters, including trial preparation and other professional commitments. As the Mall's response is currently due to be served on March 21, 2000, counsel for the Mall will not have adequate