IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHERRY MARTIN,

        Plaintiff,

vs.                          CASE NO. 00-6037-CIV-FERGUSON/SNOW

PAGE BROTHERS ASSOCIATES INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

        Defendant.
_____/

## JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE MEDIATION AND INCORPORATED MEMORANDUM OF LAW

The defendant, Page Brothers Associates Inc. (the "Page Brothers"), and the plaintiff, Sherry Martin ("Martin"), move for the entry of an order granting them an enlargement of time, up to and including March 31, 2001, within which to complete mediation. In support of this motion, the parties state as follows:

1.    On June 12, 2000, the parties were ordered by the Court to complete mediation on or before March 7, 2001.

2.    Discovery, however, does not close until March 31, 2001, and the parties believe that mediation would be more effective after all discovery is completed.

3.    Accordingly, the parties respectfully request an enlargement of time up to and including March 31, 2001, in order to complete mediation.

4.    This enlargement is sought in good faith and not for purposes of delay. Moreover, this enlargement does not prejudice any party.



5. Under 6(b) of the Federal Rules of Civil Procedure, "[w]hen ... by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion ... order the period enlarged if request therefor is made before the expiration of the period originally prescribed. ..." In this case, the Court should exercise its discretion and grant the parties an enlargement of time to complete mediation so that they have time to engage in further discovery before the time for mediation expires.

For the foregoing reasons, the parties respectfully request that this Court grant the parties' joint motion for an enlargement of time to complete mediation according to the date set forth above.

Dated: February 23, 2001

Loring N. Spolter, P.A.

By: _____
Loring N. Spolter, Esquire
(Fla. Bar No. 864196)
International Building, Ste. 807
2455 E. Sunrise Boulevard
Fort Lauderdale, Florida 33304
Telephone: (954) 728-3494
Facsimile: (954) 563-2252

Attorneys for Plaintiff

Dated: February 22, 2001

Fisher & Phillips LLP

By: _____
Cathy M. Stutin
(Fla. Bar No. 0865011)
Francisco Lopez, Jr.
(Fla Bar No. 0181617)
2300 Bank of America Tower
Ft. Lauderdale, FL 33394
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

Attorneys for Page Brothers

Dated: February 23, 2001