IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAR 6 200:

SHERRY MARTIN,

    Plaintiff,

vs.                  CASE NO. 00-6037-CIV-FERGUSON/SNOW

PAGE BROTHERS ASSOCIATES INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

### ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE MEDIATION

**THIS CAUSE** having come before the Court upon the parties' Joint Motion for Enlargement of Time to Complete Mediation and Incorporated Memorandum of Law and the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Joint Motion for Enlargement of Time to Complete Mediation is hereby **GRANTED**. The parties shall have up to and including March 31, 2001, to complete mediation.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _6th_ day of _March_, 2001.

WILKIE D. FERGUSON, JR.
United States District Judge

Copies furnished to counsel on the attached service list.

Martin v. Page Brothers Associates Inc.,
a Florida corporation, d/b/a Coral Springs Auto Mall
Case No. 00-6037-CIV-FERGUSON/SNOW

<u>Counsel for Plaintiff</u>
Loring N. Spolter, Esquire
International Building
2455 E. Sunrise Boulevard, Suite 807
Ft. Lauderdale, Florida 33304

<u>Counsel for Defendant</u>
Cathy M. Stutin, Esquire
Francisco Lopez Jr., Esquire
Fisher & Phillips LLP
Suite 2300
One Financial Plaza
Ft. Lauderdale, Florida 33394