IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)



CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES, INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

### MOTION TO MEDIATE SAID CASE ON APRIL 19TH, 2001

Plaintiff, SHERRY MARTIN, by and through undersigned counsel, hereby moves this Honorable Court to permit the parties to participate in Mediation on April 19th, 2001 and as good cause states the following:

1) The Court originally ordered the parties to mediate this case by

2) The Parties filed a Joint Motion moving the Court to extend the mediation cut-off date, stating that discovery had not yet been completed and that mediation, if held at the originally set deadline date, would be premature and as such, would likely lead to an impasse.

3) The Court did on March 6, 2001, extend the mediation deadline until March 31, 2001.

4) As a result of the Court Order, the parties conferred on dates of availability. Defense Counsel and the Defendant provided the undersigned with a limited number of dates that each was available to attend mediation. The undersigned then contacted a number of Federally Certified Mediators to schedule such a session at the soonest possible date.

5) Mediator Leslie Langbein, one of the Mediators who was mutually acceptable to the parties, offered the "soonest" open date of April 19th, 2001, a date which accommodated the scheduling needs of all parties concerned.



6) The undersigned has secured April 19th, 2001 as the date in which said case will be mediated.

7) Mediation date is set well before a November 7th, 2001 trial window, set by the Court's Amended Scheduling Order. Neither party will be prejudiced by the date of mediation.

WHEREFORE, the undersigned moves that this Honorable Court permit the parties to mediate said case on April 19, 2001, a date beyond that set by the Court's March 6th order setting March 31, 2001 as the Mediation deadline date.

Respectfully submitted,

_____
Loring N. Spolter, Esq.
Fla. Bar No.0864196
Loring N. Spolter, P.A.
International Building
2455 East Sunrise Boulevard, Suite 807
Fort Lauderdale, Florida 33304
Telephone: (954) 728-3493
Telecopier: (954) 563-2252

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Cathy M. Stutin, Esq., Fisher & Phillips, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394, this ___ day of _____, 2001.

LORING N. SPOLTER

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES, INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

### ORDER ON MOTION TO MEDIATE SAID CASE ON APRIL 19TH, 2001

THIS CAUSE having come on to be heard on Plaintiff's Motion to Mediate Said Case on April 19th, 2001, and the Court having heard argument of counsel, and being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby

DONE AND ORDERED in ___ Open Court / ___ In Chambers, at this ___ day of _____, 2001.

_____
WILKIE D. FERGUSON, JR.
United States District Court Judge

copies furnished:
Loring N. Spolter, Esq.
Cathy Stutin, Esq.