UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHERRY MARTIN,

        Plaintiff,

v.

PAGE BROTHERS ASSOCIATES,
INC., a Florida corporation, d/b/a
CORAL SPRINGS AUTO MALL,

        Defendant.
_____/

CASE NO. 00-6037-CIV-FERGUSON
Magistrate Judge Snow

FILED BY
2001 MAR 29   PM 12:51
CLERK U.S. DIST. CT.
S.D. OF FLA - FT.L

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL STIPULATION

The defendant, Page Brothers Associates, Inc., a Florida corporation, d/b/a Coral Springs Auto Mall, responds to the Plaintiff's Motion for Extension of Time to File Joint Pretrial Stipulation as follows:

Although the plaintiff did not consult with counsel for the defendant prior to filing the motion for extension of time, the defendant does not object to the requested extension. The defendant, however, strenuously objects to and denies the plaintiff's recitation of the "Background" of this case. Further, the plaintiff's statement that "the Defendant has taken the position in this litigation that Martin was terminated because she took too many days off of work" is erroneous. The defendant's position is that the plaintiff was discharged based on her poor customer handling and customer service scores.



Date: March 2〜, 2001

FISHER & PHILLIPS LLP
2300 Bank of America Tower
One Financial Plaza
Fort Lauderdale, Florida 33394
Tel: (954) 525-4800
Fax: (954) 525-8739

Respectfully submitted,

By: _____
Cathy M. Stutin
(Fla. Bar No. 0865011)
Francisco Lopez, Jr.
(Fla. Bar No. 0181617)

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on this date I caused a true and correct copy of the foregoing to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

> Loring N. Spolter, Esquire
> International Building
> 2455 E. Sunrise Boulevard
> Suite 807
> Fort Lauderdale, Florida 33304

Date: March 22, 2001

3