**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION**

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

        Plaintiffs,

vs.

PAGE BROTHERS ASSOCIATES INC,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

        Defendant.
_____/

### DEFENDANT CORAL SPRINGS AUTO MALL'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

The defendant, Coral Springs Auto Mall (the "Mall"), moves for the entry of an order granting it a six-day enlargement of time, up to and including April 5, 2001, within which to serve its memorandum in opposition to Plaintiff's Motion to Compel Discovery Pursuant to Plaintiff's Sixth Request for Production of Documents to Defendant ("Motion"). In support of this motion, the Auto Mall states:

1. On March 14, 2001, the plaintiff served her Motion on the Mall.

2. From the date the plaintiffs' Motion was served through the present, counsel for the Mall has been busily engaged in the press of other matters. Additionally, counsel for the Mall, is presently out of town on a previously scheduled vacation and is not due to return until next week. As the Mall's memorandum in opposition is due to be served today, March 30, 2001, counsel for the



Mall will not have adequate opportunity to prepare its response within the time frame prescribed by the local rules of this Court.

3. For these reasons, the Mall respectfully requests a six-day enlargement of time, up to and including April 5, 2001, within which to serve its memorandum in opposition to the Motion.

4. This enlargement is sought in good faith and not for purposes of delay. Moreover, this enlargement does not prejudice any party.

5. The undersigned counsel has conferred with Loring Spolter, counsel for the plaintiff, who has indicated that he has no objection to this Motion.

**WHEREFORE,** the Mall respectfully requests the entry of an order granting it a six-day enlargement of time, up to and including April 5, 2001, within which to serve its memorandum in opposition to the plaintiff's Motion.

Date: March 30, 2001

Respectfully submitted,

FISHER & PHILLIPS LLP
2300 NationsBank Tower
One Financial Plaza
Fort Lauderdale, Florida 33394
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

By: _____
Cathy M. Stutin
(Fla. Bar No. 0865011)
(e-mail: cstutin@laborlawyers.com)
Karen M. Kahane
(Fla. Bar No. 0067644)
(e-mail: kkahane@laborlawyers.com)

2

**CERTIFICATE OF SERVICE**

I certify that on this date I caused a true and correct copy of the foregoing **DEFENDANT CORAL SPRINGS AUTO MALL'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

> Loring N. Spolter, Esquire
> International Building
> 2455 E. Sunrise Boulevard, Suite 807
> Ft. Lauderdale, Florida 33304

*/s/ David V. Beckel/*

Date: March 30, 2001