**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by ad D.C.
APR 2 2001

**HONORABLE WILKIE D. FERGUSON, JR.**

**CIVIL MINUTES**

1. Case No. 00-6037                                Date: 4/2/01
2. Style: Martin v. Page Brothers Assoc., Inc.
3. Plaintiff's Counsel: Loring Spolter
4. Defendant's Counsel: Cathy Stutin
5. Type of Proceeding: Pre-trial Conf.
6. Result of hearing:     Motion Granted     Motion Denied
                             ☐                    ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes

Discussion of Amended Scheduling Order w/o Judge's signature. Parties should disregard it.

Law Clerk:         Tori Monroe

Courtroom Deputy:  Troy Walker

Courtroom Reporter: Paul Haferling

