IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

      Plaintiffs,

vs.

PAGE BROTHERS ASSOCIATES INC,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

      Defendant.
_____/

### ORDER GRANTING DEFENDANT CORAL SPRINGS AUTO MALL'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

**THIS CAUSE** having come before the Court upon Defendant Coral Springs Auto Mall's Unopposed Motion for Enlargement of Time to Serve Memorandum In Opposition to Plaintiffs' Motion to Compel, and the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Mall's motion is hereby **GRANTED**. The Mall shall have up to and including April 5, 2001, to serve its memorandum in opposition.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 3rd day of April, 2001.

                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies :      Loring N. Spolter, Esq.
               Cathy M. Stutin, Esq.

