IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)



FILED by _____ D.C.

APR 4 2001

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES, INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.

_____/

### ORDER ON MOTION TO MEDIATE SAID CASE ON APRIL 19TH, 2001

THIS CAUSE having come on to be heard on Plaintiff's Motion to Mediate Said Case on April 19th, 2001, and the Court having heard argument of counsel, and being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby

DONE AND ORDERED in ____ Open Court / ____ In Chambers, at this ____ day of _____, 2001.

_____
WILKIE D. FERGUSON, JR.
United States District Court Judge

copies furnished:
Loring N. Spolter, Esq.
Cathy Stutin, Esq.