FILED by _____ D.C.

APR 4 2001

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHERRY MARTIN,                          Case No. 00-6307-CIV-FERGUSON
                                                         603⁷

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES INC.,

    Defendant.
_____/

### ORDER ON PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

    **THIS CAUSE** came before the Court upon the Plaintiff's Motion for an Extension of Time

to File a Joint Pretrial Stipulation dated March 26, 2001. It is hereby

    **ORDERED AND ADJUDGED** that the motion is **GRANTED**. The parties' Joint Pretrial

Stipulation shall be deemed as filed on April 2, 2001.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _4th_ day of April,

2001.

                                               WILKIE D. FERGUSON, JR.
                                             UNITED STATES DISTRICT JUDGE

Copies provided:
Loring Spolter, Esq.
Cathy Stutin, Esq.