UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHERRY MARTIN,                                    CASE NO. 00-6037-CIV-FERGUSON
                                                  Magistrate Judge Snow

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES, INC., a
Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.

_____/

**NIGHT BOX**
**FILED** **R.**

**APR 16 2001**

CLARENCE MADDOX

## DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT

The defendant, PAGE BROTHERS ASSOCIATES, INC., a Florida corporation, d/b/a

CORAL SPRINGS AUTO MALL ("Page Brothers"), pursuant to Rule 56 of the Federal Rules of

Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the Southern

District of Florida, moves for final summary judgment dismissing this action filed by the plaintiff,

Sherry Martin ("Martin") and, in support, submits the accompanying Statement of Undisputed

Material Facts and Memorandum of Law.

Page Brothers respectfully requests that the Court enter an Order granting final judgment in

its favor and dismissing Martin's complaint in its entirety and with prejudice.

Date:  April 16, 2001

FISHER & PHILLIPS LLP                    By: _____
2300 Bank of America Tower                   Cathy M. Stutin
One Financial Plaza                          (Fla. Bar No. 0865011)
Fort Lauderdale, Florida 33394               Francisco Lopez, Jr.
Telephone: (954) 525-4800                    (Fla. Bar No. 0181617)
Facsimile: (954) 525-8739

                                         Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on this date I caused a true and correct copy of the foregoing **DEFENDANT'S**

**MOTION FOR FINAL SUMMARY JUDGMENT** to be served on the following individual by

depositing same in the United States Mail, First Class, postage prepaid:

Loring N. Spolter, Esquire
International Building
2455 E. Sunrise Boulevard
Suite 807
Fort Lauderdale, Florida 33304

Date: April *16* , 2001