UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHERRY MARTIN,

Plaintiff,

v.

PAGE BROTHERS ASSOCIATES, INC., a
Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

Defendant.

_____/

CASE NO. 00-6037-CIV-FERGUSON
Magistrate Judge Snow



## DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS[1]

The defendant, PAGE BROTHERS ASSOCIATES, INC., a Florida corporation, d/b/a

CORAL SPRINGS AUTO MALL ("Page Brothers"), submits this Statement of Undisputed Material

Facts in support of its motion for summary judgment pursuant to Rule 7.5 of the Local Rules of the

United States District Court for the Southern District of Florida.

1.    Page Brothers is an automobile dealership operating under the name Coral Springs

Honda. It hired Martin as a Service Advisor on May 17, 1998. (Martin 2/13/01 Depo. Ex. 17)[2]

---

[1]For purposes of the instant motion only, Page Brothers does not dispute the facts as stated.
Page Brothers does not, however, thereby waive the right to present controverting evidence or
testimony at trial should this motion be denied.

[2]The relevant excerpts from the February 13, 2001 deposition of the plaintiff, Sherry Martin,
with relevant exhibits, are attached at Tab A.



2.      Martin reported directly to Steve Taborsky, the Honda Service Manager. Taborsky reported to Jim Gilchrest, the Operations Director for the Honda Dealership. (Taborsky Decl. ¶ 2; Martin 2/13/01 Depo. 107)[3]

3.      In June 1998, Martin was diagnosed with cancer. (Martin 2/13/01 Depo. p. 163) Martin advised her supervisor of her condition and requested three weeks of leave beginning in late July 1998 for surgery to treat her condition. (Martin 2/13/01 Depo. p. 143) Taborsky permitted the requested leave. (Martin 2/13/01 Depo. p. 143; Taborsky Decl. ¶ 3)

4.      In April 1999, Martin requested two weeks of leave to travel to Australia. (Martin 2/13/01 Depo. p. 144) Although normally Martin would get only one week of vacation, Taborsky was agreeable and accommodated Martin's request for an additional week off. (Martin 2/13/01 Depo. p. 145)

5.      Martin also took "a sick day here or there" as she needed them. (Martin 2/13/01 Depo. p. 143)

6.      Service Advisors are responsible for dealing directly with customers who bring their cars in for repairs. (Martin 2/13/01 Depo. pp. 104-05 & Ex. 20) One of the most important measures of a Service Advisor's performance is the Customer Satisfaction Index ("CSI"), which is based on customer survey results. (Martin 3/21/01 Depo. pp. 13-14 & Ex. 27)[4] Those surveys are sent directly to the customer by the manufacturer, in this case Honda, for feedback regarding the

---

[3]The declaration of Steve Taborsky, former Service Manager for Page Brothers, with exhibit, is attached at Tab B.

[4]The relevant excerpts from the March 21, 2001 deposition of the plaintiff, Sherry Martin, with relevant exhibits, are attached at Tab C.

service the customer received. (Martin 2/13/01 Depo. pp. 24, 133 The manufacturer then forwards the results of the surveys to the Dealership. (Taborsky Decl. ¶ 4)

7.      Throughout her employment, Martin received poor CSI scores based on these independent customer surveys. (Martin 2/13/01 Depo. pp. 138-39; Martin 3/21/01 Depo. Ex. 28) The manufacturer's standard for CSI scores was 90 for the period of November 1998 to January 1999, and 91 for all periods thereafter. (Martin 3/21/01 Depo. Ex. 28) Martin received the following scores from November 1998 to August 1999:

| November 1998 - January 1999 | : | 85.0 |
| December 1998 - February 1999 | : | 83.6 |
| January 1999 - March 1999 | : | 83.9 |
| February 1999 - April 1999 | : | 85.0 |
| March 1999 - May 1999 | : | 81.4 |
| April 1999 - June 1999 | : | 81.5 |
| May 1999 - July 1999 | : | 85.1 |
| June 1999 - August 1999 | : | 85.4 |

(Martin 3/21/01 Depo. Ex. 28)

8.      Throughout her employment, Martin's scores were consistently the lowest among the service advisors. (Martin 2/13/01 Depo. pp. 138-39; Martin 3/21/01 Depo. Ex. 28)

9.      Taborsky deducted money from Martin's paycheck for low customer service scores in July 1999. (Martin 2/13/01 Depo. pp. 140-41) Taborsky has also deducted money from other

3

service advisors for low customer service scores, including Jim Cocchiola (male) and Lee Irwin (male). (Taborsky Decl. ¶ 10; Cocchiola Decl. ¶ 3)[5]

10.     Taborsky verbally counseled Martin on her poor customer handling and low CSI scores several times. (Martin 2/13/01 Depo. pp. 133-34, 142 & Ex. 22; Martin 3/21/01 Depo. Ex. 29; Taborsky Decl. ¶ 5) Taborsky gave Martin recommendations and advice on how she could improve her customer handling skills. (Martin 2/13/01 Depo. pp. 133-34 & Ex. 22)

11.     Other service advisors complained to Taborsky that Martin was not taking care of her customers, requiring them to do her work. (Martin 2/13/01 Depo. pp. 134-35; Martin 3/21/01 Depo. Ex. 29)

12.     Taborsky suggested that Martin write fewer service orders so that she could properly attend to those orders. (Martin 2/13/01 Depo. pp. 128-29 & Ex. 22; Taborsky Decl. ¶ 5) Martin, however, refused to write fewer orders. (Taborsky Decl. ¶ 5)

13.     Service Advisors are paid straight commissions based on the amount of orders they write. (Martin 2/13/01 Depo. p. 101)

14.     On August 24, 1999, after months of verbal counseling, Taborsky gave Martin a written warning notice regarding her low CSI scores. Attached to the written warning was a detailed plan on what Martin needed to accomplish in order to improve her scores. (Martin 2/13/01 Depo. Ex. 22; Taborsky Decl. ¶ 5)

---

[5]The declaration of James Cocchiola, Service Advisor for Page Brothers, is attached at Tab D.

4

15.     In late August 1999, Martin requested that she be allowed to leave early each afternoon for three weeks while she underwent radiation treatment. (Martin 2/13/01 Depo. p. 146) Taborsky permitted her to do so. (Martin 2/13/01 Depo. p. 146; Taborsky Decl. ¶ 3)

16.     During her second week of treatment, Martin felt anemic and thought she might have the flu. (Martin 2/13/01 Depo. pp. 146-47) Her doctor advised her to stay home for the week. (Martin 2/13/01 Depo. p. 147) Martin spoke with Taborsky about the situation. (Martin 2/13/01 Depo. p. 147) Taborsky permitted her to take the week off saying, "okay just feel better and I'll see you on Monday." (Martin 2/13/01 Depo. p. 147) Martin took that week off. (Martin 2/13/01 Depo. p. 147)

17.     Martin intended to take another week of leave beginning September 6, 1999, but chose to come to work because one of the other service advisors was on vacation. (Martin 2/13/01 Depo. p. 148) Martin worked Tuesday through Friday. (Martin 2/13/01 Depo. p. 148) On Saturday, September 11, 1999, Martin called the dealership and advised on of the other service advisors that she was not feeling well and was not going to come in. (Martin 2/13/01 Depo. p. 148)

18.     According to Martin, when she returned to work the following Monday, Taborsky told her that he had to terminate her employment because of her health – because "it's affecting your customer service scores and it's affecting your job performance." (Martin 2/13/01 Depo. p. 149)

19.     Martin's employment with Page Brothers was terminated effective September 13, 1999. (Martin 3/21/01 Depo. Ex. 29)

20.     Martin had also been counseled for writing too many customers orders and for low customer service scores at the previous dealership for whom she worked. (Martin 2/13/01 Depo. pp. 37, 44-46, 58-60 & Exs. 3-6, 12)

5

21.     Page Brothers never denied Martin any leave that she requested. (Martin 3/21/01 Depo. pp. 34-35; Taborsky Decl. ¶ 11)

22.     Martin never mentioned or referred to the FMLA at any time prior to her termination. (Taborsky Decl. ¶ 7) No one at Page Brothers had any knowledge or notice that Martin was invoking the protection of the FMLA during any of her leaves. (Taborsky Decl. ¶ 7)

23.     On October 29, 1999, Page Brothers offered Martin a job in an administrative position at the dealership inputting and analyzing data for the service department. (Martin 2/13/01 Depo. Ex. 24) Jim Gilchrest explained to Martin that, because the position did not involve direct customer dealing, her hours would be more flexible. (Martin 2/13/01 Depo. Ex. 24) Gilchrest told Martin that she would be paid $10-$12 an hour and that her benefits would be reinstated retroactively. (Martin 2/13/01 Depo. p. 159 & Ex. 24; Martin 3/21/01 Depo. p. 49 & Ex. 44) Martin declined that offer. (Martin 2/13/01 Depo. pp. 159-60)

24.     After her termination, Martin applied for full-time positions at various dealerships. (Martin 2/13/01 Depo. p. 68; Martin 3/21/01 Depo. Ex. 45)

25.     One of the positions for which she applied was a service advisor at Delray Lincoln Mercury. (Martin 2/13/01 Depo. p. 68) Delray Lincoln Mercury offered Martin that job. (Martin 2/13/01 Depo. p. 68) However, Martin did not report for work on the day that her new employer expected her. (Martin 2/13/01 Depo. pp. 68-69) Martin said there was a mix-up; however, she did not follow up with that employer to see whether she could still work for that dealership, notwithstanding her confusion regarding her initial report date. (Martin 2/13/01 Depo. pp. 69-70)

26.     Martin also had experience in accounting and office management. (Martin 2/13/01 Depo. pp. 12-13, 16 & Ex. 2)

6

27.    Martin is currently working for an auto repair shop as an office manager. Her duties include customer service, writing repair orders, giving estimates for repair work, and billing. Martin works approximately 35 hours per week and sometimes as much as 40 hours, but no matter how many hours she works, she is paid only $700 month so that she does not become ineligible for her Social Security disability benefits. (Martin 2/13/01 Depo. pp. 70, 77-78, 81; Plaintiff's Response to Defendant's First Set of Interrogatories, No. 3)[6]

28.    Martin collected unemployment benefits for the six months for which she was eligible after her termination from Page Brothers. (Martin 2/13/01 Depo. p. 88) She regularly certified during that period that she was able and available for full-time work. (Martin 2/13/01 Depo. pp. 161-62, Ex. 25) She also certified that there was nothing prohibiting her from accepting full-time work. (Martin 2/13/01 Depo. Ex. 17)

29.    Martin, however, did not report the job offers from Delray Lincoln Mercury or from Page Brothers to the Unemployment Division. (Martin 2/13/01 Depo. pp. 161-62)

30.    Just before her unemployment benefits ran out, Martin applied for disability benefits from the Social Security Administration, claiming that she was disabled from working. The SSA found that Martin was totally disabled and has been paying her disability benefits since February 2000 based on that determination. (Martin 2/13/01 Depo. p. 78; Notice of Award from Social Security Administration to Martin dated November 5, 1999 and produced by Plaintiff in supplemental response to Defendant's First Request for Production of Documents)[7]

---

[6] Martin's interrogatory response is attached at Tab E.

[7] The Notice of Award produced by Martin is attached at Tab F.

7

31.    On September 25, 1999, Martin dual-filed a charge of discrimination with the Equal

Employment Opportunity Commission ("EEOC") and the Florida Commission on Human Relations

("FCHR") alleging disability discrimination.  (Martin 3/21/01 Depo. Ex. 35)

32.    According to Martin, the only limitation that she had on her ability to walk was that

she could not engage in "excessive walking."  (Martin 2/13/01 Depo. pp. 95, 111; Martin 3/21/01

Depo. Ex. 38)

33.    On January 31, 2000, Martin dual-filed another charge of discrimination with the

EEOC and FCHR alleging sex discrimination.  (Martin 3/21/01 Depo. Ex. 34)

34.    Following each charge, Martin immediately asked that the investigation of her charge

be terminated and that a right-to-sue be issued under federal law.  (Martin 3/21/01 Depo. Exs. 37,

41)

35.    Martin filed her complaint in this case alleging sex and disability discrimination

under the FCRA on January 7, 2000, 104 days after filing her disability discrimination charge and

24 days before filed her sex discrimination charge.

Date:   April 16, 2001

FISHER & PHILLIPS LLP                    By:_____
2300 Bank of America Tower                    Cathy M. Stutin
One Financial Plaza                           (Fla. Bar No. 0865011)
Fort Lauderdale, Florida 33394                Francisco Lopez, Jr.
Telephone:   (954) 525-4800                   (Fla. Bar No. 0181617)
Facsimile:   (954) 525-8739

                                              Attorneys for Defendant

8

## CERTIFICATE OF SERVICE

I certify that on this date I caused a true and correct copy of the foregoing **DEFENDANT'S**

**STATEMENT OF UNDISPUTED MATERIAL FACTS** to be served on the following individual

by depositing same in the United States Mail, First Class, postage prepaid:

> Loring N. Spolter, Esquire
> International Building
> 2455 E. Sunrise Boulevard
> Suite 807
> Fort Lauderdale, Florida 33304

Date:   April __16__, 2001

```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                       Fort Lauderdale Division

 3                   CASE NO: 006037-CIV-FERGUSON
                          Magistrate Judge Snow
 4

 5    SHERRY MARTIN,

 6              Plaintiff,              ORIGINAL

 7    vs.

 8    PAGE BROTHERS ASSOCIATES, INC.,
      a Florida corporation, d/b/a
 9    CORAL SPRINGS AUTO MALL,

10              Defendant.
      _____/
11

12
                           FORT LAUDERDALE, FLORIDA
13                         February 13, 2001
                           10:20 a.m.
14

15
                     -----------------------------
16                     DEPOSITION OF SHERRY MARTIN
                     -----------------------------
17

18

19    APPEARANCES:

20         LORING N. SPOLTER, ESQUIRE,
           Loring N. Spolter, P.A.,
21         Appearing on behalf of the Plaintiff.

22         CATHY M. STUTIN, ESQUIRE,
           Fisher & Phillips LLP,
23         Appearing on behalf of the Defendant.

24    ALSO PRESENT:
           James Gilchrist
25         Edward Moffa
```

1          Q.    What did you study there?

2          A.    I took two courses in electronics and one in

3    word processing.

4          Q.    Was it sponsored by one of your employers?

5          A.    No.

6          Q.    Was it part of any job assistance program?

7          A.    No.

8          Q.    Did you receive a certificate or a degree from

9    South Tech Educational Center?

10         A.    Yes.

11         Q.    What did you get?

12         A.    A certificate in both courses.

13         Q.    Other than Weaver and South Tech any other

14   education since high school?

15         A.    No, that's all.

16         Q.    Okay.  Again starting with high school your

17   graduation, you can go briefly through your employment

18   history?

19         A.    I believe my very very first job was for

20   Control Data Corporation.

21         Q.    What did you do there?

22         A.    I was in accounting.

23         Q.    When was that?

24         A.    Approximately 1971 to 1973.

25         Q.    So your home studies with Weaver Airlines took

```
 1    up, what, you were working at the same time?

 2         A.    I guess it was 1971 I went to work for them, it

 3    was approximately in January 1970.

 4         Q.    You said you were in accounting?

 5         A.    Yes.

 6         Q.    Do you remember specifically what you were

 7    doing?

 8         A.    Accounts receivable.

 9         Q.    Did Control Data Corporation give you any kind

10    of training?

11         A.    No.

12         Q.    Why did you leave that job?

13         A.    I was pregnant and I was going to have a baby.

14         Q.    Was that Tara?

15         A.    Yes.

16         Q.    Okay.   After your employment with Control Data

17    Corporation what was your next job?

18         A.    Was at Valley Forge Information Center.

19         Q.    That's in Pennsylvania?

20         A.    Yes.

21         Q.    And Control Data Corporation is also in

22    Pennsylvania?

23         A.    Yes.

24         Q.    Which city?

25         A.    Both in Valley Forge.
```

```
 1        Q.   And once you got there did they have a job
 2   posted?
 3        A.   No, they were -- they just needed help and I
 4   would take them lunch once in a while.  And then I
 5   started to answer the phones for them one day a week and
 6   I started going out with the owner of the business and it
 7   ended up turning into a full-time job.
 8        Q.   Who was the owner?
 9        A.   John Forbes.
10        Q.   What was the full-time job?
11        A.   Basically started running the office, doing
12   paperwork, taxes, payroll.  And as he got further
13   involved in racing, I basically ran the race team, the
14   crew.  I designed and had the shirts made, ordered parts,
15   took care of the customers.
16        Q.   Ordered parts for the dealership as opposed to
17   the racing team?
18        A.   There was no dealership, it's not a dealership.
19        Q.   The repair shop then, you said you had two
20   functions you were the office manager and you ran the
21   racing team and you said you ordered parts?
22        A.   For the business.
23        Q.   The business.  What period of time did you have
24   that job?
25        A.   1983 through 1991 I believe.
```

```
 1           Q.   Did you ask to be paid for that time?
 2           A.   No.  Many of them were people I knew from Black
 3    Forest Racing.
 4           Q.   So you were doing it more as a favor to them?
 5           A.   Yes.
 6           Q.   Anything else that you were unhappy with during
 7    your employment with Acura of Delray?
 8           A.   Not that I can recall.
 9           Q.   Were there any complaints about your job
10    performance to your knowledge?
11           A.   Again not that I can recall at this time.
12           Q.   You didn't receive any regular evaluations, was
13    there some way that the dealership measured how well you
14    were doing your job?
15           A.   With customer surveys.
16           Q.   Tell me how that worked?
17           A.   If the customer brought their car in for
18    warranty work, Acura sent them a survey through the mail
19    asking them to please fill it out and send it back in to
20    them.
21           Q.   How did you learn, if you did, the results of
22    those surveys?
23           A.   They gave us, Mike Hughes gave us the surveys
24    every month to go over and if there were any problems
25    that the customers still had, their car was repaired
```

```
 1    accurate?

 2        A.    Yes, as far as I can tell.

 3            (Thereupon, Defendant's Exhibit Number Three

 4        was marked for Identification.)

 5    BY MS. STUTIN:

 6        Q.    Let me show you what I've marked as Defendant's

 7    Exhibit Three two page, one page and ask you if you

 8    recognize that document?

 9        A.    Yes, I guess I signed it.

10        Q.    This indicates that you had counseling for poor

11    CSI scores for customer contact in May of '97.  You were

12    employed with Fort Lauderdale Mitsubishi then?

13        A.    Yes.

14        Q.    Do you recognize the signature of the

15    department manager on this counseling form?

16        A.    No, but it was Stan Hirsch.

17        Q.    Does this document refresh your recollection on

18    anything else that you and Mr. Hirsch may have discussed

19    during this counseling session he had with you?

20        A.    Just the reason for it that I was working alone

21    in the service drive and I could not handle all the

22    customers.  As a matter of fact I wrote a letter that

23    should be attached to this in reference to that.

24        Q.    In reference to your working alone?

25        A.    Yes.
```

1      Q.   And in this case it would have been Mitsubishi?

2      A.   Yes.

3      Q.   Do you remember whether the customer service

4    surveys were broken down into categories that were

5    numbered?

6      A.   No.

7      Q.   The date of the counseling that you received

8    from Mr. Hirsch was May of '97 and this reflects what

9    appear to be customer service scores for January,

10   February, March and April.  Do you recall Mr. Hirsch

11   talking with you about your comparative scores?

12     A.   No.

13     Q.   Does this look like his handwriting?

14     A.   I honestly don't know.

15     Q.   Okay.

16          (Thereupon, Defendant's Exhibit Number Five was

17          marked for Identification.)

18   BY MS. STUTIN:

19     Q.   Let me show you what I've marked as Defendant's

20   Exhibit Five, bate stamp 00385, which appears to be a

21   duplicate of Defendant's Exhibit Three with some

22   additions and specifically the 86.2 with a question mark

23   under the reason for counseling.  Do you know who wrote

24   86.2?

25     A.   Yes, I did.

```
 1          Q.   You did.  What does that reflect?
 2          A.   I don't recall, maybe that was my score for the
 3     month.  And an 86 isn't all that bad and maybe I was
 4     trying to point that out.  I don't recall at this time,
 5     that's just what it appears to be.
 6          Q.   Okay.  Under corrective action needed it looks
 7     like, and in addition I will document time and date
 8     called from now on.  Do you recognize that handwriting?
 9          A.   Yes, it's mine.
10          Q.   Do you recall what prompted you to write that?
11          A.   Well, apparently he was saying I did not call
12     my customers when their cars were finished.  So I
13     documented the time and date on every repair order from
14     then on that I called the customers.
15          Q.   It looks like under the reason for counseling
16     there was something maybe written and whited out, hard to
17     tell.  Do you recall what might explain that problem with
18     the document?
19          A.   No.
20          Q.   Do you have the original of this document?
21          A.   No.
22               (Thereupon, Defendant's Exhibit Number Six was
23          marked for Identification.)
24     BY MS. STUTIN:
25          Q.   Let me show you what I've marked as Defendant's
```

1    Exhibit Six, bate stamp 00386, and ask if you recognize

2    that document?

3        A.    Yes.

4        Q.    What is it?

5        A.    I wrote that he said if I had any comments to

6    let them know and if I wanted to put it in writing I

7    could so this is what I wrote.

8        Q.    He being Mr. Hirsch?

9        A.    Yes.

10        Q.    All right.  You say in your letter, I was told

11    by my superior I write too many customers.  Do you recall

12    that?

13        A.    I don't recall, maybe Stan Hirsch.

14        Q.    What did he mean that you write too many

15    customers?

16        A.    That, just that, I wrote up too many repair

17    orders for customers.

18        Q.    Doesn't the company make money when you write

19    up repair orders?

20        A.    Yes.

21        Q.    What was the problem with writing up too many

22    of them?

23        A.    I don't know.

24        Q.    You don't have any idea?

25        A.    No.

```
 1          A.   No.  As I said they changed their minds a
 2    couple months later and again we were sending cars back
 3    to Lee's.
 4          Q.   I understand that.  But during that period of
 5    time where it was their policy that you didn't refer cars
 6    to Lee's Car Care, you don't recall anybody telling you
 7    if you did it and you weren't supposed to do it and you
 8    do it again you're going to get fired?
 9          A.   No.
10          Q.   Do you recall receiving a copy of what's been
11    marked as Defendant's Exhibit 11?
12          A.   No.
13               (Thereupon, Defendant's Exhibit Number 12 was
14          marked for Identification.)
15    BY MS. STUTIN:
16          Q.   Let me show you what I'll mark as Defendant's
17    Exhibit 12 and ask you if you recognize that document
18    which was bate stamped 00887?
19          A.   No.
20          Q.   Is that your signature at the bottom right hand
21    side of that document --
22          A.   Yes.
23          Q.   -- dated April 21st, 1998?
24               It says why you are receiving this report, poor
25    customer follow-up and contact, not letting customer know
```

```
 1    what's going on with car.  Do you recall anyone
 2    discussing with you this concern they had with your job
 3    performance?
 4         A.   No, I do not and it's not signed so I have no
 5    way of knowing.
 6         Q.   It's signed by you, right?
 7         A.   Right, but there's no supervisor's signature on
 8    it.
 9         Q.   In April of '98 Mr. Estavez was a supervisor?
10         A.   I think.
11         Q.   Was there anyone else at Phil Smith who would
12    have had occasion to sit down and give you written
13    counseling?
14         A.   Not that I can think of.
15         Q.   And the person who wrote this memo said that
16    they expected you to correct this problem through better
17    follow-up, keep customers aware of what's going on with
18    their car.  Do you recall what the problem was that led
19    to this counseling report?
20         A.   No, but apparently he thought I was not
21    contacting my customers.
22         Q.   Do you recall him explaining to you why he
23    thought that?
24         A.   No, because again I don't even know who this
25    was, that we have to assume it was Robert Estavez.
```

 1          Q.    Right.   And assuming that's who it was, you

 2     don't recall any conversations with Mr. Estavez regarding

 3     the substance of this counseling report?

 4          A.    Specifically, no.

 5          Q.    And again the action that was going to be taken

 6     if you don't correct the problem was termination and as

 7     you sit here today you don't recall someone, Robert,

 8     telling you you have a problem you're not following up

 9     with customers, you need to improve if you don't you're

10     going to get fired?

11          A.    I don't recall that.   But again at that point I

12     had already been talking to Steve Taborsky at Coral

13     Springs Honda about working there.   It was just a matter

14     of time so this probably didn't mean that much to me

15     because I know how I do my job.   And being terminated at

16     this point, I had already had another job.

17          Q.    So because you were leaving Phil Smith you

18     didn't care about your customer follow-up?

19          A.    I didn't say that at all.   I always cared about

20     my customers no matter what, even on the last day of a

21     job I care about my customers.

22          Q.    Did you take any action in response to this

23     counseling report that you recall?

24          A.    As far as what?

25          Q.    On trying to follow-up better with your

```
 1   BY MS. STUTIN:
 2       Q.   Mrs. Martin, after you left your employment at
 3   Coral Springs what did you do in terms of looking for
 4   another job?
 5       A.   I sent out some resumes, I hand delivered
 6   others.
 7       Q.   Who did you send resumes to?
 8       A.   I believe you have the list, there's so many.
 9   Most of the car dealerships that I felt I was qualified
10   for, mostly foreign car dealerships in Broward and Palm
11   Beach County.
12       Q.   What positions were you applying for?
13       A.   Service advisor.
14       Q.   Did you send those out just to dealerships that
15   you knew of or dealerships that were advertising that
16   they needed a service advisor?
17       A.   Both.
18       Q.   Did you hear back from any of those
19   dealerships?
20       A.   Well, yes, I did.  There was one dealership
21   that I had an interview with the service manager and he
22   asked me when I could start.  And he said, you know, that
23   their beginning of the week started Thursday.  I said I
24   don't see a problem with Thursday.  He said fine I'll get
25   back you, I have to put this all through my supervisors
```

```
 1    and everything.
 2            Thursday mid-morning he called me and asked me
 3    where I was.  And I said there must be some
 4    misunderstanding, you were supposed to put this through
 5    your supervisors, you told me you were going to call me
 6    back and you never did.  And that was the end of that.
 7        Q.   Which dealership was that?
 8        A.   Delray Lincoln Mercury.
 9        Q.   Who did you speak with there?
10        A.   I don't know, I don't remember his name.
11        Q.   Do you know what his title was?
12        A.   The service manager.
13        Q.   When was that?
14        A.   I don't recall, it was probably in December or
15    January.
16        Q.   Do you know what they were offering in terms of
17    compensation and benefits?
18        A.   It's basically the same almost everywhere for
19    service advisors.  They give you a small salary basis
20    plus commission or some just give you commission and I
21    specifically don't recall that one.
22        Q.   All right.  And let me see if I understand.
23    The service manager called you Thursday morning and said
24    where are you.  And you said I think there must have been
25    a misunderstanding.  And what did he say?
```

```
 1            A.    He said well you told me you could start
 2     Thursday.  And I said yes that's true but you were
 3     supposed to call me back.
 4            Q.    And then what did he say?
 5            A.    I don't remember, that was basically the end of
 6     the conversation as far as I'm concerned.
 7            Q.    Did you just then assume that you were not
 8     being hired?
 9            A.    Yes.
10            Q.    You didn't --
11            A.    He didn't say can you come to work tomorrow or
12     can you come to work this afternoon or can you come to
13     work on Monday he -- I guess we just ended the
14     conversation there.
15            Q.    Did you hear back from any other dealerships?
16            A.    After I had taken a position I heard back from
17     one or two, yes.
18            Q.    When did you take a position?
19            A.    I believe it was in March, I started March 1st
20     maybe the end of February of 2000 -- March of 2001.
21            Q.    Where did you get a job?
22            A.    Black Forest Racing again.
23            Q.    When did you apply to Black Forest Racing?
24            A.    I didn't really.  When I was in Delray handing
25     out resumes, and I did a lot in Delray because I'm
```

```
 1         A.    I think it's very deceitful.

 2         Q.    Why?

 3         A.    I don't know, that's just how I feel.

 4         Q.    So Black Forest Racing has Mr. Forbes, you and

 5   one other employee?

 6         A.    Yes.

 7         Q.    What is your method and amount of compensation?

 8         A.    Well, I really don't exactly work full-time.  I

 9   am allowed to make over and above disability $700 a month

10   so that's what I'm paid and I can leave for treatments

11   without there being a problem with -- to go to the

12   doctors when I have to.

13         Q.    All right.  You say you don't exactly work

14   full-time, are you on a regular schedule?

15         A.    No.

16         Q.    Are you paid hourly?

17         A.    No.

18         Q.    You're paid a flat rate?

19         A.    Yes, $700.

20         Q.    No matter how many hours you work?

21         A.    Yes.

22         Q.    And you said you can make up to $700 in excess

23   of your disability?

24         A.    Yes.

25         Q.    What did you mean by that?
```

```
 1         A.    I am on Social Security disability.
 2         Q.    How long have you been on Social Security
 3    disability?
 4         A.    I think since last February or March.
 5         Q.    Do you have copies of the petitions and or
 6    applications you made in order to obtain your Social
 7    Security benefits?
 8         A.    Yes, I'm sure I do.
 9         Q.    How much in Social Security do you receive?
10         A.    They just changed it.  I think it's $1,100 for
11    both my son and I.
12         Q.    That's a month?
13         A.    Yes.
14         Q.    Social Security has determined that you are
15    totally disabled from work?
16         A.    I don't know that they said totally disabled.
17         Q.    Do you understand that you can only get Social
18    Security disability benefits if you're totally disabled
19    from work?
20         A.    That's not what I understand, no.
21         Q.    What do you understand?
22         A.    As a matter of fact they have a rehabilitation
23    program that allows people to go back to work with full
24    disability payments for, I can't remember how many
25    months, five or seven months to see if they can manage
```

```
 1            Q.    You said you've been receiving Social Security
 2    disability benefits since last February or March?
 3            A.    Yes.
 4            Q.    Do you remember when you first applied for
 5    those benefits?
 6            A.    It was after I was terminated from Coral
 7    Springs Honda.
 8            Q.    Immediately after?
 9            A.    That I'm not sure either.
10            Q.    When is it that you decided that you were
11    disabled from work?
12            MR. SPOLTER:   Objection, there's been no
13        testimony that the deponent has said she's disabled
14        from working.
15    BY MS. STUTIN:
16            Q.    Are you disabled from working?
17            A.    I don't know how you want me to answer that.
18    Could I do a full-time job again?  If somebody would hire
19    me under the circumstances, yes, I could do it, I could
20    work.
21            Sometimes I do work a forty hour week.   The
22    past three weeks I've only worked three and-a-half maybe
23    four days a week due to different circumstances.
24            Q.    What are those circumstances?
25            A.    Well, I had off last Friday because they
```

1          A.    Yes.

2          Q.    Did you get them?

3          A.    Yes.

4          Q.    What period of time did you receive

5     unemployment benefits for?

6          A.    I think it was for six months.

7          Q.    You left Coral Springs Honda in September of

8     '99?

9          A.    Yes.

10         Q.    And you got unemployment until March of 2000?

11         A.    I'm not sure, I would have to check.

12         Q.    That would be about six months.

13         A.    Yes.

14         Q.    Then you started receiving disability benefits

15    at about that time?

16         A.    Yes, it's close to the truth.

17         Q.    Initially when you applied for your

18    unemployment benefits, was there a determination made

19    that you were not available for work?

20         A.    No, they wouldn't have given me the benefits if

21    that was a determination.

22         Q.    I said initially.

23         A.    I don't understand what you mean by initially.

24         Q.    Did the unemployment division ever provide you

25    with any information that said you were not available for

```
 1    the handicap to which you were referring?
 2         A.    I have lymphedema in my right leg and I'm not
 3    supposed to do excessive walking and I'm supposed to
 4    elevate it whenever possible to keep the swelling down.
 5         Q.    And that's what you were referring to when you
 6    checked yes?
 7         A.    Yes.
 8         Q.    As your, I'm sorry, lymphedema?
 9         A.    Lymphedema.
10         Q.    Has that condition changed since September of
11    1999?
12         A.    The condition hopefully will not change because
13    it will only get worse.  The condition started the day I
14    had surgery when they took out my lymph nodes which was
15    July 31st of '98.
16         Q.    '98, okay.
17         A.    I think it was.
18         Q.    Okay.  And then it has remained fairly stable
19    since September of 1999?
20         A.    Yes, I would say fairly stable.
21         Q.    When did you first speak with Steve Taborsky
22    about getting a position at Coral Springs Honda?
23         A.    I think it was March of '98.  We had spoken for
24    several months before he actually hired me because there
25    was a gentleman that was leaving, a service advisor, and
```

1    at Coral Springs Honda, was there any type of orientation

2    process that you went through?

3         A.    No.    I remember Steve walking me around to the

4    parts department and the cashier and several of the other

5    service advisors and introducing me to them.

6         Q.    Did you fill out any paperwork?

7         A.    I don't recall.    I don't think so, I just gave

8    him my resume and filled out the application.    There may

9    have been some things that were required, I don't recall.

10        Q.    All right.    What was the compensation that you

11   were offered to come work at Coral Springs Honda?

12        A.    Well, they said there's a basic salary but

13   there really isn't.    It's really commission because they

14   deduct that salary out of your commission.

15        Q.    So it's like an advance on your commission?

16        A.    I guess you could say that, yeah.

17        Q.    What was the commission rate?

18        A.    I would have to guess, I think it was five

19   percent.

20        Q.    On what?

21        A.    Parts and labor.    It may have -- I don't

22   remember if it was -- I know it was customer pay parts

23   and labor, I don't remember if the warranty end of it

24   paid parts.    It may have just been labor, I'm not sure.

25        Q.    Any other available income other than the

```
 1              A.    We didn't get any sick time.

 2              Q.    We being who?

 3              A.    I believe people on commission.  I'm not sure

 4     if it pertained to everyone or not.

 5              Q.    Okay.  Who was your supervisor at Coral Springs

 6     Honda?

 7              A.    Steve Taborsky.

 8              Q.    He was the guy who hired you?

 9              A.    Yes.

10              Q.    Were your job duties as a service advisor at

11     Coral Springs Honda any different than your job duties as

12     service advisor elsewhere?

13              A.    In general, no.  I was never exactly told by

14     Steve what was expected of me, I just had to assume that

15     it was basic, the same thing.  It's basically the same

16     thing a service advisor job everywhere.  There are some

17     little, you know, dos and don'ts at different dealerships

18     and you just kind of find it out as you go along.

19              Q.    Was there a job description of the service

20     advisor position in this binder you were given?

21              A.    I think there was.

22                    (Thereupon, Defendant's Exhibit Number 20 was

23              marked for Identification.)

24     BY MS. STUTIN:

25              Q.    Let me show you what I've marked as Defendant's
```

```
 1    Exhibit 20, does that look familiar to you?
 2         A.    Yeah, I believe it was in there.
 3         Q.    Does that job description fairly accurately
 4    capture the responsibilities of your job as an assistant
 5    service manager?
 6         A.    Yes, basically.
 7         Q.    Okay.  You take the repair orders from the
 8    customer who is responsible for, well, you take them and
 9    the other service advisors are taking repair orders all
10    at the same time?
11         A.    You mean writing the repair order?
12         Q.    Writing repair orders.
13         A.    Yes.
14         Q.    You actually give them to the shop to do the
15    repairs?
16         A.    Actually, no, we put them on or in the cars
17    that were going back and the porters took them back and
18    separated repairs orders how they needed to be, one copy
19    to parts and I believe a copy to each team leader who is
20    the dispatcher.
21         Q.    Okay.  Was there only one team leader for each
22    service advisor or did you share team leaders?
23         A.    No, we shared.  There was two at times, three
24    per team, three service advisors per team.
25         Q.    All right.  Those were the people who actually
```

1    minutes and they would usually understand that.

2          And the team leader, his objective is to get

3    the waiters in and out as timely as possible.  If he had

4    another job that had to be done let's say at two o'clock

5    and one that had to be done at four o'clock, you would

6    try and get the two o'clock job in first.  Or if you knew

7    there was a job that had to be out at four and it was an

8    oil change, you kind of had somebody ready that couldn't

9    do a transmission then he could do a quick oil change,

10   then you would give that job out.  There's a lot of

11   variables in there.

12        Q.   Who was the team leader that you worked with?

13        A.   At first it was John Perry and then it was Ray

14   McDermott.

15        Q.   Other than Mr. Taborsky did you have any other

16   supervisors while you were employed with Coral Springs

17   Honda?

18        A.   I don't know if you would consider Jim a

19   supervisor or I did, he was Steve's boss but he was also

20   mine.

21        Q.   Did you have regular interactions with

22   Mr. Gilchrist?

23        A.   Other than the every other Tuesday meetings and

24   just to see him in the service drive once in a while when

25   he would come over, no.

```
 1    and also the general manager, Mark Curtis, and I also
 2    gave him a copy of an American Cancer Society pamphlet
 3    about lymphedema and the reason that I really needed to
 4    park closer because excessive walking would make my leg
 5    swell.  And obviously I was on my feet a good part of the
 6    day, that would have even made things worse.  So I tried
 7    to limit my walking.
 8              Steve made an attempt to give me a spot closer
 9    and he took me around the gate where we parked the
10    customers' cars and he said you can park in this spot.
11              Well, that was all fine and great, but when I
12    would come back from lunch, there would be a customer's
13    car parked there and I would have to circle the building
14    and try to find a space close.  Or I would have to go
15    over to the employee parking lot and have somebody drive
16    me back over.
17              And that went on until I was terminated.  I
18    really never had a specific place to park and I was not
19    allowed to park in the handicapped space.
20         Q.   Okay.  How many times do you recall did it
21    occur that you took your car and went out to lunch and
22    came back and found the space filled?
23         A.   Three days out of five.  He told me I could
24    park there, but he never told anybody else to
25    specifically not park there.
```

```
 1    next day.  Now, if Ray had gotten that in before I left,
 2    I could have sold the job, before I left the car would
 3    have been finished and gone that same day.
 4            There were a few times where I had to go back,
 5    literally take repair orders off of Ray's desk and give
 6    them to technicians and ask them if they could please see
 7    what they could do before I called back at the end of the
 8    day from home.
 9            And they did, they would diagnose it.  And I
10    would try and quick call the customer to see, you know,
11    if he minded it staying overnight or if they wanted the
12    work done.  And if there was enough time in the day the
13    technician obliged, they helped me as much as they could,
14    most of the technicians.
15        Q.    Were you told by anyone that you needed to
16    write fewer repair orders so that you could attend
17    properly to the orders that you had written in the length
18    of time you had for any particular day?
19        A.    Steve didn't specifically say that.  He said he
20    thought I was writing up too many customers.  And it
21    wasn't because I had to get them out in a particular
22    amount of time during the day.  It was because he thought
23    I was handling too many customers and he wanted me to cut
24    back.
25            And I tried scheduling less customers but
```

```
 1   people just don't always come by appointments, they walk
 2   in the service drive.  If they walk up to me, I am not
 3   going to tell them no we can't do your car today I'm
 4   sorry.  Or if they were specifically my customer and said
 5   I need an oil change; oh go see Jimmy Cocchiola or Lee
 6   Irwin.  I'm not going to do that either and people did
 7   that often.
 8        Q.   Did what often?
 9        A.   Would come in with no appointment.
10        Q.   So what would have happened if you would have
11   thought well I'm not going to be here late today, I won't
12   be able to take care of this customer, let me give them
13   to Jimmy or whoever instead?
14        A.   I did that sometimes.  They did write up
15   customers for me even when I was gone for the day.  They
16   would write up a customer if it was just an oil change if
17   they were going to leave their car for the next day, they
18   did do that for me.
19             And I as well did it for them when they weren't
20   there or they were out sick, they had something else that
21   they needed to do.  We constantly helped each other.
22        Q.   Did Ray ever tell you that you were writing too
23   many repair orders?
24        A.   I don't recall if he did or not.
25        Q.   Did Ray ever complain to you about the way you
```

```
 1            Q.    Did Steve Taborsky ever talk to you about any

 2    customer problems that you thought were valid?

 3            A.    Oh, I'm sure, I'm sure he did.

 4            Q.    Did Coral Springs Honda have the same kind of

 5    customer service survey procedure for evaluating your

 6    performance as the other dealerships?

 7            A.    Basically, yes, I believe so.

 8            Q.    Were there any complaints in terms of your

 9    scores on those surveys?

10            A.    Yes.

11            Q.    What were those complaints and who brought them

12    to your attention?

13            A.    Steve did, it was two weeks before he fired me.

14            Q.    What happened?

15            A.    I'm not sure if it was Steve, I think it was

16    Jim Gilchrist who wrote out a sheet, but it may have been

17    Steve.  It more or less said I needed to get my customer

18    scores up and I needed to make a plan of action or I

19    would be fired.  I had thirty days to comply.

20            And Steve and I sat down one morning for over

21    an hour I'm sure and talked about what I would do to try

22    and make my customer scores better.

23            Q.    What did you take away from that meeting with

24    Steve on how you were going to improve your customer

25    scores?
```

```
 1          A.    I had a little card that I had from Fort
 2    Lauderdale Mitsubishi, it was like more or less a thank
 3    you card I think that the dealership gives them out now.
 4          And I more or less in my own words wrote a
 5    specific note to each customer and stapled it onto their
 6    keys actually and onto the repair order that if you have
 7    any problems or questions to please contact me, that it
 8    was very important and with some reference to my customer
 9    service scores and my job, you know, I would like to stay
10    there and blah blah blah.  Something to that effect.
11    Practically begging them to please call me if they had
12    any problems.
13          Q.    Okay.
14          A.    So we could straighten them out before it
15    turned into something bigger.
16          Q.    All right.  Any other ideas that came out of
17    your meeting with Steve on how to improve?
18          A.    There was but I don't recall them.  I recall
19    that specific one because of the thank you card from
20    Mitsubishi that I had kept and made copies of.
21          Q.    Are you aware of any other of your co-workers
22    who have complaints about your job performance?
23          A.    No.  But Steve did mention that and he didn't
24    say anybody specifically.  And at least once a week I
25    would go around and ask the other advisors if they had a
```

```
1    problem with me.  And everybody always said no.
2         Q.    What did Steve tell you was their concern?
3         A.    He wasn't specific that I remember.
4         Q.    What did he say?
5         A.    I don't remember.  He just said that other
6    service advisors were complaining, and I don't even
7    remember about what.
8              But I would give let's say Jimmy Cocchiola if I
9    had two or three cars left over at the end of the day and
10   I couldn't deliver the cars, I would say Jimmy -- again
11   my yellow copies were on my desk, I would leave little
12   notes on them.  And I would give them to Jim at the end
13   of the day and say Jim I can't deliver these three cars
14   if these people have any questions would you please
15   handle it or ask them to call me in the morning.  He said
16   fine.
17             The next day I would come back in and ask him
18   if there were any problems, he'd always say no.  Same
19   thing with Alice Buckley.  She preferred that I leave my
20   yellow copies on my desk.  And I would go back in the
21   next morning and say did you have any problems with any
22   of my customers.  Or if it was their turn to work until
23   eight o'clock at night and I had a customer coming in
24   late to pick up their cars, I would do the same things.
25             I would say go up to them the next morning did
```

 1    his technicians get the work finished on a Saturday by

 2    three o'clock.

 3         Q.    Okay.  Do the service advisors get copies of

 4    the customer survey scores?

 5         A.    I believe we were allowed to see them, but

 6    Steve never had any copies to give me.  I would ask him

 7    specifically for the surveys because at both Acura and

 8    Mitsubishi we were given the customer surveys and we were

 9    to call back and ask them specifically why they rated us

10    as they did and what were the specific problems and

11    please could we try and rectify it, have them come back

12    in for service, give them a free oil change or do

13    something to make them happy.  He would never give them

14    to me.

15         Q.    Did he give them to anybody else?

16         A.    I don't know, I really don't know.

17         Q.    So you could go see them but you just couldn't

18    take a copy with you?

19         A.    We rarely even saw the customer surveys for

20    some reason.  It was like -- I'm just saying that they

21    were like under lock and key, you know, he would like

22    here's your surveys and, you know, put them in his desk.

23    Well, that didn't do any good.

24         Q.    Were you aware that your scores were

25    significantly lower than the other service advisors?

```
 1          A.    By the time I left, yes.  Prior to that as a
 2    matter of fact before I left to go on my vacation Steve
 3    had called us, all the service advisors, into his office,
 4    it had to be the mid to the end of March and said how
 5    well we all did, he was praising us all left and right.
 6    Now that Doug Query is not here anymore our scores have
 7    improved.
 8          Apparently he felt that Doug was dragging them
 9    down and I don't know anything about that.  And he said
10    we're going to have a celebration and this is what we all
11    wanted to do.  Jim Cocchiola suggested we go on one of
12    those gambling cruises or a dinner cruise or something
13    and everybody had a different suggestion.
14          And nobody exactly knew when it was going to be
15    or where it was going to be.  They were still discussing
16    it when I went on vacation.  And I said Steve wait until
17    I get back, don't go without me.  Well he didn't, they
18    went on a cruise and they had a great time and I'm glad
19    for them.
20          Q.    That was March of '99?
21          A.    The discussion was in March.  When they went I
22    don't know, it was sometime in the beginning of April.
23          Q.    Was it your understanding that the dealership
24    scores were good in March of '99 or the scores were good
25    in March of '99?
```

```
 1          A.    Apparently -- it might have been for February
 2   too, I don't recall.  I don't think they could have
 3   gotten the scores for March that quickly so it must have
 4   been February, could have been March.  And he didn't
 5   leave anyone in specific out, he was very pleased with
 6   all the CSIs.
 7          Q.    Have you looked at your CSIs in the course of
 8   this litigation?
 9          A.    No.  I asked Steve for them the day he fired me
10   and he said he didn't have any.
11          Q.    Since we've given them to your attorney a year
12   or more ago probably, have you looked at them?
13          A.    No, I have not.
14          Q.    Do your CSIs impact your income at all?
15          A.    It impacted mine, it doesn't seem to have
16   impacted anyone else's.
17          Q.    How did it impact yours?
18          A.    Steve took money out of my paycheck.
19          Q.    For what?
20          A.    For low scores.
21          Q.    When did he do that?
22          A.    I'm guessing but I think it was July of '99.
23   But that could have been for a previous month as well.
24          Q.    Do you know anyone else who scored as low as
25   you for that period of time?
```

```
 1            A.    No.  But previously there were two service
 2       advisors who both told me they were called into Steve's
 3       office and protested him taking any money out of their
 4       paychecks.  After it was not taken out.
 5            Q.    When the money was taken out of your paycheck,
 6       did you go protest it?
 7            A.    I told him I didn't think it was fair.
 8            Q.    What did he say?
 9            A.    Nothing.
10            Q.    Who were the two people who came to talk to
11       you?
12            A.    Jim Cocchiola and Doug Query.
13            Q.    Did they say what their scores were?
14            A.    No, I didn't ask.  There was a certain cut off
15       point that was kind of acceptable so it had to be below
16       that cut off point.
17            Q.    How much money was deducted from your paycheck
18       in July of '99?
19            A.    Again I'm guessing, I think it was $150.
20            Q.    Was that the only time that happened?
21            A.    As far as I can recall.
22            Q.    When you went to Steve and said I don't think
23       that's fair and Steve didn't say anything, did you take
24       your complaint up the chain anywhere?
25            A.    No, Steve was my boss.
```

```
 1          Q.    Do you know when it was that Mr. Cocchiola and
 2    Mr. Query, is that his name, had money deducted from
 3    their paychecks?
 4          A.    It was in the first quarter of that year, I'm
 5    not quite sure which month it was.  February sticks in my
 6    mind, but it could have been March.
 7          Q.    Did Mr. Taborsky ever counsel any of the other
 8    service advisors regarding any customer complaints or
 9    workplace issues?
10          A.    I'm sure he did.  I -- you know, that's unless
11    someone, one of the other advisors or somebody, tells me
12    it's really none of my business.  I don't ask for
13    specifics unless they, you know, come out and just talk
14    to me about it.  I'm sure everybody makes mistakes.
15          Q.    Okay.  If a customer complains about a service
16    advisor, is it appropriate for Steve to bring that to the
17    service advisor's attention?
18          A.    I don't know about any of other ones, but I
19    would prefer that he did, yes.
20          Q.    You took a few leaves of absence while you were
21    employed with Coral Springs Honda, is that correct?
22          A.    No, that's incorrect.
23          Q.    You never did?
24          A.    No.
25          Q.    So when you were out for your surgery in August
```

```
 1    of '98, you came to work every day?
 2         A.   No, I didn't consider that a leave of absence,
 3    I never -- I don't believe I asked for a leave of
 4    absence.  I just explained to Steve that I needed to be
 5    out for three weeks to recuperate from surgery and
 6    surgery.
 7         Q.   Okay.  What did Steve say?
 8         A.   He didn't really say yes or no, I just
 9    basically told him the dates I needed to be gone.
10         Q.   And he said nothing?
11         A.   I'm sure he said something.  I'm sorry.  I
12    don't know.
13         Q.   That was August of '98 when you had that
14    surgery?
15         A.   July 31st.
16              MR. SPOLTER:  Can we take a five minute break?
17              MS. STUTIN:  Yes, we can.
18              (Thereupon, a recess was had.)
19    BY MS. STUTIN:
20         Q.   Okay.  I think we were talking about the three
21    weeks you took off in July of 1998 and did you take any
22    other time off during your employment at Coral Springs
23    Honda?
24         A.   Yes, but not for weeks at a time, it was a sick
25    day here or there.
```

```
 1          Q.    How did you go about asking or telling someone
 2    that you weren't going to be at work on a particular day?
 3          A.    I would call in if I didn't feel well.  I would
 4    call in that morning and talk to usually whoever picked
 5    up the phone.
 6                The service advisors got in usually earlier
 7    than the manager so I would talk to one of them or I
 8    would talk to Steve.  And definitely I would call him
 9    back later that day and either leave a message on his
10    answering machine or talk to him directly if I could get
11    a hold of him.
12          Q.    Okay.  Did you get any paid time or was it all
13    unpaid whatever time?
14          A.    No, it was all unpaid.
15          Q.    Could you use your vacation time if you wanted?
16          A.    I don't know, I never asked.
17          Q.    All right.  Did you take another two weeks off
18    in April of 1999?
19          A.    Yes.
20          Q.    What for?
21          A.    I had been planning a vacation to Australia for
22    over a year at that point.
23          Q.    All right.  So the time off in April '99 wasn't
24    medically related, it was just vacation?
25          A.    Vacation.
```

1          Q.    Is the procedure for requesting vacation time
2    different than requesting leave for medical reasons?
3          A.    I don't know.  It didn't make any difference.
4    Steve had known for months that I had been planning a
5    vacation.  I mean I just didn't go in two weeks before
6    that and tell him I was going on vacation.  It was months
7    before that, you know.
8                I wanted him to be prepared because normally
9    you only take one week vacation and not two and I wanted
10   to be sure, I wanted him to make accommodations for it
11   that he had to, you know, so he was agreeable.
12         Q.    Okay.  Other than the vacation in April '99 and
13   the three weeks you took off in August of '98, did you
14   ask for any other leaves of absence for anything?
15         A.    I don't think, I did not.
16         Q.    Okay.  You've told me about Mr. Curtis's
17   comments about your leg being elevated and you've told me
18   about Mr. Taborsky's comments about the cane and you've
19   told me about your conversation with Mr. Taborsky about
20   your parking spot.
21               Are there any other occasions where you asked
22   for some kind of accommodation and believed you were not
23   provided with that accommodation?
24         A.    None that I can think of right now, no.  There
25   may have been, I can't think of anything right now.

```
 1         Q.   Tell me to the best that you can recall how
 2    your termination came about?
 3         A.   I was going to radiation treatments, they were
 4    scheduled every day for twenty-one days I think but with
 5    some leeway in judgment for the doctor if I had to go any
 6    longer than that.  And I explained that to Steve
 7    Taborsky.
 8              And I think it was the last week in August when
 9    I started and I was supposed to go to the third week or
10    possibly longer in September.  I made the last possible
11    appointment of the day that I could so as not to leave
12    work any earlier than I had to.
13              MR. SPOLTER:  Speak a little louder for the
14         court reporter.
15              THE WITNESS:  Sorry, my voice is wearing out.
16         Again I made the appointment as late in the day as
17         possible so as to leave at the last possible moment
18         from work.
19              I think the second week of treatment may have
20         been -- no, it had to be the second week of
21         treatment I just got very ill.  And the radiation
22         usually doesn't make you sick and they were very
23         concerned.
24              So I went in to take blood tests and it came
25         back that I was very anemic and they thought I had
```

    1        the flu and it really wasn't the radiation that was

    2        making me sick.  And my doctor suggested that even

    3        if I felt better by Wednesday or Thursday that I

    4        stay out the entire week because of the anemia, he

    5        wanted to build my blood up a little bit.  He gave

    6        me medication for it and I was still very tired.

    7            I believe Steve and I had a conversation, it

    8        was probably that Friday, I talked to him earlier in

    9        the week as well but I think it was that Friday

   10        what -- he said okay just feel better and I'll see

   11        you on Monday.

   12            Well, actually Monday was a holiday, it was

   13        Labor Day and I had already filled out the paperwork

   14        for my short term disability not knowing that I

   15        didn't have it because I was planning on taking a

   16        leave of absence at that point.

   17            I just -- I guess at that point I felt

   18        overwhelmed with everything.  And especially since I

   19        wasn't feeling well and I was anemic, I just wanted

   20        my body to catch up with everything.

   21            I remembered that Jim Cocchiola was taking

   22        vacation that week because he had like one extra day

   23        in there, he took his vacation because it was Labor

   24        Day and I had remembered him telling me that.

   25            And when I went back in that Tuesday, I was

1        going to tell Steve that I wanted my leave of
2        absence that Cheryl had my paperwork all ready and
3        that it was being processed.

4             And then I realized that Jimmy had off and I
5        did not want to leave him shorthanded, so I figured
6        I would wait until the following week to do it.  I
7        worked Tuesday through Friday.

8             I was supposed to go in on Saturday and I was
9        just so tired out from working those four days, I
10       probably shouldn't have gone back in.  I called in
11       on Saturday and I tried to get -- I knew Steve
12       wasn't in that Saturday and I called.

13            I tried to get a hold of the parts manager,
14       Doug, and I couldn't seem to get through to him.
15       And I kept calling and I don't remember what time
16       somebody finally answered phone but it was Lee Irwin
17       I think.  And I told him that I just wasn't feeling
18       well and I was not going to come in.  And he said
19       well it's better if you don't.  He said it's better
20       that you stay home in bed than come in and get sick
21       in the service drive and have to leave after you've
22       written up a bunch of customers.

23            And I knew Al Thomas was there to help him
24       anyway so they had two service writers in the drive
25       which is usually what they had on a Saturday

1       anyhow.  So I didn't feel I was leaving him

2       shorthanded.

3            I came in to work on Monday and as soon as I

4       walked in the service drive Steve said I want to see

5       you in my office right now.  I went into his office

6       and he said sit down.

7            And that's when he told me he said something

8       about he had to fire me and it was because of my

9       health.  He said something to the effect that you

10      know it's affecting your customer service scores and

11      it's affecting your job performance.  And again he

12      mentioned because of your health.

13           And I was very upset and I told him I'd like to

14      see my customer service scores.  And he said he

15      didn't have them.  And I don't know if I brought up

16      the fact that I had been given a thirty day

17      termination notice according to what my customer

18      service scores were after a thirty day review and

19      this was two weeks after that and that's when he

20      fired me.

21           I didn't even get the privilege of the thirty

22      days.  He said I could work until the end of the

23      day.  And I said no I'd prefer to leave right now.

24      And there were several customers standing at my desk

25      and I was in tears trying to explain to them that I

```
 1          A.    No, I don't.
 2          Q.    Do you recall talking about the rate of pay
 3     that this document, I mean, that this position would pay?
 4          A.    I'm sorry, yes, I do remember that -- was that
 5     written on another piece of paper or not because I
 6     remember specifically being $400 a week so it was either
 7     I had seen it or I had talked to Jim about that.
 8          Q.    Do you know if there were any benefits that
 9     would have gone along with that position?
10          A.    I think I did ask him if I would be taken back
11     on my health insurance immediately and he said yes it
12     would be like I didn't stop.
13          Q.    Okay.  Did you give Mr. Gilchrist a definitive
14     response as to whether or not you were interested in that
15     job?
16          A.    I don't know.  I don't think I flatly declined,
17     but I did ask him.  I may have said, I'm not interested I
18     really would prefer my other job back.  I don't know
19     exactly how the conversation went.
20          Q.    Do you recall anything else that was said by
21     either yourself or Mr. Gilchrist during that
22     conversation?
23          A.    Yes, that one of -- one or the other would call
24     back.
25          Q.    Did one or the other of you ever call back?
```

```
 1          A.   No.

 2          Q.   What number is that, 24?

 3          A.   Yeah.

 4          Q.   Thank you.

 5               So obviously you never took this job, this key

 6     assistant position?

 7          A.   No.

 8          Q.   And the reason you said was you didn't want to

 9     go back to work there?

10          A.   The thought of being in an office all day

11     doesn't appeal to me.  I'm used to having, you know, some

12     amount of freedom when you're a service advisor and you

13     talk a walk outside and, you know, do other things.

14               It just -- the job itself just didn't appeal to

15     me and the salary had a bit to do with it.  I did think

16     twice about it because my health insurance would have

17     been reinstated.  But I goes my thoughts at that time

18     were I was on COBRA and I guess I wasn't concerned about

19     insurance at that point in time.

20               I really don't know, it was basically having to

21     go back and possibly have to deal with Steve Taborsky

22     again and accept a job I really didn't want and one that

23     paid less.  And I guess it was all those reasons that

24     made my decision.

25          Q.   If you didn't want to go back and work with
```

```
 1    Steve, why did you want to go back and work again as a

 2    service advisor reporting directly to Steve?

 3         A.    I don't know, maybe I thought that they really

 4    wouldn't hire me back for that anyhow in the back of my

 5    mind, I don't know.

 6         Q.    Okay.

 7               (Thereupon, Defendant's Exhibit Number 25 was

 8         marked for Identification.)

 9    BY MS. STUTIN:

10         Q.    I'm showing you what's been marked as

11    Defendant's Exhibit 25, bate labeled 00596 through

12    00611.  When you were collecting unemployment, did you

13    have to enter information electronically?

14         A.    Yes.

15         Q.    That was your way of letting the division know

16    that you were complying with their rules?

17         A.    Yes.

18         Q.    Did you, as far as you recall, answer the four

19    questions that are posed on each of these pages the same

20    for each of the weeks that are reflected in these pages?

21         A.    I don't recall that I did.  It appears that I

22    did.  Yes, it appears that I did.

23         Q.    All right.  And these documents run from the

24    week ending 9-25-1999 through the week ending January 8,

25    2000.  One of those questions is did you refuse any offer
```

1    of work or a referral to work.  Your answer was always no

2    to that question, right?

3         A.    I think that's correct.

4         Q.    And as part of your entering this information

5    and providing it to the unemployment compensation

6    division, you specifically certified that the answers

7    were true and correct and that you understood that you

8    could be prosecuted for giving false statements or

9    withholding information in order to obtain benefits,

10   correct?

11        A.    Yes.

12        Q.    Is there some reason that when you declined

13   Coral Springs Honda offer of employment in October of

14   1999 you didn't reflect that fact in your answers?

15        A.    No, I guess I did not.

16        Q.    Were there any other offers of employment that

17   you neglected to reflect in those answers to the

18   unemployment division?

19        A.    Not that I'm aware of.  I don't think I did

20   that purposely.  I just think it might have been an

21   oversight.  I don't think I even considered it a real job

22   offer.

23        Q.    Do you know whether there's really somebody

24   doing that job today?

25        A.    No, I don't.

 1          Q.    All right.  You were diagnosed, I think you

 2    said, in June of '98?

 3          A.    Yes.

 4          Q.    And that was with, what was the diagnosis at

 5    that time?

 6          A.    Melanoma.

 7          Q.    And the treatment was removal of the?

 8          A.    My lymph nodes in my right leg and partially my

 9    abdomen.

10          Q.    And that was followed up with chemo?

11          A.    Yes.

12          Q.    And then radiation?

13          A.    Well, no, the radiation was not a follow-up.

14    The chemotherapy was making me very ill and I was on and

15    off it throughout the period of time.

16                I was supposed to be on it for a year and they

17    finally took me off of it approximately after five months

18    because the doctor just said that that was going to kill

19    me before my illness did it was affecting me so badly.

20                And there really is no effective treatment for

21    melanoma so they basically just were experimenting kind

22    of to see if there was anything that could help, you

23    know.

24                They were willing to do almost anything.  I

25    took a drug orally for a while instead of intravenously,

1                        CERTIFICATE OF OATH

2

3

4     STATE OF FLORIDA      )
                               ss.
5     COUNTY OF BROWARD     )

6

7          I, the undersigned authority, certify that

8     SHERRY MARTIN personally appeared before me and was duly

9     sworn.

10

11

12          WITNESS my hand and official seal this 7th day

13    of April, 2001.

14

15

16

17    _____

18         SALLY WILHELM, Court Reporter
           Notary Public - State of Florida
19         My Commission No. CC872117
           Expires:  October 5, 2003
20

21

22

23

24

25

```
 1                          CERTIFICATE

 2    STATE OF FLORIDA   )
                         )  ss.
 3    COUNTY OF BROWARD  )

 4

 5            I, SALLY WILHELM, do hereby certify that
      pursuant to Notice of Taking Deposition in the
 6    above-styled cause, that I was authorized to and did
      stenographically report the foregoing deposition as
      hereinabove shown, and the testimony of said witness was
 7    reduced to computer transcription under my personal
      supervision.
 8
              I further certify that the said deposition was
 9    taken at the time and place specified hereinabove, and
      that I am neither of counsel nor solicitor to either of
10    the parties in said suit nor interested in the event of
      the cause.
11
              I further certify that I have delivered the
12    original copy of said deposition to Cathy Stutin,
      Esquire, to be retained by her pending further order of
13    the Court.

14

15            WITNESS my hand and official seal in the City
      of Fort Lauderdale, County of Broward, State of Florida,
16    this 7th day of April, 2001.

17

18

19            SALLY WILHELM

20

21

22

23

24

25
```

Sherry Martin
867 S. W. 9th Terrace
Boca Raton, FL 33486
(407) 394-0223

--------------------------------------------------------------------------------

JOB EXPERIENCE

Delray Beach Acura                     July 1992 to present
656 N . E. 6th Avenue
Delray Beach, FL 33484

1-407-265-0800

Service Advisor
Greeting customers, heavy customer relations, handling telephone
inquiries and scheduling, dealing with extended warranty companies,
Acura warranties, interacting with technicians, dispersing work,
following through to invoicing, road testing cars

Ardmore Acura                          Sept. 1991 to June 1992
150 W. Lancaster Avenue
Ardmore, PA 19003

Assistant Service Manager
Basically the same responsiblities as listed above.

Moran Risk Management                  Dec. 1990 to June 1991
727 N. Federal Highway
Ft. Lauderdale, FL 33304

Office manager for commercial and personal liability insurance liability
company (auto & business). Quoted rates from computer to customers,
heavy phones, training staff of three, problem solving, organizing,
filing, assisting owner.



DEFENDANT'S
EXHIBIT

sm    2|13|01
2

00344

Black Forest Garage                          Aug. 1983 to Nov. 1990
1208 Georgia Street
Delray Beach, FL 33444

Business manager for auto repair service specializing in German cars.
Oversaw daily operations, managed technicians, heavy interaction
with customers, writing repair orders and following through to
completion of repairs, cost estimating, diagnosing problems, road
testing cars. Responsible for accounts payable and receivable, payroll,
sales taxes, quality control, heavy phones, scheduling and dispensing
work, parts ordering, shipping, correspondence and ordering supplies.
Designed and submitted advertising and logos. Organized and crewed
race teams up to five cars.

Sitters On Call                              Oct. 1977 to Dec. 1988
867 S. W. 9th Terrace
Boca Raton, FL 33486

Owner of babysitting referral service. Managed business with
staff of up to thirty young women and men.

Valley Forge Information Service             Sept. 1975 to March 1977
Valley Forge, PA

Supervisor at market research company. Oversaw staff of fifteen
telephone interviewers per shift. Included training, monitoring for
quality control, interacting with clients and scheduling interviewers.

HOLMAN ENTERPRISES-SOUTHERN DIVISION
EMPLOYEE COUNSELING FORM
OPERATING COMPANY: _MITSUBISHI_

Documented Verbal Warning _____ Written Warning _____ Suspension _____ Discharge _____

Date of Counseling _5/7/97_    Dates of Suspension __/__/__ to __/__/__

Employee Name _SHERRI  MARTIN_    SSN _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_

Reason for Counseling
_1 POOR  CSI  SCORES - POOR  CUSTOMER  CONTACT._
_____
_____
_____
_____
_____

Corrective Action Needed
_CSI SCORES  MUST  IMPROVE. - CUSTOMERS  MUST  BE_
_NOTIFIED  WHEN  CARS  ARE  DONE._
_____
_____
_____

Next Step if Corrective Action not Taken
_TERMINATION - WILL  REVIEW  AGAIN  IN  30  DAYS  WHEN  NEXT_
_MONTHLY  SCORES  COME  IN -_

Employee Comments
_____
_____
_____
_____

Follow-up Date __/__/__

_____  __/__/__  _SMartin_  _5/7/97_
Department Manager    Date    Employee    Date

_____  _5 17 97_
Witness    Date

**DEFENDANT'S EXHIBIT**
SM  2|13|01
3

00366

|        | SHERRI | | JEPH | | MIKE | |
|--------|--------|------|------|------|------|------|
|        | #S | AVG. | #S | AVG. | #S | AVG. |
| JAN    | 84 | 90 | 83 | 89 | 90 | 92 |
| FEB.   | 79 | 87 | 83 | 91 | 86 | 94 |
| MAR.   | 78 | 86 | 79 | 82 | 91 | 91 |
| APR.   | 70 | 81 | 90 | 87 | — | — |

DEFENDANT'S
EXHIBIT

SM   2|13|01
4

HOLMAN ENTERPRISES-SOUTHERN DIVISION
EMPLOYEE COUNSELING FORM
OPERATING COMPANY: _H/TsuB/S/H/_

Documented Verbal Warning _____ Written Warning _____ Suspension _____ Discharge _____

Date of Counseling _5/7/97_    Dates of Suspension __/__/__ to __/__/__

Employee Name _SHERRI MARTIN_    SSN _184·42·2362_

Reason for Counseling
1 _POOR CSI SCORES - POOR CUSTOMER CONTACT._

Corrective Action Needed
_CSI SCORES MUST IMPROVE. - CUSTOMERS MUST BE_
_NOTIFIED WHEN CARS ARE DONE._
_I will document time & date called from mason?_

Next Step if Corrective Action not Taken
_TERMINATION - WILL REVIEW AGAIN IN 30 DAYS WHEN NE_
_MONTHLY SCORES COME IN -_

Employee Comments

Follow-up Date __/__/__

_____  __/__/__  _SMartin_  _5/7/97_
Department Manager    Date    Employee    Date

_____  __/__/__
Witness    Date

**DEFENDANT'S EXHIBIT**
SM 2/13/01
5

00385

I was told I write too many customers. It didn't seem to bother anyone when Steph and Stan were gone for almost a week. I wrote Steph's customers that he'd scheduled, all the new and used cars, even some of Bill Claire's customers that he walked out on at 5⁰⁰ pm. I closed out all the RO's, handled all the phone calls including Customer Relations calls and did my own work. Tell me how many other people could have and would have exhausted themselves like I did? Did anyone say thank you or compliment me on the good job (I thought) I did? No, the thanks I got was I was told I write too many customers and didn't call them when their cars were done! Well, I didn't go to the bathroom either! I was too busy driving cars from around back when I wasn't answering phone call after phone call & trying to keep track of everyone's cars. Tell me please where you could find someone more dedicated to this company or customers. I didn't do it to get thanks or praise, but I didn't expect a kick in the teeth either!

I feel anything important enough to be documented and signed is a serious matter. This has drained me emotionally and has greatly disappointed me. I do the best job I can every day. I work very hard to make my customers happy. Some people are impossible to please but I still try. But I can't be there for one customer when I'm running out back for someone else's car.

What do you do when you're told your best just isn't good enough? Sometimes I wonder why I work so hard when no one else seems to care. I care and that's what's important.



**DEFENDANT'S EXHIBIT**

SM 2(13)0)
G

Sherry Martin
May 8, 1997

00386

EMPLOYEE NAME: HERRY MARTIN    DATE: 4-21-98

Why you are receiving this report:
Facts, Rule Violated, Discipline Imposed:

POOR CUSTOMER FOLLOW - UP & CONTACT
NOT LETTING CUSTOMER KNOW WHATS GOING
ON WITH CAR.

How we expect you to correct this problem:

BETTER FOLLOW UP, KEEP CUSTOMERS
AWARE OF WHAT'S GOING ON WITH CAR.

Action which will be taken if you do not correct this problem:

TERMINATION

PREVIOUS COUNSELING REPORTS:
Date        Reason                    Issued by:

_____    _____                   _____

_____    _____                   _____
                                      Supervisor Signature

_____    _____                   X S Martin
                                      Employee Signature

(EMPLOYEE MAY COMMENT ON BACK)

© 1997 FISHER & PHILLIPS



DEFENDANT'S
EXHIBIT
2/13 | c |
1 2

00887

**FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY**
**JOBS AND BENEFITS – APPLICATION FOR SERVICES**

NOTICE: Information you provide to this agency is confidential. However, the Federal Deficit Reduction Act, as it is submitted to the Federal Social Security Act, provides that upon request, information about your Unemployment Compensation Claim and earnings may be provided to other uses and federal agencies for income and eligibility verification.

**PLEASE PRINT**

| | FOR OFFICE USE ONLY. DO NOT WRITE IN THIS BOX |
|---|---|
| 1. Name: (First, Middle, Last) Sherry Martin | Social Security Number: |
| 1a. Other Names Used During Employment | 184 – 42 – 2362 |

| 2. Local Mailing Address | Homeless □ |
|---|---|
| Street Address: 861 SW 9th Terr.  Apt. # | |
| City: Boca Raton  State: FL  Zip: 33486  Residence County: Palm Bch | |

| EFF DATE: 9/1/99 | D | DATE FILED: 9/1/99 | M 9 | D 1 | 99 |
|---|---|---|---|---|---|
| CLAIM STATUS: | NEW | ADD'L | H/O | T | REQUALIFY | MON ELIG |
| TYPE: UC | X | FE | CWC | EB | OTHER | OCE |

3. Telephone Number: (561) 394 – 0523  or ( )
Alternate phone number: ( )

| 4. Date of Birth:  Month Day Year 2-12-51 | 5. Sex ☐ M ☒ F | 6. Height/Weight 5'3" / 150 lbs. |
|---|---|---|

| ISSUE: (circle one) | UCB-13 | MOOS | STUK | METHOD |
|---|---|---|---|---|
| NO. (YES) enter flag codes | | | VC44 | T |
| 1. 0 ( 1 0 L 7 | LOCAL OFFICE | FIPS | RES. COUNTY | SOA |
| 2. 9 THTH | 4637 | 12 | 084 | 2 |
| 3. | IND | IW/S | ERP | MCS | WK3 UNEMPL. |
| 4. | 0 | 2 | 10 | C | |

7. Ethnic Identification (statistical use only)
☒ White, not Hispanic (1)  ☐ Hispanic (3)
☐ Black, not Hispanic (2)  ☐ American Indian or Alaskan Native (4)
☐ Asian, Pacific Islander (5)

ID VERIFIED: ☒  IB4 STATE/FIPS CODES
TYPE: FL DL

8. Circle the number which corresponds to the highest grade you completed:
1  2  3  4  5  6  7  8  9  10  11  12
② High School Diploma or GED
3. AA or Post Secondary Vocational/Technical Certificate of Completion
4. BA/BS  5. MA/MA  6. Doctorate

Primary DOT Code: 185.164 010  Mo. Exp. 24  Secondary DOT Code: ___  Mo. Exp ___
Title III EDWAA Eligibility Reason:  Cert. Date:

9. Are you handicapped as defined in Section 504 of the Rehabilitation Act of 1973?  ☒ Yes  ☐ No
Definition: A person is handicapped if he or she has a physical or mental impairment which substantially limits one or more major life activities; has a record of such impairment, or is regarded as having such impairment.
NOTE: This information will be used for statistical purposes only; is requested on a voluntary basis; and will be kept confidential.

☐ 1. Terminated, laid off or notified of layoff, UC elig. or exhausted, not likely to return to occupation or industry.
☐ 2. Terminated, laid off or notified of layoff because of permanent closing of plant or facility
☐ 3. Long – term unemployed w/ limited opportunities for employment in same or similar occupation (including age barrier)
☐ 4. Unemployed not employed
☐ 5. Other

RR  JTPA Only

9. I am a citizen of the United States.  ☒ Yes  ☐ No
If no, I am authorized to work in this country.  ☐ Yes  ☐ No
Alien Reg. #: ___
Expiration Date: ___

10a. Citizenship: ☒ US Citizen/Nationalized  ☐ Cuban Entrant  ☐ Lawfully Admitted Alien/Refugee  ☐ Haitian Entrant  ☐ Other
10b. If not fluent in English, what language do you prefer to use?

11. Employer's Name: Best Brothers all 999 Inc.
Street Address: 9300 W Atlantic Rd.
City: Coral Springs  State: FL  Zip: 33486
Employer ID # 0687984

Dates Worked:
FROM: MO 6 DAY 17 YR 98
TO: MO 9 DAY 10 YR 99

12. Employer's Local Mailing Address (if different than above):
City: ___ State: ___ Zip: ___

Total Gross Earnings with this employer: $ 25,398
Total Gross Earnings since Sunday of this week: $ 0

Employer's Telephone Number: (954) 755-5600
Salary Rate: $ ___ Per Commission Hr. Month. Year

Occupation or Title: Assist Service Manager

Reason for Separation:
☐ Permanent Lay-off  ☐ Suspension
☐ Temporary Lay-off  ☐ Leave of Absence
☐ Quit or Voluntary Lay-off  ☐ Discharged, Job Performance
☐ Working Reduced Hours  ☒ Discharged, Other

Tools/Equipment Used: Computer calculator

Are you scheduled to return to work for this employer?
☐ Yes  When? ___  ☒ No

Explain Reason for Separation: Health reasons

13. Have you received, or will you receive any of the following payments?
| | | | Amount $ ___ |
|---|---|---|---|
| Severance Pay | ☐ Yes | ☒ No | |
| Wages in Lieu of Notice | ☐ Yes | ☒ No | |
| Vacation Pay | ☐ Yes | ☒ No | From: ___  To: ___ |

LES FORM JB–310 (REV. 6/96)

| | | |
|---|---|---|
| ...you cur... ...or have you been self-employed in the past year? Yes ✓No | full time employment? ___Yes ✓No | |
| 15. Have you refused any offer of work since you became unemployed? ___Yes ✓No | 18. Are you presently enrolled in or attending school or vocational training? ___Yes ✓No | |
| 17. Do you have specific plans to enroll in or attend school or vocational training within the next 12 months? If yes, when? _____ ___Yes ✓No | 18. Are you receiving, or will you receive a retirement pension? ___Yes ✓No  If yes, date payment began/will begin: _____  Employer's name: _____ | |
| 19. During the past 18 months, have you: a. Been in the Military Service? ___Yes ✓No b. Held a Federal Civilian Job? ___Yes ✓No c. Worked in any other state? ✓Yes ___No | 20. Are you receiving or will you receive payments from Workers' Compensation? ___Yes ✓No  If yes, is it classified as: Temporary Total? ___Yes ___No  Permanent Total? ___Yrs ___No | |
| 21. Have you applied for Unemployment  2 yrs NJ  Compensation benefits in the past 12 months? ___Yes ✓No | | |

| | | |
|---|---|---|
| 22. Are you registered with Selective Service? ___Yes ✓No | 23. Are you a veteran? ___Yes ✓No | |
| 24. If you are a veteran: Most Recent  Prior Service  a. Branch of Service: _____  b. Date of Entry: _____  c. Date of release: _____  d. Occupational Specialty: _____ | Did you separate from the service within the last 48 months? ___Yes ✓No | |
| | 25. Are you the spouse of a 100% disabled veteran (service connected), or a veteran killed in the line of duty, an MIA or POW? ___Yes ✓No | |
| 26. Were you on active duty for over 180 days? ___Yes ___No | 27. Do you have a service connected disability? ___Yes ✓No  If Yes, percent of this disability: ___% | |
| 28. Were you in a reserve unit that served on active duty during a period of war or in a campaign or expedition? ___Yes ___No | 29. Are you currently a member of an active reserve unit? ___Yes ✓No | |
| 30. Are you currently enrolled in a VA education benefits program? ___Yes ___No | | |

| | | |
|---|---|---|
| 31. Are you a member of a labor union? ___Yes ✓No  If yes, Union Name and Number: _____ | 32. What type of transportation do you normally use to get to work? ✓Private ___Public ___None ___Other | |
| 33. What active driver's licenses do you possess?  FL | 34. What other types of active licenses or certificates do you possess? Nursing, Teaching, etc. | |
| 35. What type of work are you seeking?  Auto Service Advisor | 36. What is the minimum salary you are willing to accept?  $30,000 Per: year | |

In order to determine which other services may be appropriate for you, please answer the following questions. Answering these questions is optional, but if answered, may allow us to provide more services to you. Benefits will not be denied based on your answers.

| | | |
|---|---|---|
| 37. Have you ever been: a. convicted of a felony or misdemeanor? ___Yes ✓No b. involved with the criminal justice process? ___Yes ✓No  If yes, please specify: ___Felony ___Misdemeanor | 38. Are you receiving: Food Stamps? ___Yes ✓No  AFDC (Aid to Families with Dependent Children)? ___Yes ✓No  39. How many are there in your family including yourself? 2  40. What is your yearly family income? $33,000 | |

I am claiming unemployment compensation benefits. ___Yes ✓No

If a claim for benefits under the Florida Unemployment Compensation Law is being filed, I certify that I am not seeking unemployment benefits under any other state or Federal system. At the discretion of the Division, this application for benefits may be accepted as my registration for work and employment services. I understand the Florida Unemployment Compensation Law provides penalties for knowingly making false statements for the purpose of obtaining benefits. I declare that the statements made in connection with this claim are true and correct to the best of my knowledge and belief. I agree and understand any willful misstatement of facts may cause forfeiture of my status in the JTPA program and could be cause for legal action. I understand the information is subject to verification and agree to provide such documentation as required. I understand my social security number, unemployment compensation claim information and earnings may be provided to other federal, state and local government or non-government agencies for income and eligibility verification.

| | | |
|---|---|---|
| Claimant Signature: Sherry Martin | Date: 9/16/99 | |
| Interviewer Signature: | Date: 9-16-99 | |
| If applicable,  Parent or Guardian Signature: _____ | Date: _____ | |
| For JTPA only. | | |

JB-810(8/96)

00577



DEFENDANT'S EXHIBIT
sm  2/13/01
2o

JOB DESCRIPTION

JOB TITLE:        Assistant Service Manager (ASM)

REPORTS TO:       Service Manager

HOURS OF WORK:    7:00 A.M. to 6:00 P.M., Monday – Friday
                  one hour lunch break
                  8:00AM to 4:00PM SATURDAY

BASIC JOB SUMMARY: The ASM is the sales manager for their production
group. The ASM is directly responsible to sell enough labor to meet
or exceed the group's total production objectives.

SPECIFIC RESPONSIBILITIES:

1.   Present and sell menus, according to the "Road to the Sale", to
     every customer – except – to comebacks, or in other blatantly
     inappropriate situations.

2.   Obtain clear & concise repair instructions to promote shop pro-
     ductivity/efficiency, and our ability to fix it right the first
     time.

3.   Accurate completion of the repair order heading information for
     each and every invoice prepared.

4.   Accept full responsibility for the realm of customer relations
     in total. Advise, inform, & assist all our customers with every
     aspect of their service experiences.

5.   Provide accurate price & time estimates and obtain specific
     authorizations for each job performed. Utilize service menus
     and service pricing guides as directed by management to maintain
     consistency in pricing. (allow safety margins for price and time)

6.   Schedule and confirm all customer appointments, and maintain a
     "Daily Work Flow Control" sheet to ensure full utilization of the
     production groups.

7.   Obtain approval for add-on repairs as quickly as possible to
     maintain productivity of the group.

8.   Schedule new car prep. and used car inspections to be responsive
     to the needs of the group.

9.   Maintain a high level of cleanliness, grooming, and uniform
     appearance with respect to yourself, and your work areas.

10.  Arrive at work, take breaks and lunch, and depart work at the
     times designated by management.

00137

11. Ensure proper documentation of each repair order at completion including:
- a) Complete/accurate R.O. heading
- b) Appropriate signatures obtained
- c) Extend all customer labor prices
- d) Ensure all parts are listed and priced correctly
- e) Appropriate description of repairs are transcribed to the front of the repair order along with additional needed items advised
- f) Warranty repairs are within appropriate guidelines as per manufacturers policies & procedures manual
- g) Total price is within estimate quoted to customer

12. Phone deliver every vehicle immediately upon completion including a thorough review of all work performed, all work not performed, any additional needed work, total cost, and determine exactly when customer will return to take delivery. ( remind customer to see you when they arrive) Re-meet and re-greet each customer for delivery. Review invoice in detail, remind customer of next needed service. Promote the scheduling of the next service appt. at that time. Escort the customer to the cashier's window, introduce them and thank them for their business.

13. Inform management of any situation or condition that would interfere with established objectives, standards, or company policy.

14. Inform management of any situation or condition that would jeopardize the safety, welfare, or integrity of the dealership, it's employees or customers.

15. Assist elsewhere as needed, and perform other tasks as assigned by management.

(2)

00138

# CORAL SPRINGS AUTO MALL

 

9350 West Atlantic Boulevard
Coral Springs, Florida 33071

 

****WARNING NOTICE****

EMPLOYEE NAME Sherry Martin          DEALERSHIP Coral Springs Honda

DATE   1   8-24-99                   DEPARTMENT  Honda

ON THE ABOVE DATE, I WARNED THIS EMPLOYEE REGARDING _TSI  Scores +_

_Customer Handling_

A DETAILED DESCRIPTION OF THE INCIDENT IS AS FOLLOWS _Individual TSI_
_Score Continues to decline. Numerous Attempts_
_Have Been made to increase Score By going over_
_TSI Reports on a monthly Basis, Singling out problem_
_areas and through individual meetings. (3 months consecutively)_

CORRECTIVE ACTION NECESSARY _An Immediate Improvement must_
_Been Seen within 30 days and A positive Increase_
_In Sherrys +SI Score must Be Seen for next TSI Report_

THIS WRITTEN WARNING NOTICE GIVES YOU A CHANCE TO CORRECT YOUR CONDUCT
AND JOB PERFORMANCE IN THE FUTURE. IF YOU FAIL TO CORRECT YOUR CONDUCT IN
___30___ , DAYS YOU WILL BE SUBJECT TO FURTHER CORRECTIVE ACTION.

_____        8-24-99
SUPERVISOR                           DATE OF WARNING

A COPY OF THIS WARNING NOTICE HAS BEEN GIVEN TO ME ON ___8-24-99___
                                                        DATE

_____
EMPLOYEE SIGNATURE

EMPLOYEES COMMENTS: _____

DEFENDANT'S EXHIBIT

SM  2/3101
22

00008

# ACTION PLAN

// Sherry Martin

**PERFORMANCE AREA:**
TSI, Customer Handling

**CURRENT PERFORMANCE:**
81.5.

**PLANNED PERFORMANCE:**
90 or Above

**PROBLEM:**
SA Helpfulness Time spent with Customer, explanation of

**CAUSE:**
Work, Curtesy

**SOLUTION:**
Developing Skills to Handle Customers Productively

| STEP # | ACTION STEPS REQUIRED | PERSON RESPONSIBLE | PROJECTED COMPLETION DATE | ACTUAL COMPLETION DATE |
|---|---|---|---|---|
| 1 | Increase tSI By Handling Less Customers (STOP overbooking !!) | Sherry myself | 30 days | |
| 2 | Insure quality write up Listening to customer concerns and documenting ROs correctly- | Shery | 30 days | |
| 3 | Perform complete Actue delivery - explaining All charges in detail, give proper explanation of diagnsis of no problem founds | Sherry | 30 days | |
| 4 | Keeping in Better contact with Shop-(team leader) follow through on promise- times | Surry myself | 30 days | |
| 5 | explain factory survey in detail on every warranty customer | Sherry | 30 days | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | 00009 | |

| SIGNATURE | SIGNATURE | SIGNATURE | BUDGET | ACCOMPLISHED DATE 2-24-99 |
|---|---|---|---|---|

    

HONDA

Visit us on the internet at www.coralspringsautomall.com

October 29, 1999

Ms Sherry Martin
867 SW 9th Terrace
Boca Raton, Florida 33486

Dear Sherry,

In our continuation of implementing our KEEPS system for the service departments an administrative position has arisen. I need someone who is familiar with service operations to enter and maintain our database of repair order information and help analyze those numbers. I thought of you since you have the necessary service experience and you already know how our stores operate.

In addition since this is a not a customer direct position you would be able to work more flexible hours.

Should this position be of interest to you please contact me.

Sincerely,

James Gilchrist
Service & Parts Director



DEFENDANT'S
EXHIBIT
Sm
24   41.01

FLORIDA DEPARTMENT OF LABOR AND EMPLOYEE SECURITY
DIVISION OF UNEMPLOYMENT COMPENSATION

```
--------------------------------------------------------------------------
SHERRY    MARTIN                                  WEEK ENDING: 09/25/1999
SSN: 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        PROCESSED: 09/27/1999     DATE CALLED: 09/27/1999
--------------------------------------------------------------------------
     QUESTION                                                      ANSWER
     --------                                                      ------


When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.  .                             ->      1

During the week ending 09/25/1999, were you able to work and
available for work?                                   ->      Y

During the week ending 09/25/1999, did you look for work as
instructed by this agency?                            ->      Y

Did you refuse any offer of work or a referral to work?  ->   N

Did you work or earn wages during the week ending
09/25/1999?                                           ->      N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                        ->      1
```



DEFENDANT'S
EXHIBIT

SM    2|13|01
25

DIVISION OF UNEMPLOYMENT COMPENSATION

```
---------------------------------------------------------------------
SHERRY      MARTIN                                    WEEK ENDING: 10/02/1999
SSN: 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        PROCESSED: 10/11/1999    DATE CALLED: 10/11/1999
---------------------------------------------------------------------
     QUESTION                                                    ANSWER
     --------                                                    ------
```

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.  .                                  ->      1

During the week ending 10/02/1999, were you able to work and
available for work?                                         ->      Y

During the week ending I0/02/1999, did you look for work as
instructed by this agency?                                 ->      Y

Did you refuse any offer of work or a referral to work?    ->      N

Did you work or earn wages during the week ending
10/02/1999?                                                ->      N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                             ->      1

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
DIVI SION OF UNEMPLOYMENT COMPENSATIO.

```
-------------------------------------------------------------------------
SHERRY      MARTIN                                    WEEK ENDING: 10/09/1999
SSN: 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           PROCESSED: 10/11/1999      DATE CALLED: 10/11/1999
-------------------------------------------------------------------------
     QUESTION                                                     ANSWER
     --------                                                     ------
```

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.  .                               ->      1

During the week ending 10/09/1999, were you able to work and
available for work?                                     ->      Y

During the week ending 10/09/1999, did you look for work as
instructed by this agency?                             ->      Y

Did you refuse any offer of work or a referral to work?   ->     N

Did you work or earn wages during the week ending
10/09/1999?                                            ->      N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                         ->      1

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
DIVISION OF UNEMPLOYMENT COMPENSATION

```
----------------------------------------------------------------------
SHERRY      MARTIN                             WEEK ENDING: 10/16/1999
SSN: 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        PROCESSED: 10/26/1999  DATE CALLED: 10/26/1999
----------------------------------------------------------------------
     QUESTION                                              ANSWER
     --------                                              ------
```

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1. .                                  ->    1

During the week ending 10/16/1999, were you able to work and
available for work?                                        ->    Y

During the week ending 10/16/1999, did you look for work as
instructed by this agency?                                 ->    Y

Did you refuse any offer of work or a referral to work?    ->    N

Did you work or earn wages during the week ending
10/16/1999?                                                ->    N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                             ->    1

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
DIV. ION OF UNEMPLOYMENT COMPENSATION

```
-------------------------------------------------------------------------
SHERRY    MARTIN                                  WEEK ENDING: 10/23/1999
SSN: 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        PROCESSED: 10/26/1999     DATE CALLED: 10/26/1999
-------------------------------------------------------------------------

    QUESTION                                                     ANSWER
    --------                                                     ------

    When answering the following questions, you are certifying
    that your answers are true and correct; that you are not
    receiving unemployment compensation payments from another
    state; and that you understand you may be prosecuted in a
    court of law for giving false statements or withholding
    information in order to obtain benefits.
    Answering questions for anyone other than yourself
    constitutes fraud and is punishable by law. To acknowledge
    that you understand this statement and continue with your
    certification, Press 1.                                  ->    1

    During the week ending 10/23/1999, were you able to work and
    available for work?                                      ->    Y

    During the week ending 10/23/1999, did you look for work as
    instructed by this agency?                               ->    Y

    Did you refuse any offer of work or a referral to work?  ->    N

    Did you work or earn wages during the week ending
    10/23/1999?                                              ->    N

    You are required to certify that the answers you provided to
    the Division are true and correct and that you understand
    providing false information to the Division is a felony
    punishable by law. If you certify that the recorded answers
    are true and correct, press 1.                           ->    1
```

```
------------------------------------------------------------------------
SHERRY     MARTIN                              WEEK ENDING: 10/30/1999
SSN: 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        PROCESSED: 11/09/1999  DATE CALLED: 11/08/1999
------------------------------------------------------------------------
     QUESTION                                                     ANSWER
     --------                                                     ------

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.                                      ->      1

During the week ending 10/30/1999, were you able to work and
available for work?                                          ->      Y

During the week ending 10/30/1999, did you look for work as
instructed by this agency?                                   ->      Y

Did you refuse any offer of work or a referral to work?      ->      N

Did you work or earn wages during the week ending
10/30/1999?                                                  ->      N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                               ->      1
```

```
-----------------------------------------------------------------------
  SHERRY    MARTIN                                WEEK ENDING: 11/06/1999
  SSN: 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      PROCESSED: 11/09/1999     DATE CALLED: 11/08/1999
-----------------------------------------------------------------------
```

|  QUESTION | | ANSWER |
|-----------|--|--------|
| -------- | | ------ |

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.  .                                →     1

During the week ending 11/06/1999, were you able to work and
available for work?                                       →     Y

During the week ending 11/06/1999, did you look for work as
instructed by this agency?                                →     Y

Did you refuse any offer of work or a referral to work?   →     N

Did you work or earn wages during the week ending
11/06/1999?                                               →     N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                            →     1

```
-------------------------------------------------------------------
SHERRY    MARTIN                                WEEK ENDING: 11/13/1999
SSN: 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      PROCESSED: 11/23/1999     DATE CALLED: 11/22/1999
-------------------------------------------------------------------
    QUESTION                                             ANSWER
    --------                                             ------

    When answering the following questions, you are certifying
    that your answers are true and correct; that you are not
    receiving unemployment compensation payments from another
    state; and that you understand you may be prosecuted in a
    court of law for giving false statements or withholding
    information in order to obtain benefits.
    Answering questions for anyone other than yourself
    constitutes fraud and is punishable by law. To acknowledge
    that you understand this statement and continue with your
    certification, Press 1.  .                          ->      1

    During the week ending 11/13/1999, were you able to work and
    available for work?                                 ->      Y

    During the week ending 11/13/1999, did you look for work as
    instructed by this agency?                          ->      Y

    Did you refuse any offer of work or a referral to work?  ->  N

    Did you work or earn wages during the week ending
    11/13/1999?                                         ->      N

    You are required to certify that the answers you provided to
    the Division are true and correct and that you understand
    providing false information to the Division is a felony
    punishable by law. If you certify that the recorded answers
    are true and correct, press 1.                      ->      1
```

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY

```
--------------------------------------------------------------------
SHERRY    MARTIN                                WEEK ENDING: 11/20/1999
SSN: 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        PROCESSED: 11/23/1999   DATE CALLED: 11/22/1999
--------------------------------------------------------------------
    QUESTION                                              ANSWER
    --------                                              ------
```

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.                                    ->     1

During the week ending 11/20/1999, were you able to work and
available for work?                                        ->     Y

During the week ending 11/20/1999, did you look for work as
instructed by this agency?                                 ->     Y

Did you refuse any offer of work or a referral to work?    ->     N

Did you work or earn wages during the week ending
11/20/1999?                                                ->     N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                             ->     1

00604

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
DIVISION OF UNEMPLOYMENT COMPENSATION

```
SHERRY      MARTIN                                WEEK ENDING: 11/27/1999
SSN: 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        PROCESSED: 12/06/1999    DATE CALLED: 12/06/1999
```

```
    QUESTION                                              ANSWER
    --------                                              ------
```

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.  .                            ->     1

During the week ending 11/27/1999, were you able to work and
available for work?                                   ->     Y

During the week ending 11/27/1999, did you look for work as
instructed by this agency?                            ->     Y

Did you refuse any offer of work or a referral to work?  ->   N

Did you work or earn wages during the week ending
11/27/1999?                                           ->     N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                        ->     1

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
DIVISION OF UNEMPLOYMENT COMPENSATION

```
-----------------------------------------------------------------------
SHERRY     MARTIN                          WEEK ENDING: 12/04/1999
SSN: 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      PROCESSED: 12/06/1999    DATE CALLED: 12/06/1999
-----------------------------------------------------------------------
    QUESTION                                            ANSWER
    --------                                            ------

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.  .                           ->     1

During the week ending 12/04/1999, were you able to work and
available for work?                                  ->     Y

During the week ending 12/04/1999, did you look for work as
instructed by this agency?                          ->     Y

Did you refuse any offer of work or a referral to work?  ->   N

Did you work or earn wages during the week ending
12/04/1999?                                         ->     N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                      ->     1
```

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
DIVISION OF UNEMPLOYMENT COMPENSATION

```
---------------------------------------------------------------------
SHERRY    MARTIN                               WEEK ENDING: 12/11/1999
SSN: 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       PROCESSED: 12/20/1999   DATE CALLED: 12/20/1999
---------------------------------------------------------------------
    QUESTION                                                   ANSWER
    --------                                                   ------
```

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1. .                                ->    1

During the week ending 12/11/1999, were you able to work and
available for work?                                      ->    Y

During the week ending 12/11/1999, did you look for work as
instructed by this agency?                               ->    Y

Did you refuse any offer of work or a referral to work?  ->    N

Did you work or earn wages during the week ending
12/11/1999?                                              ->    N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                           ->    1

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
UNEMPLOYMENT COMPENSATION

```
-------------------------------------------------------------------------
SHERRY     MARTIN                              WEEK ENDING: 12/18/1999
SSN: 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        PROCESSED: 12/20/1999   DATE CALLED: 12/20/1999
-------------------------------------------------------------------------
     QUESTION                                              ANSWER
     --------                                              ------
```

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.                                   ->      1

During the week ending 12/18/1999, were you able to work and
available for work?                                       ->      Y

During the week ending 12/18/1999, did you look for work as
instructed by this agency?                                ->      Y

Did you refuse any offer of work or a referral to work?   ->      N

Did you work or earn wages during the week ending
12/18/1999?                                               ->      N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                            ->      1

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
DIVISION OF UNEMPLOYMENT COMPENSATION

```
-----------------------------------------------------------------------
SHERRY    MARTIN                          WEEK ENDING: 12/25/1999
SSN: 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     PROCESSED: 01/04/2000    DATE CALLED: 01/03/2000
-----------------------------------------------------------------------
```

| QUESTION | | ANSWER |
|----------|---|--------|

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.   .                              ->    1

During the week ending 12/25/1999, were you able to work and
available for work?                                      ->    Y

During the week ending 12/25/1999, did you look for work as
instructed by this agency?                              ->    Y

Did you refuse any offer of work or a referral to work?  ->    N

Did you work or earn wages during the week ending
12/25/1999?                                              ->    N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                          ->    1

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY

```
SHERRY     MARTIN                                    WEEK ENDING: 01/01/2000
SSN: 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          PROCESSED: 01/04/2000      DATE CALLED: 01/03/2000
---------------------------------------------------------------------------

    QUESTION                                                      ANSWER
    --------                                                      ------
```

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.                                   ->     1

During the week ending 01/01/2000, were you able to work and
available for work?                                       ->     Y

During the week ending 01/01/2000, did you look for work as
instructed by this agency?                                ->     Y

Did you refuse any offer of work or a referral to work?   ->     N

Did you work or earn wages during the week ending
01/01/2000?                                               ->     N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                            ->     1

FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY
UNEMPLOYMENT COMPENSATION

```
SHERRY     MARTIN                                    WEEK ENDING: 01/08/2000
SSN: 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        PROCESSED: 01/19/2000        DATE CALLED: 01/18/2000
```

```
     QUESTION                                                      ANSWER
     --------                                                      ------
```

When answering the following questions, you are certifying
that your answers are true and correct; that you are not
receiving unemployment compensation payments from another
state; and that you understand you may be prosecuted in a
court of law for giving false statements or withholding
information in order to obtain benefits.
Answering questions for anyone other than yourself
constitutes fraud and is punishable by law. To acknowledge
that you understand this statement and continue with your
certification, Press 1.                                     ->      1

During the week ending 01/08/2000, were you able to work and
available for work?                                          ->      Y

During the week ending 01/08/2000, did you look for work as
instructed by this agency?                                   ->      Y

Did you refuse any offer of work or a referral to work?      ->      N

Did you work or earn wages during the week ending
01/08/2000?                                                  ->      N

You are required to certify that the answers you provided to
the Division are true and correct and that you understand
providing false information to the Division is a felony
punishable by law. If you certify that the recorded answers
are true and correct, press 1.                               ->      1

## DECLARATION OF STEVEN TABORSKY

I, Steven Taborsky, declare as follows:

1.     I am the former Service Manager for Coral Springs Honda (Page Brothers Associates, Inc.) in Coral Springs, Florida. I served in that position from approximately January 1997 to July 2000.

2.     As Service Manager, I was Sherry Martin's direct supervisor.

3.     I never denied Ms. Martin any leave she requested. In fact, I granted Ms. Martin numerous leaves during her short period of employment for surgery, radiation treatment, sickness and vacation.

4.     Service employees, like Ms. Martin, are continuously evaluated by customers through customer surveys that the manufacturer mails directly to the customer. Each month, the manufacturer provided me with a spreadsheet calculating an average score for each service employee based on the customers' responses to the surveys. These customer service index ("CSI") scores are extremely important to Coral Springs Honda because they are an accurate reflection of the customer's satisfaction with the dealership.

5.     For a number of months, Ms. Martin's CSI scores were below average. In response to the low scores, I counseled her on numerous occasions both verbally and in writing regarding her low scores and emphasized to her the importance of improving her scores. I suggested that, if Ms. Martin was having difficulty attending to all of her customers, she should write fewer service orders. Ms. Martin, however, continued to write more service orders than she could properly handle.

6.     I terminated Ms. Martin's employment on September 13, 1999 because her job performance and customer handling skills had failed to improve, including her low CSI scores. Attached as "Tab 1" is a true and accurate copy of her termination notice.

7.     Ms. Martin never requested that I provide her medical leave under the Family Medical Leave Act, nor did she ever mention the Family Medical Leave Act to me.

1

Moreover, I was never aware that Ms. Martin took or attempted to take any medical leave under the Family Medical Leave Act, if she ever did.

    8.    I did not terminate Ms. Martin nor treat her less favorably for having a disability, nor did I perceive Ms. Martin as having any disability that substantially limited a major life activity. Rather, I perceived Ms. Martin as someone who, regardless of her medication condition, had poor customer handling skills and low CSI scores.

    9.    I did not discriminate against Ms. Martin because she is a female.

    10.    I deducted money for low CSI scores from all service employees regardless of gender, including Ms. Martin, James Cocchiola (male), and Lee Irwin (male).

    11.    I granted leave to all service employees regardless of gender. As I mentioned above, I never denied Ms. Martin any leave she requested. Moreover, I did not treat Ms. Martin's requests for leave any less favorably because she was a female.

**I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.**

Executed on April _12_, 2001.

Steven Taborsky

2

```
1                      UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA
2                        Fort Lauderdale Division

3                      CASE NO: 00-6037-CIV-FERGUSON
                          Magistrate Judge Snow
4

5    SHERRY MARTIN,

6             Plaintiff,

7    vs.                              ORIGINAL
8    PAGE BROTHERS ASSOCIATES, INC.,
     a Florida corporation, d/b/a
9    CORAL SPRINGS AUTO MALL,

10            Defendant.
     _____/
11

12

13                           FORT LAUDERDALE, FLORIDA
                             March 21, 2001
14                           10:20 a.m.

15

16            ------------------------------
              CONTINUATION OF THE DEPOSITION OF SHERRY MARTIN
17            ------------------------------

18

19
     APPEARANCES:
20
          LORING N. SPOLTER, ESQUIRE,
21        Loring N. Spolter, P.A.,
          Appearing on behalf of the Plaintiff.
22
          CATHY M. STUTIN, ESQUIRE,
23        Fisher & Phillips LLP,
          Appearing on behalf of the Defendant.
24
     ALSO PRESENT:
25        James Gilchrist
          Edward Moffa
```

1    to Stan Hirsch, my service manager, and we spoke about

2    that as well. Because it says in there something about

3    it being -- Stan apparently told me that this was not to

4    be taken as seriously as I took it. And I told him that

5    anything that was in writing and I had to sign it that I

6    would take it very serious.

7        Q.    Why don't you try and listen to my question and

8    answer my question.

9        A.    Okay.

10       Q.    You have those two documents in front of you.

11   Does that refresh your recollection as to whether or not

12   your employer, Holman Mitsubishi, was unhappy with your

13   CSI scores as of May 1997?

14       A.    Okay. Considering that Stan Hirsch was my

15   employer, I guess he was not happy with my scores.

16       Q.    Thank you. Are customer satisfaction survey

17   results important to dealerships in your experience?

18       A.    Yes.

19             (Thereupon, Defendant's Exhibit Number 27 was

20         marked for Identification.)

21   BY MS. STUTIN:

22       Q.    Let me show you what I have marked as

23   Defendant's Exhibit 27 and ask you if you ever remember

24   seeing that document before?

25       A.    I don't remember this, but if it was sent out

```
 1    to all of us, I'm sure we got it then.
 2         Q.   Was it your understanding that Coral Springs
 3    Auto Mall and Coral Springs Honda considered CSIs to be
 4    an important barometer of how you were doing as an
 5    employee?
 6         A.   Yes.
 7              (Thereupon, Defendant's Exhibit Number 28 was
 8         marked for Identification.)
 9    BY MS. STUTIN:
10         Q.   Let me show you what I have marked as
11    Defendant's Exhibit 28, which are several documents from
12    the service advisor performance report from Coral Springs
13    Honda and ask you if you recognize that document?
14         A.   I don't know if this is one of the ones that I
15    was showed or not.  Sometimes we were and sometimes we
16    were not.
17         Q.   Do you recognize the form of the document if
18    you don't recognize the actual --
19         A.   Yes.
20         Q.   What is the information that's contained in
21    Defendant's Exhibit 27?
22         A.   It was the advisor performance reports from, it
23    looks like, for a month.  I'm sorry, it looks like
24    several months May, June and July 1999.
25         Q.   All right.  That would be for the first page
```

```
 1    you know, several times that I recall.
 2          Q.    What was Ryan William's position?
 3          A.    Technician.
 4          Q.    He wasn't a service advisor?
 5          A.    No.
 6          Q.    How about Jack, Darius Renier?
 7          A.    He's a technician.
 8          Q.    And so you think that because the technicians
 9    didn't come in on Saturdays that they were treated with
10    preference?
11          A.    They were never told about taking off time.
12          Q.    How do you know they were never told about
13    taking off time?
14          A.    Because I would go back and talk to them.
15          Q.    And what did they say?
16          A.    Especially Darius Renier, he was -- he always
17    had an okay from Steve that, you know, he would just take
18    off when he needed to.
19          Q.    Did he show it to you?
20          A.    I'm sorry?
21          Q.    Did he show it to you, his okay?
22          A.    Oh, he never had a written okay.  He would just
23    not be there and we would talk about it.  We were -- Jack
24    and I were friends and we would discuss things like that.
25          Q.    Did you ever ask for time off and Steve said no
```

 1   you couldn't have that time off?

 2        A.   I don't recall if he did or not.  I know he

 3   wasn't very happen about me leaving early for my

 4   treatments.

 5        Q.   But he didn't tell you you couldn't go?

 6        A.   Would he come right out and say you can't go?

 7   No.  But he could call me ten minutes before I would

 8   leave and say do you know you have three cars that

 9   haven't been in the shop yet or do you know you have this

10   or do you know you have that.

11             He would -- it was obvious he was extremely

12   annoyed that I was leaving again for radiation treatments

13   or for some other treatment or a doctor's appointment.

14        Q.   He was concerned that those customers would be

15   properly taken care of in your absence?

16        A.   He was concerned that nobody would take care of

17   them.  As a matter of fact that I day I did go to my

18   radiation treatments and I came back.  I made it back at

19   4:30 that afternoon and one of my jobs had gotten in

20   during my absence and the customer needed brakes.

21             So I immediately got on the phone at 4:30, sold

22   a brake job and the technician refused to stay and do the

23   brakes.  So it was pointless for me to rush all the way

24   to Boca and back to Coral Springs again to even try to

25   attempt to do my job.

```
 1              A.    I was just jotting notes down.  I talked to Jim
 2    about that and that's -- were just notes to myself.
 3              Q.    What does the ten to twelve dollars per hour
 4    indicate?
 5              A.    I asked him how much the job paid.
 6              Q.    Okay.
 7              A.    And about my insurance and he said yes the
 8    benefits would be retroactive.
 9                    (Thereupon, Defendant's Exhibit Number 44 and
10              45 were marked for Identification.)
11    BY MS. STUTIN:
12              Q.    Okay.  Let me show you what I'll mark as
13    Defendant's Exhibit 45, also documents you produced at
14    your last deposition, and ask you if you recognize that
15    document?
16              A.    This is just a copy of the newspapers so I
17    could kind of keep track for myself to look for jobs.
18              Q.    I think that might all be part of the same
19    exhibit so let me add to this exhibit the remainder of
20    the documents that you produced at your deposition
21    relative to what I think might be your --
22              A.    Yeah, they're just all the places where I sent
23    or took in resumes.
24              Q.    Do you recall why you were keeping that log of
25    information?
```

1                    CERTIFICATE OF OATH

2

3

4      STATE OF FLORIDA    )
                              ss.
5      COUNTY OF BROWARD    )

6

7           I, the undersigned authority, certify that

8      SHERRY MARTIN personally appeared before me and was duly

9      sworn.

10

11

12          WITNESS my hand and official seal this 7th day

13     of April, 2001.

14

15

16

17     _____

18     SALLY WILHELM, Court Reporter
       Notary Public - State of Florida
19     My Commission No. CC872117
       Expires:  October 5, 2003
20

21

22

23

24

25

```
 1                         CERTIFICATE

 2    STATE OF FLORIDA  )
                        ) ss.
 3    COUNTY OF BROWARD )

 4

 5            I, SALLY WILHELM, do hereby certify that
      pursuant to Notice of Taking Deposition in the
 6    above-styled cause, that I was authorized to and did
      stenographically report the foregoing deposition as
      hereinabove shown, and the testimony of said witness was
 7    reduced to computer transcription under my personal
      supervision.
 8
              I further certify that the said deposition was
 9    taken at the time and place specified hereinabove, and
      that I am neither of counsel nor solicitor to either of
10    the parties in said suit nor interested in the event of
      the cause.
11
              I further certify that I have delivered the
12    original copy of said deposition to Cathy Stutin,
      Esquire, to be retained by her pending further order of
13    the Court.

14

15            WITNESS my hand and official seal in the City
      of Fort Lauderdale, County of Broward, State of Florida,
16    this 7th day of April, 2001.

17

18                 _____
                        SALLY WILHELM
19

20

21

22

23

24

25
```

October 29th, 1990

To: All Coral Springs Automall Employees
From: Kenneth E. Page
Re: C.S.I.

Our dealership's short and long term success relies entirely on our ability to satisfy our current and prospective customers. Our goal is to be viewed as the most caring, concerned, and customer oriented automobile dealership in our market area.

Our Customers make up the greatest asset of our business, and they are to be treasured as such. The customer is the "lifeblood" of our business and pays the salary of each and every employee in our dealerships.

Within the limits of sound business judgement, I expect every manager and every employee to dedicate their very best efforts towards the accomplishment of this imperative goal.

Sincerely

Kenneth E. Page
President

P.S. Remember the "Golden Rule"-treat others as you would go out of your way to tell others how you were treated.

Word of mouth advertising is the most inexpensive, yet the most effective when given in a positive manner.



**DEFENDANT'S EXHIBIT**
sm  3|2-1|01
27

**DEFENDANT'S EXHIBIT**

SM 3/21/01
28

Table: 140
Zone: 7
District: C

... .Jo TSI Study    ....onT

American Honda TSI Study
SERVICE ADVISOR PERFORMANCE REPORT
April 1999 - June 1999
CORAL SPRINGS HONDA 207548

Table: 140
Zone: 7
District: C

| Standard PTS # | National | District | Dealer | Cocchiola D090411 | Erwin D078749 | Quiery D099084 | Buckley D043942 | Martin D068333 |
|---|---|---|---|---|---|---|---|---|
| 91.0 | 90.6 | 89.8 | 91.6 | 96.2 | 95.0 | 94.6 | 91.0 | 81.5 |
| - | 88.3 | 89.0 | 90.7 | 96.8 | 94.3 | 100.0 | 87.2 | 81.5 |
| - | 92.4 | 92.5 | 95.4 | 97.7 | 95.4 | 100.0 | 95.2 | 91.3 |
| - | 91.4 | 91.3 | 94.4 | 98.2 | 95.4 | 100.0 | 94.2 | 89.6 |
| 83.0 | 83.7 | 85.4 | 85.4 | 95.3 | 92.9 | 100.0 | 77.8 | 70.4 |
| - | 1.4 | 1.6 | 1.3 | 1.0 | 1.0 | 0.0 | 2.2 | 0.7 |
| - | 62.6 | 58.3 | 64.7 | 100.0 | 50.0 | 0.0 | 33.3 | 42.9 |
| 91.0 | 91.4 | 88.8 | 92.2 | 95.6 | 94.6 | 96.1 | 93.5 | 82.7 |
| - | 94.6 | 92.2 | 94.8 | 96.6 | 96.3 | 100.0 | 94.8 | 89.7 |
| - | 88.3 | 87.1 | 91.3 | 95.1 | 93.1 | 93.8 | 90.5 | 84.2 |
| - | 92.1 | 88.4 | 90.9 | 92.7 | 96.0 | 93.8 | 95.5 | 78.8 |
| - | 91.6 | 89.4 | 93.8 | 100.0 | 92.9 | 100.0 | 92.6 | 84.6 |
| - | 78.2 | 64.2 | 70.1 | 76.7 | 66.7 | 25.0 | 76.9 | 61.5 |
| - | 62.7 | 48.7 | 62.0 | 66.7 | 67.9 | 50.0 | 76.0 | 33.3 |
| - | 94.4 | 92.0 | 98.4 | 97.5 | 100.0 | 100.0 | 100.0 | 95.0 |
| - | 33.8 | 32.7 | 37.5 | 0.0 | 50.0 | 0.0 | 0.0 | 50.0 |
| - | 35.6 | 37.0 | 71.4 | 0.0 | 50.0 | 0.0 | 0.0 | 100.0 |
| 93.0 | 93.8 | 93.2 | 94.6 | 97.5 | 95.9 | 99.0 | 98.7 | 83.8 |
| - | 94.4 | 93.7 | 95.5 | 98.3 | 94.2 | 100.0 | 100.0 | 87.5 |
| - | 95.5 | 95.0 | 96.3 | 98.8 | 96.2 | 100.0 | 100.0 | 88.8 |
| - | 93.2 | 93.1 | 94.4 | 97.6 | 95.7 | 100.0 | 99.1 | 83.6 |
| - | 93.9 | 93.2 | 95.2 | 98.3 | 96.0 | 100.0 | 100.0 | 83.9 |
| - | 92.5 | 92.5 | 93.7 | 97.0 | 95.8 | 93.8 | 99.1 | 80.8 |
| - | 93.0 | 93.4 | 95.2 | 97.7 | 97.0 | 100.0 | 99.1 | 85.3 |
| - | 93.8 | 91.3 | 92.1 | 95.2 | 97.0 | 100.0 | 94.0 | 77.4 |
| - | 98.4 | 98.6 | 98.4 | 100.0 | 100.0 | 100.0 | 100.0 | 93.3 |
| - | 94.5 | 93.3 | 95.6 | 97.1 | 95.8 | 100.0 | 100.0 | 89.7 |
| - | 94.4 | 94.3 | 98.3 | 100.0 | 100.0 | 100.0 | 100.0 | 92.0 |
| - | 92.8 | 91.8 | 94.4 | 100.0 | 96.2 | 100.0 | 100.0 | 82.1 |
| - | 70.0 | 53.7 | 79.7 | 81.5 | 88.9 | 100.0 | 66.7 | 75.0 |
| 19.0 | 88.8 | 86.5 | 86.4 | 92.3 | 96.4 | 62.5 | 79.2 | 72.9 |
| - | 88.8 | 86.6 | 86.4 | 92.3 | 96.4 | 62.5 | 79.2 | 72.9 |
| - | 92.2 | 93.8 | 93.4 | 100.0 | 93.8 | 66.7 | 100.0 | 84.2 |
| - | 82.4 | 79.8 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| - | 94.4 | 91.7 | 89.5 | 94.7 | 90.0 | 66.7 | 84.6 | 91.7 |
| | 34,871 | 1,133 | 144 | 48 | 29 | (unclear) | 31 | 31 |
| | 30% | 26% | 25% | 33% | 20% | 14% | 31% | 22% |
| | | | | 4 | 4 | 1 | 10 | 14 |

age 2

Page 1

00091

# (H) HONDA

**American Honda TSI Study**
**SERVICE ADVISOR PERFORMANCE REPORT**
May 1999 - July 1999
**CORAL SPRINGS HONDA 207540**

Table. 140
Zone  7
District.  C

00092

| | Standard | National | District | Dealer | Cocchiola D090411 | Buckley D043942 | Erwin D078749 | Martin D060333 | Taborsky D030408 |
|---|---|---|---|---|---|---|---|---|---|
| DPTS #: | | | | | D090411 | D043942 | D078749 | D060333 | D030408 |
| **Overall TSI** | 91.0 | 90.0 | 89.0 | 89.3 | 92.3 | 90.8 | 90.4 | 85.1 | 74.8 |
| **Quality Index** | | | | | | | | | |
| Quality of work performed | | 87.5 | 87.7 | 86.6 | 91.7 | 85.0 | 88.0 | 82.1 | 48.6 |
| Completeness of work performed | | 91.9 | 91.0 | 91.2 | 92.9 | 89.5 | 91.0 | 90.4 | 100.0 |
| Did dealer fix car right first time? (% yes) | 83.0 | 90.7 | 89.1 | 89.0 | 93.9 | 86.8 | 88.0 | 86.4 | 75.0 |
| *Diagnostics* | | 82.6 | 84.7 | 82.3 | 89.5 | 81.0 | 86.2 | 74.3 | 0.0 |
| II no, average number of lines serviced/returned | | 1.4 | 1.6 | 1.3 | 1.3 | 2.0 | 1.7 | 0.7 | 2.0 |
| II no, is it fixed now (% yes) | | 61.5 | 49.0 | 47.6 | 50.0 | 66.7 | 40.0 | 37.5 | 100.0 |
| **Convenience Index** | 91.0 | 90.6 | 90.1 | 90.3 | 92.6 | 95.4 | 90.7 | 86.1 | 89.8 |
| Promptness in greeting/writing up order | | 94.2 | 92.5 | 94.9 | 95.9 | 92.4 | 94.8 | 95.3 | 100.0 |
| Length of time to complete service/repair | | 86.9 | 85.2 | 80.3 | 91.9 | 93.5 | 84.2 | 84.0 | 100.0 |
| Length of time to pay for and retrieve car | | 91.6 | 88.0 | 90.2 | 90.7 | 94.4 | 93.0 | 85.6 | 75.0 |
| Vehicle ready when promised? (% yes) | 83.0 | 90.7 | 89.0 | 90.2 | 94.6 | 100.0 | 83.3 | 84.8 | 100.0 |
| *Diagnostics* | | | | | | | | | |
| % under 5 minute wait to see S/A | | 76.8 | 60.9 | 66.1 | 57.1 | 75.0 | 67.9 | 67.6 | 100.0 |
| % under 5 minutes to pick up car | | 61.4 | 46.7 | 53.4 | 48.6 | 72.2 | 70.0 | 34.4 | 0.0 |
| Was paperwork complete and ready? (% yes) | | 94.0 | 91.3 | 95.5 | 94.3 | 100.0 | 96.2 | 97.0 | 100.0 |
| II delay, was wait more than 1 day? (% yes) | | 33.5 | 30.7 | 33.3 | 0.0 | 0.0 | 40.0 | 40.0 | 0.0 |
| Were you notified in advance of this delay? (% yes) | | 35.2 | 34.3 | 50.0 | 0.0 | 0.0 | 40.0 | 80.0 | 0.0 |
| **Customer Treatment Index** | 93.0 | 93.4 | 92.9 | 93.6 | 93.7 | 98.2 | 93.4 | 91.3 | 84.6 |
| S/A helpfulness | | 93.9 | 93.6 | 95.3 | 96.4 | 100.0 | 92.0 | 93.9 | 100.0 |
| S/A courtesy | | 95.2 | 95.1 | 96.2 | 96.5 | 100.0 | 94.6 | 94.7 | 100.0 |
| S/A knowledge/expertise | | 92.8 | 93.0 | 94.2 | 95.0 | 98.9 | 93.3 | 91.2 | 100.0 |
| S/A honest/straightforward manner | | 93.4 | 93.3 | 94.3 | 94.4 | 100.0 | 92.6 | 91.9 | 100.0 |
| S/A amount of time spent with you | | 92.0 | 92.0 | 93.4 | 93.2 | 100.0 | 91.3 | 91.0 | 100.0 |
| S/A understanding service/repair request | | 92.5 | 92.9 | 93.6 | 90.3 | 98.9 | 94.4 | 93.1 | 100.0 |
| Courtesy of cashier when picking up bill | | 93.6 | 90.6 | 88.5 | 89.3 | 90.0 | 95.7 | 84.2 | 0.0 |
| *Diagnostics* | | | | | | | | | |
| Did the S/A listen to your needs? (% yes) | | 98.2 | 98.0 | 98.4 | 100.0 | 100.0 | 96.4 | 97.3 | 100.0 |
| Did the S/A adequately explain the work? (% yes) | | 94.0 | 93.0 | 95.4 | 96.4 | 100.0 | 92.0 | 94.6 | 100.0 |
| S/A gave an estimate of when car will be ready? (% yes) | | 93.9 | 93.6 | 98.2 | 100.0 | 100.0 | 100.0 | 93.8 | 100.0 |
| Satisfactory explanation of completed work? (% yes) | | 92.1 | 89.7 | 90.5 | 91.2 | 100.0 | 92.3 | 82.4 | 100.0 |
| Customer follow-up? (% yes) | | 67.9 | 62.4 | 70.4 | 73.1 | 64.3 | 70.6 | 69.6 | 100.0 |
| **Value Index** | 89.0 | 88.7 | 85.8 | 85.9 | 90.5 | 81.3 | 95.5 | 77.8 | 100.0 |
| Fairness of charges | | 88.7 | 85.8 | 85.9 | 90.5 | 81.3 | 95.5 | 77.8 | 0.0 |
| *Diagnostics* | | | | | | | | | |
| Did the S/A provide you an estimate of costs? (% yes) | | 91.8 | 92.3 | 90.9 | 95.7 | 100.0 | 92.3 | 81.5 | 0.0 |
| Contacted for changes in the cost estimate? (% yes) | | 81.8 | 75.8 | 80.0 | 50.0 | 0.0 | 100.0 | 100.0 | 0.0 |
| Was the explanation of charges satisfactory? (% yes) | | 94.1 | 91.1 | 82.2 | 92.3 | 80.0 | 85.7 | 88.2 | 0.0 |
| Number of Respondents | | 36,351 | 1,109 | 135 | 41 | 24 | 30 | 39 | 1 |
| Response Rate | | 30% | 25% | 24% | 29% | 25% | 26% | 21% | 5% |
| | | | | | 7 | 7 | 7 | 16 | 1 |

Weights (left margin): 10%, 35%, 10%, 10%, 7%, 27%, 2%, 3%, 4%, 4%, 3%, 4%, 4%, 26%, 11%, 11%

**Bold** below standard
# Customers Listed on Dissatisfied Customer Report
* Response Rate
Number of Respondents

Caution: small sample (21-30). Results may be somewhat volatile
Caution: extremely small sample (10-20). Results may be extremely volatile
Caution: extremely small sample (under 10). Results may be extremely volatile

**HONDA**

American Honda TSI Study
## SERVICE ADVISOR PERFORMANCE REPORT
March 1999 - May 1999
### CORAL SPRINGS HONDA 207548

| | | Standard | National | District | Dealer | Martin |
|---|---|---|---|---|---|---|
| | DPTS # | | | | | D068333 |
| **Weights** | | | | | | | |
| 100% | Overall TSI | 91.0 | 90.8 | 89.3 | 91.0 | 81.4 |
| 36% | Quality Index | - | 88 3 | 88.3 | 89.0 | 78 2 |
| 10% | Quality of work performed | - | 92.5 | 91.8 | 94.0 | 87 0 |
| 10% | Completeness of work performed | - | 91.5 | 91.1 | 93.0 | 86.0 |
| 16% | Did dealer fix car right first time? (% yes) | 83.0 | 83.6 | 84.3 | 83.5 | 67.9 |
| ¦ | *Diagnostics* | | | | | |
| | *If no, average number of times serviced/returned* | - | *1.4* | *1.6* | *1.4* | *0.9* |
| | *If no, is it fixed now (% yes)* | - | *62.7* | *58.9* | *57 9* | *33.3* |
| 27% | Convenience Index | 91.0 | 91.8 | 88.6 | 91.3 | 81.2 |
| 3% | Promptness in greeting/writing up order | - | 95 1 | 92.4 | 96.0 | 91.4 |
| 6% | Length of time to complete service/repair | - | 88.9 | 87.0 | 90.6 | 81.5 |
| 11% | Length of time to pay for and retrieve car | - | 92.5 | 87.7 | 90.7 | 79.0 |
| 7% | Vehicle ready when promised? (% yes) | - | 92.0 | 89.8 | 90.7 | 80.0 |
| | *Diagnostics* | | | | | |
| | *% under 5 minute wait to see S/A* | - | *79.7* | *64 3* | *71.3* | *66.7* |
| | *% under 5 minutes to pick up car* | - | *63.6* | *49.8* | *62.0* | *40.7* |
| | *Was paperwork complete and ready? (% yes)* | - | *94.9* | *91.5* | *95.9* | *96.3* |
| | *If delay, was wait more than 1 day? (% yes)* | - | *34.6* | *28.7* | *33.3* | *33.3* |
| | *Were you notified in advance of this delay? (% yes)* | - | *36.2* | *35.4* | *50.0* | *66.7* |
| 26% | Customer Treatment Index | 93.0 | 94 1 | 92.9 | 94.5 | 85.9 |
| 4% | S/A helpfulness | - | 94.8 | 93.9 | 96.2 | 90.3 |
| 4% | S/A courtesy | - | 95.9 | 95.2 | 97.6 | 92.7 |
| 4% | S/A knowledge/expertise | - | 93.4 | 92.7 | 92.8 | 83.1 |
| 3% | S/A honest/straightforward manner | - | 94 2 | 93.3 | 95.2 | 85.8 |
| 4% | S/A amount of time spent with you | - | 92.8 | 91.9 | 92.0 | 80.0 |
| 3% | S/A understanding service/repair request | - | 93.2 | 93.0 | 94.9 | 83.6 |
| 4% | Courtesy of cashier when picking up bill | - | 93.9 | 90.3 | 92.9 | 85.2 |
| | *Diagnostics* | | | | | |
| | *Did the S/A listen to your needs? (% yes)* | - | *98.6* | *99.0* | *98.5* | *96.9* |
| | *Did the S/A adequately explain the work? (% yes)* | - | *94.9* | *93.6* | *96.5* | *93.3* |
| | *S/A gave an estimate of when car will be ready? (% yes)* | - | *94.7* | *94.4* | *96.7* | *89.3* |
| | *Satisfactory explanation of completed work? (% yes)* | - | *93.1* | *91.3* | *94.1* | *86.7* |
| | *Customer follow-up? (% yes)* | - | *70.6* | *62.7* | *84.5* | *80.0* |
| 11% | Value Index | 89.0 | 88.8 | 85.5 | 88.3 | 81.3 |
| 11% | Fairness of charges | - | 88.8 | 85.5 | 88.3 | 81.3 |
| | *Diagnostics* | | | | | |
| | *Did the S/A provide you an estimate of costs? (% yes)* | - | *92.7* | *93.5* | *94.3* | *88.9* |
| | *Contacted for changes in the cost estimate? (% yes)* | - | *85.0* | *85.8* | *100.0* | *0.0* |
| | *Was the explanation of charges satisfactory? (% yes)* | - | *94.5* | *91.5* | *98.0* | *100.0* |
| **Number of Respondents** | | | 34,585 | 1,144 | 140 | 32 |
| **Response Rate** | | | 31% | 26% | 24% | 26% |
| **# Customers Listed on Dissatisfied Customer Report** | | | | | | 14 |

Bold - Below standard

Caution: small sample (21-30). Results may be somewhat volatile
Caution: extremely small sample (10-20). Results may be extremely volatile
Caution: insufficient sample (under 10)

00093

American Honda TSI Study
SERVICE ADVISOR PERFORMANCE REPORT
February 1999 - April 1999
CORAL SPRINGS HONDA 207548

Table: 140
Zone: 7
District: C

| DPTS # | Standard | National | District | Dealer | Martin D068333 |
|---|---|---|---|---|---|
| | 91.0 | 90.7 | 87.7 | 90.7 | 85.0 |
| | - | 88.0 | 86.9 | 89.9 | 87.4 |
| | - | 92.4 | 90.3 | 92.6 | 87.0 |
| | - | 91.3 | 89.9 | 92.6 | 86.0 |
| s) | 83.0 | 83.2 | 83.0 | 86.5 | 88.5 |
| t/returned | - | 1.4 | 1.5 | 1.7 | 3.0 |
| | - | 62.7 | 59.1 | 57.1 | 0.0 |
| | 91.0 | 91.8 | 87.2 | 90.8 | 85.9 |
| | - | 95.1 | 91.1 | 95.4 | 91.1 |
| air | - | 88.7 | 85.1 | 89.8 | 85.8 |
| ar | - | 92.5 | 86.2 | 90.8 | 83.7 |
| s) | - | 92.1 | 89.0 | 89.7 | 87.1 |
| | - | 80.0 | 62.2 | 73.3 | 79.3 |
| | - | 63.8 | 48.3 | 54.5 | 42.3 |
| (% yes) | - | 94.9 | 90.7 | 95.2 | 96.0 |
| 's yes) | - | 35.0 | 26.5 | 35.7 | 50.0 |
| elay? (% yes) | - | 37.2 | 30.9 | 25.0 | 25.0 |
| | 93.0 | 94.0 | 91.3 | 94.5 | 88.2 |
| | - | 94.7 | 92.0 | 96.5 | 90.8 |
| | - | 95.8 | 93.7 | 96.9 | 91.9 |
| | - | 93.3 | 91.4 | 92.8 | 87.1 |
| | - | 94.1 | 91.7 | 94.2 | 86.2 |
| | - | 92.7 | 90.0 | 92.8 | 85.3 |
| uest | - | 93.1 | 91.3 | 95.3 | 87.1 |
| bill | - | 93.9 | 88.9 | 93.2 | 88.0 |
| yes} | - | 98.5 | 98.6 | 97.7 | 93.3 |
| work? (% yes) | - | 94.6 | 92.2 | 94.8 | 89.3 |
| will be ready? (% yes) | - | 94.5 | 93.7 | 97.5 | 92.0 |
| ed work? (% yes) | - | 92.8 | 89.6 | 94.2 | 88.9 |
| | - | 70.4 | 62.7 | 82.9 | 83.3 |
| | 89.0 | 88.6 | 83.4 | 83.9 | 67.2 |
| | - | 88.6 | 83.4 | 83.9 | 67.2 |
| te of costs? (% yes) | - | 92.4 | 92.4 | 91.5 | 94.4 |
| estimate? (% yes) | - | 84.6 | 79.2 | 78.6 | 50.0 |
| atisfactory? (% yes) | - | 94.4 | 90.3 | 94.1 | 92.3 |
| | | 35,003 | 1,060 | 142 | 31 |
| | | 30% | 25% | 23% | 26% |
| | | | | | 9 |

r Report

CUSTOMER SATISFACTION SUMMARY

American Honda TSI Study
SERVICE ADVISOR PERFORMANCE REPORT
January 1999 - March 1999
CORAL SPRINGS HONDA 207548

Table: 140
Zone: 07
District: C

| DPTS #: | Standard | National | District | Dealer | Martin D068333 |
|---|---|---|---|---|---|
| | 91.0 | 90.4 | 86.9 | 88.7 | 83.9 |
| | - | 87.8 | 85.5 | 87.6 | 83.3 |
| | .- | 92.2 | 68.3 | . 88.8 | 83.0 |
| | - | 91.1 | 88.0 | 89.6 | 82.8 |
| es) | 83.0 | 82.9 | 82.1 | 85.6 | 83.9 |
| d/returned | · | 1.4 | 1.5 | 1.4 | 2.0 |
| | 91.0 | 91.4 | 86.8 | 90.0 | 86.6 |
| ɔr | - | 94.8 | 91.5 | 95.8 | 94.6 |
| ɔair | - | 88.1 | 83.4 | 86.9 | 82.4 |
| ar | - | 92.1 | 86.3 | 90.8 | 87.1 |
| ﴿） | - | 91.7 | 88.4 | 89.1 | 86.1 |
| | · | 79.1 | 60.3 | 65.9 | 72.2 |
| | · | 63.1 | 47.4 | 53.4 | 56.3 |
| % yes) | - | 94.8 | 91.1 | 94.1 | 90.0 |
| yes) | - | 33.6 | 27.3 | 35.7 | 40.0 |
| lay? (% yes) | · | 38.0 | 22.7 | 23.1 | 20.0 |
| | 93.0 | 93.7 | 90.8 | 93.6 | 91.1 |
| | - | 94.4 | 91.6 | 96.2 | 94.6 |
| | - | 95.5 | 93.5 | 96.4 | 96.1 |
| | - | 93.1 | 91.2 | 92.3 | 90.3 |
| | - | 93.8 | 91.1 | 93.3 | 90.3 |
| | - | 92.3 | 89.1 | 91.9 | 89.2 |
| st | - | 92.8 | 90.4 | 94.8 | 92.1 |
| ι | - | 93.8 | 88.6 | 90.7 | 85.0 |
| s) | - | 98.5 | 97.7 | 98.4 | 97.2 |
| ⟨? (% yes) | - | 94.2 | 91.0 | 94.7 | 88.2 |
| ? ready? (% yes) | - | 94.3 | 92.8 | 95.6 | 90.6 |
| ⁘ork? (% yes) | - | 92.4 | 87.3 | 92.5 | 87.9 |
| | - | 67.0 | 59.6 | 75.9 | 86.4 |
| | 89.0 | 88.4 | 82.2 | 77.4 | 61.8 |
| | - | 88.4 | 82.2 | 77.4 | 61.8 |
| ⁘osts? (% yes) | - | 92.0 | 89.9 | 84.7 | 83.3 |
| ale? (% yes) | - | 83.4 | 74.1 | 73.3 | 66.7 |
| tory? (% yes) | - | 94.3 | 89.5 | 88.9 | 76.9 |
| | | 36,635 | 977 | 136 | 38 |
| | | 31% | 23% | 23% | 26% |
| ⁘ort | | | | | 13 |

⁘able
⁘remely volatile

Page 2

00095

**DA**

American Honda TSI Study
### SERVICE ADVISOR PERFORMANCE REPORT
November 1998 - January 1999
#### CORAL SPRINGS HONDA 207548

Ta...
Zo...
Dist...

| | Standard | National | District | Dealer | Buckley D043942 | Cocchiola D090411 | Mclaughlin D084886 | Query D099084 | Martin D06833... |
|---|---|---|---|---|---|---|---|---|---|
| 5I | 90.0 | 90.2 | 88.0 | 91.2 | 100.0 | 95.7 | 95.3 | 88.4 | 85.0 |
| dex | - | 87.8 | 86.9 | 92.2 | 100.0 | 95.9 | 100.0 | 89.7 | 88.1 |
| : work performed | - | 92.0 | 89.9 | 93.7 | 100.0 | 96.7 | 100.0 | 95.4 | 84.1 |
| ness of work performed | - | 90.9 | 89.0 | 93.4 | 100.0 | 98.0 | 100.0 | 92.3 | 85.4 |
| er fix car right first time? (% yes) | 80.0 | 83.2 | 83.8 | 90.6 | 100.0 | 94.1 | 100.0 | 84.6 | 92.3 |
| ICS | | | | | | | | | |
| rage number of times serviced/returned | - | 1.5 | 1.5 | 2.0 | 0.0 | 1.0 | 0.0 | 2.3 | 0.0 |
| nce Index | | 90.9 | 87.3 | 91.8 | 100.0 | 96.1 | 89.6 | 88.1 | 89.1 |
| ass in greeting/writing up order | - | 94.3 | 91.2 | 95.1 | 100.0 | 97.5 | 87.5 | 94.2 | 96.4 |
| time to complete service/repair | - | 87.5 | 84.7 | 90.1 | 100.0 | 95.0 | 93.8 | 89.6 | 80.0 |
| time to pay for and retrieve car | - | 91.7 | 86.7 | 90.9 | 100.0 | 95.5 | 81.3 | 85.2 | 89.6 |
| eady when promised? (% yes) | - | 91.2 | 88.9 | 93.3 | 100.0 | 97.3 | 100.0 | 88.9 | 92.9 |
| ICS | | | | | | | | | |
| 5 minute wait to see S/A | - | 77.2 | 59.0 | 58.4 | 50.0 | 52.6 | 50.0 | 68.0 | 64.3 |
| 5 minutes to pick up car | - | 61.7 | 45.4 | 55.7 | 100.0 | 65.6 | 25.0 | 39.1 | 83.3 |
| erwork complete and ready? (% yes) | - | 94.2 | 91.6 | 93.1 | 100.0 | 100.0 | 100.0 | 88.5 | 84.6 |
| was wait more than 1 day? (% yes) | - | 29.8 | 26.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| u notified in advance of this delay? (% yes) | - | 35.1 | 18.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| r Treatment Index | - | 93.4 | 91.6 | 94.2 | 100.0 | 98.1 | 92.6 | 91.4 | 91.2 |
| fulness | - | 94.0 | 92.3 | 96.4 | 100.0 | 99.4 | 91.7 | 96.2 | 94.6 |
| tesy | - | 95.2 | 94.3 | 97.0 | 100.0 | 98.8 | 91.7 | 97.1 | 96.7 |
| wledge/expertise | - | 92.8 | 91.9 | 93.2 | 100.0 | 98.7 | 83.3 | 87.5 | 91.1 |
| ast/straightforward manner | - | 93.6 | 92.3 | 94.8 | 100.0 | 98.7 | 91.7 | 92.6 | 92.9 |
| unt of time spent with you | - | 92.0 | 90.5 | 93.0 | 100.0 | 96.2 | 91.7 | 91.0 | 91.1 |
| erstanding service/repair request | - | 92.5 | 91.6 | 95.3 | 100.0 | 98.1 | 100.0 | 92.0 | 96.7 |
| y of cashier when picking up bill | - | 93.5 | 88.9 | 90.1 | 100.0 | 97.2 | 100.0 | 84.2 | 77.5 |
| ics | | | | | | | | | |
| S/A listen to your needs? (% yes) | - | 98.4 | 98.1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| S/A adequately explain the work? (% yes) | - | 93.9 | 92.0 | 96.3 | 100.0 | 100.0 | 66.7 | 100.0 | 86.7 |
| an estimate of when car will be ready? (% yes) | - | 94.3 | 94.0 | 95.0 | 100.0 | 93.5 | 75.0 | 100.0 | 92.3 |
| tory explanation of completed work? (% yes) | - | 92.1 | 89.1 | 95.4 | 100.0 | 100.0 | 100.0 | 84.0 | 100.0 |
| er follow-up? (% yes) | - | 59.1 | 49.7 | 65.6 | 0.0 | 68.0 | 50.0 | 52.6 | 100.0 |
| dex | - | 88.3 | 84.8 | 79.1 | 100.0 | 88.3 | 100.0 | 77.3 | 50.0 |
| s of charges | - | 88.3 | 84.8 | 79.1 | 0.0 | 88.3 | 100.0 | 77.3 | 50.0 |
| S/A provide you an estimate of costs? (% yes) | - | 91.5 | 92.1 | 87.5 | 100.0 | 89.5 | 100.0 | 88.2 | 72.7 |
| ad for changes in the cost estimate? (% yes) | - | 81.8 | 80.2 | 66.7 | 0.0 | 0.0 | 0.0 | 66.7 | 100.0 |
| explanation of charges satisfactory? (% yes) | - | 94.4 | 93.1 | 90.0 | 100.0 | 100.0 | 100.0 | 87.5 | 60.0 |
| dents | 38,154 | 939 | 94 | ▓▓▓ | 40 | ▓▓▓ | 27 | 15 | |
| | 30% | 22% | 20% | 14% | 21% | 15% | 19% | 24% | |

on Dissatisfied Customer Report           0    8    1    11    6

d

21-30). Results may be somewhat volatile
I sample (10-20). Results may be extremely volatile

00096

American Honda TSI Study
### SERVICE ADVISOR PERFORMANCE REPORT
December 1998 - February 1999
#### CORAL SPRINGS HONDA 207548

Table: 1
Zone:
District:

|  | Standard | National | District | Dealer | Quiery D099084 | Martin D068333 |
|---|---|---|---|---|---|---|
| DPTS #: |  |  |  |  |  |  |
|  | 91.0 | 90.2 · | 86.9 | 90.3 | 85.4 | 83.6 |
|  | · | 87.6 | 85.8 | 91.0 | 87.1 | 84.6 |
| ...formed | · | 92.0 | 88.4 | 91.9 | 90.0 | 83.0 |
| ...vork performed | · | 90.9 | 87.6 | 92.2 | 88.0 | 82.6 |
| ...ight first time? (% yes) | 83.0 | 82.9 | 83.1 | 89.7 | 84.6 | 87.0 |
| ...nber of times serviced/returned | · | 1.4 | 1.5 | 2.0 | 2.0 | 3.0 |
| ...lex | 91.0 | 91.2 | 86.3 | 90.9 | 83.2 | 87.4 |
| ...eeting/writing up order | · | 94.6 | 90.7 | 94.9 | 93.3 | 93.8 |
| ...complete service/repair | · | 87.8 | 83.2 | 88.1 | 80.0 | 81.3 |
| ...pay for and retrieve car | · | 91.9 | 85.6 | 91.2 | 83.3 | 88.0 |
| ...en promised? (% yes) | · | 91.5 | 88.0 | 91.2 | 81.5 | 88.9 |
| ...e wait to see S/A | · | 78.1 | 59.8 | 62.4 | 64.0 | 74.1 |
| ...es to pick up car | · | 62.2 | 46.3 | 54.4 | 60.0 | 66.7 |
| ...complete and ready? (% yes) | · | 94.4 | 91.2 | 93.2 | 88.0 | 87.0 |
| ...t more than 1 day? (% yes) | · | 31.4 | 26.5 | 20.0 | 25.0 | 33.3 |
| ...ed in advance of this delay? (% yes) | · | 36.6 | 20.6 | 10.0 | 0.0 | 0.0 |
| ...tment Index | 93.0 | 93.5 | 90.7 | 94.5 | 92.6 | 90.5 |
|  | · | 94.2 | 91.2 | 96.1 | 95.2 | 92.9 |
| .../expertise | · | 95.4 | 93.2 | 96.5 | 96.2 | 94.0 |
| ...aightforward manner | · | 92.9 | 91.1 | 94.0 | 89.0 | 90.7 |
| ...time spent with you | · | 93.7 | 91.1 | 94.6 | 96.2 | 89.3 |
| ...ding service/repair request | · | 92.1 | 89.4 | 93.6 | 92.3 | 90.2 |
| ...shier when picking up bill | · | 92.6 | 90.3 | 95.3 | 92.7 | 93.1 |
|  | · | 93.6 | 88.4 | 91.5 | 87.5 | 83.7 |
| ...ten to your needs? (% yes) | · | 98.4 | 97.7 | 99.2 | 100.0 | 96.3 |
| ...dequately explain the work? (% yes) | · | 94.0 | 90.6 | 95.5 | 100.0 | 85.2 |
| ...stimate of when car will be ready? (% yes) | · | 94.3 | 92.3 | 96.4 | 95.8 | 92.0 |
| ...xplanation of completed work? (% yes) | · | 92.3 | 87.2 | 95.0 | 84.0 | 91.7 |
| ...w-up? (% yes) | · | 62.8 | 55.4 | 72.4 | 61.9 | 88.2 |
| ...arges | 89.0 | 88.2 | 83.3 | 76.6 | 77.5 | 54.7 |
|  | · | 88.2 | 83.3 | 76.6 | 77.5 | 54.7 |
| ...ovide you an estimate of costs? (% yes) | · | 91.7 | 89.1 | 84.6 | 78.6 | 81.0 |
| ...changes in the cost estimate? (% yes) | · | 81.8 | 71.8 | 66.7 | 100.0 | 66.7 |
| ...nation of charges satisfactory? (% yes) | · | 94.5 | 91.2 | 89.1 | 88.9 | 72.7 |
|  |  | 38,537 | 930 | 133 | 27 | 29 |
|  |  | 31% | 22% | 22% | 18% | 25% |
| ssatisfied Customer Report |  |  |  |  | 12 | 11 |

Results may be somewhat volatile
e (10-20). Results may be extremely volatile

00097



-06037-WDF Document 56 Entered on FLSD Docket 04/17/2001 Pag

**HONDA**

American Honda TSI Study
SERVICE ADVISOR PERFORMANCE REPORT
June 1999 - August 1999
CORAL SPRINGS HONDA 207548

Table 140
Zone 7
District C

| | DPTS # / Standard | National | District | Dealer | Buckley D043942 | Cocchiola D090411 | Erwin D078749 | Taborsky D030400 | Martin D060333 |
|---|---|---|---|---|---|---|---|---|---|
| Overall TSI | 91.0 | 89.3 | 88.6 | 89.6 | 93.7 | 92.9 | 87.9 | 85.4 | 85.4 |
| **Quality Index** | 91.0 | 86.7 | 87.1 | 87.7 | 89.2 | 92.5 | 85.3 | 76.0 | 84.6 |
| Quality of work performed | | 91.3 | 90.5 | 91.1 | 89.7 | 94.8 | 88.8 | 92.9 | 88.2 |
| Completeness of work performed | | 90.0 | 88.5 | 90.8 | 89.1 | 94.5 | 85.0 | 89.3 | 83.0 |
| Did dealer fix car right first time? (% yes) | 83.0 | 81.7 | 84.0 | 85.0 | 80.9 | 89.0 | 83.3 | 57.1 | 82.9 |
| *Diagnostics* | | | | | | | | | |
| On average number of times: service/oil/returned | | 1.4 | 1.5 | 1.4 | 1.0 | 1.2 | 1.5 | 1.3 | 2.5 |
| Car, is it fixed now (% yes) | | 60.1 | 46.2 | 55.0 | 66.7 | 60.0 | 40.0 | 66.7 | 50.0 |
| **Convenience Index** | 91.0 | 89.0 | 87.5 | 88.6 | 97.5 | 92.3 | 91.1 | 86.4 | 84.7 |
| Promptness in greeting/writing up order | | 93.8 | 92.1 | 94.4 | 93.0 | 95.3 | 96.7 | 92.9 | 91.2 |
| Length of time to complete service/repair | | 85.8 | 84.1 | 84.8 | 94.7 | 91.3 | 84.8 | 78.6 | 79.4 |
| Length of time to pay for and retrieve car | | 91.1 | 87.8 | 89.8 | 90.4 | 92.2 | 89.3 | 89.3 | 85.9 |
| Vehicle ready when promised? (% yes) | | 89.6 | 88.1 | 87.3 | 100.0 | 91.5 | 85.7 | 85.7 | 85.3 |
| *Diagnostics* | | | | | | | | | |
| S/A under 5 minute wait to see S/A | | 75.3 | 60.5 | 66.4 | 66.7 | 71.1 | 63.6 | 66.7 | 61.8 |
| S/A under 5 minutes to pick up car | | 60.2 | 47.0 | 51.6 | 62.5 | 51.2 | 56.0 | 50.0 | 43.8 |
| Was paperwork complete and ready? (% yes) | | 93.6 | 91.2 | 96.9 | 100.0 | 97.7 | 90.5 | 100.0 | 97.1 |
| If delay, was wait more than 1 day? (% yes) | | 34.2 | 33.6 | 41.2 | 0.0 | 0.0 | 42.9 | 0.0 | 80.0 |
| Were you notified in advance of this delay? (% yes) | | 34.9 | 32.4 | 26.7 | 0.0 | 0.0 | 42.9 | 0.0 | 20.0 |
| **Customer Treatment Index** | 93.0 | 92.9 | 92.4 | 93.5 | 98.2 | 94.7 | 95.3 | 91.2 | 88.6 |
| S/A helpfulness | | 93.4 | 92.8 | 95.1 | 100.0 | 96.8 | 95.7 | 92.9 | 90.3 |
| S/A courtesy | | 94.7 | 94.5 | 95.3 | 98.8 | 96.7 | 96.7 | 95.8 | 90.8 |
| S/A knowledge/expertise | | 92.3 | 92.8 | 93.8 | 97.5 | 95.7 | 95.7 | 92.9 | 88.2 |
| S/A honest/straightforward manner | | 92.9 | 92.6 | 92.8 | 100.0 | 95.1 | 94.6 | 92.9 | 86.5 |
| S/A amount of time spent with you | | 91.5 | 91.2 | 92.8 | 100.0 | 93.9 | 92.9 | 92.9 | 87.5 |
| S/A understanding service/repair request | | 92.0 | 92.3 | 92.3 | 96.3 | 91.8 | 95.7 | 92.9 | 90.3 |
| Courtesy of cashier when picking up bill | | 93.2 | 90.8 | 91.0 | 95.0 | 92.3 | 96.1 | 79.2 | 86.7 |
| *Diagnostics* | | | | | | | | | |
| Did the S/A listen to your needs? (% yes) | | 98.0 | 97.3 | 97.7 | 100.0 | 100.0 | 95.7 | 100.0 | 94.6 |
| Did the S/A adequately explain the work? (% yes) | | 93.5 | 92.5 | 93.5 | 94.4 | 95.0 | 95.2 | 83.3 | 92.1 |
| S/A gave an estimate of when car will be ready? (% yes) | | 93.5 | 93.6 | 96.7 | 100.0 | 100.0 | 100.0 | 66.7 | 93.8 |
| Satisfactory explanation of completed work? (% yes) | | 91.6 | 89.1 | 88.3 | 94.4 | 91.3 | 86.4 | 100.0 | 80.0 |
| Customer follow-up? (% yes) | | 66.5 | 64.7 | 73.5 | 75.0 | 80.6 | 56.3 | 83.3 | 71.4 |
| **Value Index** | 89.0 | 88.3 | 85.9 | 89.1 | 88.6 | 91.1 | 95.5 | 100.0 | 81.9 |
| Fairness of charges | | 88.3 | 86.9 | 89.1 | 88.6 | 91.1 | 95.5 | 0.0 | 81.9 |
| *Diagnostics* | | | | | | | | | |
| Did the S/A provide you an estimate of costs? (% yes) | | 91.7 | 93.0 | 91.5 | 100.0 | 96.8 | 100.0 | 50.0 | 82.1 |
| ...contacted for changes in the cost estimate? (% yes) | | 82.0 | 74.5 | 90.0 | 100.0 | 80.0 | 100.0 | 0.0 | 100.0 |
| Was the explanation of charges satisfactory? (% yes) | | 94.0 | 90.8 | 86.3 | 88.9 | 95.0 | 80.0 | 100.0 | 75.0 |
| Number of Respondents | | 37,470 | 1,080 | 144 | 21 | 51 | 26 | 7 | 39 |
| % Response | | 29% | 25% | 25% | 25% | 33% | 25% | 18% | 22% |
| # Listed on Dissatisfied Customer Report | | | | | 3 | 8 | 10 | 4 | 14 |

.00098

# EMPLOYEE CHANGE OF STATUS REPORT

Please enter the following change(s) as of ___9-13-99___

Name _Sherry Martin_

Clock or
Payroll No. ___1325___

Soc. Sec.
Number_____

## FROM

| Job | Dept. | Shift | Rate |
|-----|-------|-------|------|
| Honda Asm |  |  |  |

## TO

| Job | Dept. | Shift | Rate |
|-----|-------|-------|------|
|  |  |  |  |
|  |  |  |  |

## REASON FOR CHANGE:

- ☐ Hired
- ☐ Rehired
- ☐ Promotion
- ☐ Demotion
- ☐ Transfer
- ☐ Merit Increase

- ☐ Length of Service Increase
- ☐ Re-evaluation of Existing Job
- ☐ Resignation
- ☐ Retirement
- ☐ Layoff
- ☒ Discharge

☐ Leave of Absence to _____
Date

Other reason or explanation: _Poor customer Handling and Poor_
_TSI Scores. Previous verbal And written warnings._
_Produced neg Results. Necessary for other Asm's and_
_SM to proper Handle customers After working with Sherry._
_Necessary to discharge._

AUTHORIZED BY _Steve Foulart_   APPROVED BY _____

00038

⊠ EEOC 150AC1353

*State or local Agency, if any*

Social Security #: 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

NAME *(Indicate Mr., Ms., Mrs.)*  
Ms. Sherry Martin

HOME TELEPHONE *(Include Area Code)*  
(561) 394-0223

STREET ADDRESS  
867 S.W. 9th Terrace

CITY, STATE AND ZIP CODE  
Boca Raton FL 33486

DATE OF BIRTH  
02/01/57

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

NAME  
Page Brothers & Assoc.

NUMBER OF EMPLOYEES, MEMBERS  
CAT C (20/000)

TELEPHONE *(Include Area Code)*  
(954) 755-3600

STREET ADDRESS  
9300 W. Atlantic Blvd.,

CITY, STATE AND ZIP CODE  
Coral Springs FL 33071

COUNTY  
011

NAME  

TELEPHONE NUMBER *(Include Area Code)*

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE  
EARLIEST: August - 1998  LATEST: 9/13/99  
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

1.  I was employed by the above named employer from on or about May, 1998 through September, 1999.

2.  During the course of my employment, I was diagnosed with a disability.

3.  I sought time off from work to care for my medical condition. As a result of my needing leave time, I was harassed by one or more supervisors and fired from my position.

4.  Male counterparts took leave from work for less serious reasons and were not harassed for taking leave from work. Further, their jobs were not jeopardized by their taking leave from work.

5.  The above mentioned acts on the part of my employer constitute violations of Title VII and other equivalent state laws.

**DEFENDANT'S EXHIBIT**  
S m 3/21/61  
34

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date _____  
Charging Party *(Signature)*

EEOC FORM 5 (Rev. 06/92)

NOTARY - *(When necessary for State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT  
Sherry Martin

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  
(Day, month, and year) 11th Day Carol Sowag 2000  
MY COMMISSION # CC789714 EXPIRES  
January 19, 2003  
BONDED THRU TROY FAIN INSURANCE INC.

☐ FEPA
☒ EEOC

<u>Florida Comm. on Human Relations</u> _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | | HOME TELEPHONE *(Include Area Code)* |
|---|---|---|
| Ms. Sherry Martin | | (561) 394-0223 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 867 S.W. 9th Terrace, Boca Raton, FL 33486 | | 02/01/1951 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Page Brothers & Associates | Cat C (201-500) | (954) 755-5600 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 9300 W. Atlantic Blvd., Coral Springs, FL 33071 | | 011 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST          LATEST
09/13/1999    09/13/1999
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

I am a qualified individual with a disability. On September 13, 1999, I' was discharged from my position as an Assistant Service Manager. Prior to the termination of my employment, I had requested a reasonable accommodation as result of my disability in order to leave work early for a few days to obtain medical treatment. I am aware of similarly situated employees, outside of my protected class, who were treated with preference.

I was told I was fired due to health problems by not following through on jobs due to leaving early every day for 20 days of radiation therapy.

I believe I have been discriminated against because of my disability in violation of Title I of the Americans with Disabilities Act of 1990.

**DEFENDANT'S EXHIBIT**
Sm 3121101
35

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

9/25/99
Date    ✗ Sherry Martin
       Charging Party *(Signature)*

EEOC FORM 5 (Rev. 06/92)

Dear Mrs. Martinez,     10/5/99
I want to request a
right to sue please.

Sherry Martin

Charge # 150994197



DEFENDANT'S
EXHIBIT

SM  3/2/01
37

I, __Sherry Martin__ being first duly sworn upon my oath affirm and hereby say:
   *(Name)*

I have been given assurances by an Agent of the U.S. Equal Employment Opportunity Commission that this Affidavit will be considered confidential by the United States Government and will not be disclosed as long as the case remains open unless it becomes necessary for the Government to produce the affidavit in a formal proceeding. Upon the closing of this case, the Affidavit may be subject to disclosure in accordance with Agency policy.

I am __48__ years of age, my gender is __F__ and my racial identity is __white/caucasian__

I reside at __867 SW 9th Terr__ .

City of __Boca Raton__ , County of __Palm Beach__ .

State of __FL__ , ZipCode __33486__ .

**DEFENDANT'S EXHIBIT**
sm   3|21|01
38

My telephone number is (including area code) __(561)294-0223__ .

My statement concerns __Page Brothers and Assoc.__ which is located
   *(Name of Union/Company/Agency)*

at __9200 W. Atlantic Blvd.__ ,
   *(Number/Street)*

in __Coral Springs__    __FL__    __33071__ .
   *(City)*    *(State)*    *(Zip)*

My job classification is (if applicable) __Assist. Service Mgr__; Date of Hire __5/17/98__ .
   *(job title)*

My immediate supervisor (if applicable) __Steven Taborski__ .
   *(Name)*    *(job title)*

1. State the reason for your belief that you were discriminated against.

   I was fired for having to leave early daily for 20 days of radiation treatment and taking one week off white I was ill from treatment and possibly for being a reason for the president of the company not getting an award.

2. How many individuals are employed by your employer or former employer?

   Approx. 250 - 300 (in FL)

3. What is the nature of the company's business?

   Auto sales & service

4. Describe your job title, department and duties at the time of the alleged discriminatory actions.

   Auto Service Advisor; typing work orders for customers & selling jobs & service.

   __sm__    Page __1__ of __4__

Name: Sherry Martin

5. Describe your work history, experience, and education.

Over 15 years in auto service as an advisor, business/office manager and auto insurance representative. Graduated high school - academic cirriculum. Courses at ___ Tech School in electronics and computers.

6. Describe your work performance and last performance evaluation.

I was in work early everyday, took care of my customers as best I could with cards & letters to verify it. I had gotten a "customer service index" warning 2 weeks ago with a review in 30 days.

7. Have you received any disciplinary actions? If so, state the type of action and date.

Just one warning 2 weeks ago. No action taken for 30 days.

8. What is your disability?

I have cancer and need radiation to try & contain it from spreading farther in my lymph system.

9. What major life activities does your disability affect?

Running, sometimes extensive walking, most exercise

10. How long have you had this disability? *(provide date)*

June 19, 1998 cancer diagnosed. July 31, 1998 leg surgery.

11. Have you undergone medical treatment for your disability? *Provide date of last treatment.*

9/10/99

12. When and how did your employer learn of your disability?

I told them the day after I was diagnosed.

13. What are your job duties or the job duties of the position you sought? *Identify how much time is spent on each.*

Greeting customers, typing work orders, selling jobs & service.

SM    Page 2 of 4

01084

14. How does your disability affect your ability to perform the essential/main functions of the job?

I need to leave early for treatment & if my jobs aren't diagnosed before I leave another adviser needs to follow through for me.

15. What are the incidents that led to the alleged discriminatory treatment?

(I called in sick on a Saturday). I had taken a week off due to illness & doctors insistance, was going to take a medical leave of absence. I had even handed the filled out forms in to personnel until I realized an advisor was going on vacation. Instead of leaving them short-handed I returned to work—againt my doctors wishes.

16. Who committed violations similar to those you were accused of making and how did the company deal with them? Identify each person by name and job held.

Lee Erwin has taken numerous days off work for example "sunburn" was 8days. He's out a lot. Takes off early to take animals to vets, etc.
Dennis Cheary had just taken a Saturday off, calling in sick.
Ryan Williams didn't go in the Sat. I called in because he got home early that morning after being out "partying →

17. What policy or practice do you believe has been applied in a discriminatory manner.

Being fired for being ill. Being told I could not work with assistance of a cane, being denied my right to use a handicap parking space and not being able to keep my leg elevated.

18. What reason did the company give for subjecting you to the alleged discriminatory treatment?

Handicapped spaces are only for customers.
Being fired because I couldn't take care of the customers whose cars were not diagnosed if I left early.

19. Provide the name, address and telephone number, for each witness. Explain what each witness can attest to.

James Cocciola ⎫
Chris Schell    ⎬ all % Coral Springs Honda
Bess Spero      ⎪        Coral Springs FL
Haley Lester    ⎭
Darius Raynor, John Perry  can attest to all the above discriminations.

20. Did you request an accommodation from your employer? Yes

21. When was the accommodation requested? August '98 — a close parking space.
No other requests made. Before I requested anything it was denied by a complaint from my manager. Except for a closer parking space)   SID   Page 3 of 4
(which was briefly-lived)        (initials)

He was to substitute for Darius Raynor who had gone away for the weekend & subsequently took off the next 3days because his car had been impounded by police. No action taken on any of these. They are just recent examples.

22. What management official did you notify regarding the need for an accommodation?
Steve Taborsky and Mark Kurz.

23. Were there any witnesses to the request?
Don't recall.

24. How would this accommodation assist you while performing the essential functions of your job?
The long walk to our building would've made more stress on my leg for all the standing I did every day. (Elevating my leg for improved circulation and walking with assistance post surgery would've lessen

25. What was management's response to your request for an accommodation? the stress on my leg)
He assigned me a space close to the entrance, but told no one else; therefore anyone and everyone used the space & it was up to me to find a spot everyday.

I have read this Affidavit consisting of ___ handwritten ☑ typed ☐ pages and swear that these facts are true and correct to the best of my knowledge and belief.

Sherry Martin
FL DL# M635781515410

Subscribed and sworn to before me
this 17th day of September, 1999.

James J. Vondehaar

JAMES A. VONDERHAAR
MY COMMISSION # CC 566491
EXPIRES: June 24, 2000
Bonded Thru Notary Public Underwriters

SM    Page 4 of 4

LORING N. SPOLTER, P.A.

ATTORNEY AT LAW

2455 E SUNRISE BOULEVARD, SUITE 807
FORT LAUDERDALE, FLORIDA 33304
(954) 728-3494 • FAX (954) 583-2252

ADMITTED TO PRACTICE
FLORIDA
NEW YORK
CONNECTICUT

January 26, 2000

**SENT VIA CERTIFIED, RETURN RECEIPT MAIL**

U.S. E.E.O.C.
2 Biscayne Boulevard, Suite 2700
1 Biscayne Tower
Miami, FL  33131

SHERRY MARTIN is my client and I am filing a charge of discrimination on
my client's behalf.  Enclosed is the following:

Notarized Charge of Discrimination

** Note that an extra photocopy of the Charging Document is enclosed, along
with a pre-addressed, pre-stamped return envelope.  Kindly write your
agency's charge number on the extra Charging Document and return this
duplicate to me.

**PLEASE ALSO PROVIDE US WITH AN IMMEDIATE RIGHT TO SUE LETTER.**

Also, please direct all your future written and phone communications to me
and not to the charging party.

Very truly yours,

LORING N. SPOLTER

**DEFENDANT'S EXHIBIT**
Sm 3121 | 01
41

# CORAL SPRINGS AUTO MALL

   

HONDA

TRUCKS

Visit us on the internet at www.coralspringsautomall.com

October 29, 1999

Ms. Sherry Martin
867 SW 9th Terrace
Boca Raton, Florida 33486

Dear Sherry,

In our continuation of implementing our KEEPS system for the service departments an administrative position has arisen. I need someone who is familiar with service operations to enter and maintain our database of repair order information and help analyze those numbers. I thought of you since you have the necessary service experience and you already know how our stores operate.

In addition since this is a not a customer direct position you would be able to work more flexible hours.

Should this position be of interest to you please contact me.

Sincerely,

James Gilchrist
Service & Parts Director

11/23/99
#10-12/hr.
benefits retroactive

**DEFENDANT'S EXHIBIT**

SM 3/21/01

44

**954-755-7400**
9300-9350 West Atlantic Boulevard • Coral Springs, Florida 33071

36K  Sun-Sentinel, Sunday, September 19, 1999

# AUTOMOTIV

## A DAILY DIRECTORY OF THE TOP

### ACURA

**ACURA OF DELRAY BEACH**
2 miles north of Linton Blvd.
and U.S. 1, Delray Beach, FL.
(561) 265-0000

**ACURA AT INTERNATIONAL MALL**
836 X-Way & Fwy 107 Ave.
Miami, FL
(305) 477-6686

**ACURA OF POMPANO BEACH**
940 North Federal Highway
Pompano Beach, FL
(954) 785-7100

**ACURA OF SOUTH FLORIDA**
3801 South State Road 7 (441)
Hollywood, FL (954) 985-2424
Fort Laud. (954) 421-2424
Dade. (305) 681-2424

**PALM BEACH ACURA**
5870 Okeechobee Boulevard
(Only 1 mile west of Turnpike)
West Palm Beach, FL
(561) 686-0300

**RICK CASE ACURA**
441 N. State
Fort Lauderdale, FL
(954) 587-11 .4

### ASTON MARTIN

**THE COLLECTION**
Bird Road, Ponce De Leon
Coral Gables, FL
1-800-252-4627
(305) 444-5555

### AUDI

**CHAMPION AUDI**
I-95 at Copans Road
Pompano Beach, FL
(954) 946-4020

**THE COLLECTION**
2780 Bird Road
Miami, FL
Broward. (954) 792-1111
(305) 444-1111

**PRESTIGE IMPORTS**
9850 Glades Boulevard
North Miami Beach, FL
Broward. (954) 944-1386
(305) 947-1000

### BMW

**HOLMAN LAUDERDALE IMPORTS/BMW**
1400 South Federal Highway
Fort Lauderdale, FL
(954) 527-3800
Dade. 930-0043

**VISTA BMW**
700 North Federal Highway
Pompano Beach, FL
(954) 942-7400

### BUICK

**ENDICOTT BUICK**
1346 South Federal Highway
Pompano Beach, FL
(954) 781-7700

**LEHMAN BUICK**
U.S. 441 & Stirling/Dade
County Line Road
Broward. (954) 525-5142

**ED MORSE BUICK**
3800 South University Drive
Davie, FL
(954) 473-9999
1-800-780-3080

**RALPH BUICK**
2501 South Federal Highway
Delray Beach, FL
(561) 278-2202

**PHIL SMITH BUICK**
2300 North State Road 7
Fort Lauderdale, FL
(954) 739-1800
Toll Free: 930-7335

### CADILLAC

**ED MORSE BAYVIEW CADILLAC**
1240 North Federal Highway
Fort Lauderdale, FL
(954) 563-4321
All Other Areas
1-800-370-7172

**CORAL CADILLAC**
1101 North Federal Highway
Pompano Beach, FL

### DODGE

**MAROONE DODGE POMPANO**
Copans Road & North Federal Highway
Pompano Beach, FL
(954) 942-5100

**MONARCH DODGE**
2000 King State Road 7
Lauderdale Lakes, FL
(954) 484-2300

**FAIRBANKS DODGE**
Sample Road & U.S. 441
Coconut Creek, FL
(954) 973-3444
1-800-780-2040

**UNIVERSITY DODGE**
3501 South University Drive
Davie, FL
(954) 434-3000

**WALLACE DODGE**
I-95 & Linton Boulevard
Sebastian to Key West, FL
930-0302

### FERRARI

**THE COLLECTION**
Bird Road, Ponce De Leon
Coral Gables, FL
1-800-252-4627
(305) 444-5555

**SHELTON SPORTS CAR**
5750 North Federal Highway
Pompano Beach, FL
(954) 493-5211

### FORD

**ARMSTRONG FORD OF PAMPANO BEACH**
1000 North Federal Highway,
Pompano Beach, FL. 33062
(954) 781-9800

**FRIENDLY FORD**
2198 Northeast 163rd Street
North Miami Beach, FL
Broward. (954) 525-2961
(305) 949-1311

**MULLINAX FORD SOUTH**
5401 West Copans Road
Margate, FL
(954) 972-7200
1-800-FORD-EASY

**PLANTATION FORD**
707 North State Road 7 (Route 441)
Plantation, FL
(954) 584-2400

**MAROONE FORD**
1333 North Federal Highway
Fort Lauderdale, FL
(954) 564-3221
Dade. (305) 949-0171
West Palm (561) 659-0175

**SAWGRASS FORD**
14501 West Sunrise Boulevard
Sunrise, FL 33323
(954) 846-9000

**WALLACE FORD**
I-95 & Linton Boulevard
Delray Beach, FL
(561) 278-0303
Broward. (954) 427-4900, (954) 932-7678
West Palm Beach. (561) 732-0895

**WORLD FORD**
8655 Pines Blvd.
Pembroke Pines, FL
1-800-950-0977

### GMC TRUCKS

**CORAL SPRINGS GMC TRUCK**
1080 West Atlantic Boulevard
Coral Springs, FL
(954) 755-7400

**HOLLYWOOD PONTIAC-GMC TRUCK**
441 S Sheridan Street
Hollywood, FL
(954) 981-4950
1-800-433-7178

**KING AUTOMALL**
700 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 764-2100

**SHERWOOD PONTIAC GMC TRUCKS**
2400 South Federal Highway
Delray Beach, FL
(561) 278-3217
Broward. (954) 427-3200

### HONDA

**CORAL SPRINGS HONDA**
Atlantic Boulevard

### JEEP/EAGLE

**MASSEY-YARDLEY JEEP/EAGLE**
777 North State Road 7
Plantation, FL
(954) 327-6000
Dade: (305) 947-2581

**TAMIAMI AUTOMOTIVE GROUP**
5250 Southwest 8th Street
Miami, FL
Broward: (954) 467-5544
Dade: (305) 266-5500

**O.C. TAYLOR JEEP/EAGLE**
700 North Federal Highway (U.S. 1)
Delray Beach, FL
(561) 278-2532
Broward: (954) 421-9181

### KIA

**CORAL SPRINGS KIA**
9330 West Atlantic Boulevard
Coral Springs, FL
(954) 755-7400

**GUNTHER KIA**
1800 South State Road 7
Fort Lauderdale, FL
(954) 752-1600

**HOLLYWOOD KIA**
750 South State Road 7
Hollywood, FL
(954) 987-8991

**KENDALL KIA**
17120 South Dixie Highway
Miami, FL
1-800-337-8846

**KING KIA**
700 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 764-2100

**ED MORSE DELRAY KIA**
2700 South Federal Highway
Delray Beach, FL
(561) 272-2002 or 330-1222

**SCOTT KIA**
5250 North Federal Highway
Lighthouse Point, FL
(954) 427-7220

**WEST PALM KIA**
Just South of West Palm Automall
871 South Military Trail
(1/2 mile South of Southern Boulevard)
West Palm Beach, FL
(561) 684-5338

### LANDROVER

**LANDROVER FORT LAUDERDALE**
5730 North Federal Highway
Fort Lauderdale, FL
(954) 493-5000

### LEXUS

**COUNTYLINE LEXUS**
3805 South State Road 7
Hollywood, FL
(954) 966-8200
Dade: (305) 372-7400

**JM LEXUS**
5350 West Sample Road
Margate, FL
(954) 972-2200
1-800-667-LEXUS

**LEXUS OF KENDALL**
10943 South Dixie Highway
South Miami, FL
(305) 668-0522
1-800-345-5287

**LEXUS OF PALM BEACH**
2200 Okeechobee Boulevard
West Palm Beach, FL
(561) 683-2600
1-800-633-2844

**LEXUS OF PEMBROKE PINES**
18762 Pines Blvd.
Pembroke Pines, FL 33027
877-81 LEXUS

### LINCOLN-MERCURY

**DELRAY LINCOLN-MERCURY**
2101 South Federal Highway
Delray Beach, FL
(561) 276-2411
930-2411

**HOLMAN LINCOLN-MERCURY FT. LAUDERDALE**




DEFENDANT'S EXHIBIT
SM 45
3/21/01

# DIRECTORY

TO DEALERS IN SOUTH FLORIDA

## NISSAN

**CORAL SPRINGS NISSAN**
9350 West Atlantic Boulevard
Coral Springs, FL
(954) 753-1700

**ENDICOTT NISSAN**
1100 South Federal Highway
Pompano Beach, FL
(954) 942-4747

**ESSERMAN NISSAN**
16725 NW 57th Avenue
Miami (on the Palmetto at Red Road)
(305) 625-2800
Broward 920-NISSAN

**HOLLYWOOD NISSAN**
Corner State Road 7 and Pembroke Road
Hollywood, FL
Toll Free: 1-888-777-3384

**LP EVANS**
**FORT LAUDERDALE NISSAN**
1300 South Federal Highway
Fort Lauderdale, FL
(954) 527-3400

**PLANTATION NISSAN-VOLVO**
747 North State Road 7 (Route 441)
Plantation, FL
(954) 584-3322

**WALLACE NISSAN**
I-95 & Linton Boulevard
Delray Beach, FL
(561) 278-4216
Beeper: (954) 421-9200
West Palm Beach: (561) 734-7300

**WEST PALM NISSAN**
Located in the West Palm Automall
551 South Military Trail
West Palm Beach, FL
(561) 683-7100 or
JUST CALL 930-2020 (no charge)

## OLDSMOBILE

**DAN BURNS OLDSMOBILE**
2200 South Federal Highway
Pompano Beach, FL
(561) 278-7351
Broward: (954) 428-1442

**CORAL SPRINGS OLDSMOBILE**
9330 West Atlantic Boulevard
Coral Springs
(954) 755-7400

**KING AUTOMALL**
**OF FORT LAUDERDALE**
700 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 764-2122

**KING OLDSMOBILE OF**
**DEERFIELD BEACH**
1366 South Federal Highway
Deerfield Beach, FL
(954) 421-3330

**MAROONE OLDSMOBILE**
8001 Bess Boulevard
Pembroke Pines, FL
(954) 930-3200

## PONTIAC

**HOLLYWOOD PONTIAC-**
**GMC TRUCK**
441 & Sheridan Street
Hollywood, FL
(954) 961-8860
1-800-432-7778

**PALM PONTIAC**
827 South State Road 7
Between Atlantic & Commercial on 441
North Lauderdale, FL
(954) 968-4000

**SHERWOOD PONTIAC**
**GMC TRUCKS**
1400 South Federal Highway
Delray Beach, FL
(561) 278-3217
Broward: (954) 427-3200

## PORSCHE

**CHAMPION PORSCHE**
75 at Ocean's Coast
Pompano Beach, FL
(541) 946-4020
THE COLLECTION

## USED CAR MEGA STORES

**AUTONATION USA**
4401 West Sample Road
Coconut Creek, FL
(954) 984-3500

**AUTONATION USA**
13601 Pines Boulevard (East of I-75)
Pembroke Pines, FL
(954) 441-2000

**AUTONATION USA**
8500 Okeechobee Blvd.
West Palm Beach, FL 33411
(561) 712-2961

**CAR MAX BOYNTON BEACH**
2000 High Ridge Road
Just Off Gateway Boulevard
(561) 736-2444

**CAR MAX FORT LAUDERDALE**
7420 State Road 84
I-595 & University Drive
(954) 476-4315

**CAR PLAZA CENTER**
2836-2840 North State Road 7
Hollywood, FL 33021
(954) 961-1055

**CAR PLAZA OF BROWARD**
2400A West Broward, Blvd.,
Fort Lauderdale, FL 33312
(954) 584-8300

**CAR PLAZA OF HOLLYWOOD**
401 North 60th Avenue
Hollywood, FL 33021
(954) 964-8773

**CAR PLAZA OF MIAMI**
3000 Northwest 36th Street,
Miami, FL 33142
(305) 636-2799

**CAR PLAZA OF PLANTATION**
800 North State Road 7
Plantation, FL 33317
(954) 797-9242

**CAR PLAZA OF POMPANO**
999 North Dixie Highway
Pompano Beach, FL 33060
(954) 786-9077

**CAR PLAZA OF W.P.B.**
1159 S. Military Trail
West Palm Beach, FL 33415
(561) 966-5325

**CORAL SPRINGS AUTO MALL**
9330 West Atlantic Blvd.
Coral Springs
(954) 755-7400

**DRIVER'S CHOICE**
5400 State Road 7
Coconut Creek, FL
(954) 247-3001

**FT. LAUDERDALE USED CAR CENTER**
1¼ miles east of I-95 on Sunrise Blvd.,
Fort Lauderdale
(954) 779-2110

**KING AUTOMALL**
**PRE-OWNED SUPER STORE**
700 East Sunrise Blvd.
Fort Lauderdale
(954) 760-9414

**WORLD FORD**
8655 Pines Blvd.
Pembroke Pines, FL
(954) 447-9755

## VOLKSWAGEN

**BORTON VOLKSWAGEN**
2201 North Federal Highway
Delray Beach, FL
(561) 243-4900
Broward: (954) 764-1001

**ESSERMAN VOLKSWAGEN**
On the Palmetto and Red Road, Miami
Toll-Free outside Dade.
203-VWVW

**GUNTHER VOLKSWAGEN**
1660 South State Road 7
Fort Lauderdale, FL
(954) 584-9610

**ESSERMAN INT'L VOLKSWAGEN**
836 4 NW 107 Ave, at Int'l Mall
Miami, FL
(305) 477-986

**VISTA VOLKSWAGEN**
700 North Federal Highway
Pompano Beach, FL
(954) 942-7400

## VOLVO

**BORTON VOLVO**
2201 North Federal Highway
Delray Beach, FL
(561) 243-4900

## TRUCKS

**EDDIE ACCARDI JEEP/**
**EAGLE-CHRYSLER/PLYMOUTH**
**MAZDA**
909 South Federal Highway
Pompano Beach, FL
(954) 943-6700
1-800-223-5330

**SAWGRASS FORD**
14501 West Sunrise Boulevard
Sunrise, FL
(954) 851-9000

**PHIL SMITH TOYOTA**
3801 West Sunrise Boulevard
Fort Lauderdale, FL
(954) 583-1234

**TOYOTA OF HOLLYWOOD**
2200 North State Road 7
Hollywood, FL
(954) 968-2150
1-800-342-4696

**TRUCK & VAN DEPOT**
250 South State Road 7 (441)
Plantation, FL
(954) 584-5555

**WALLACE DODGE**
I-95 & Linton Boulevard
Sebastian to Key West, FL
930-0302

**WALLACE FORD**
I-95 & Linton Boulevard
Delray Beach, FL
(561) 278-0303
Broward: (954) 427-8900, (954) 932-7675
WPB: (561) 732-0895

**WORLD FORD**
6655 Pines Blvd.
Pembroke Pines, FL
1-800-850-0977

## LEASING

**EDDIE ACCARDI MOTOR CO.**
909 South Federal Highway
Pompano Beach, FL
(954) 943-6700
1-800-223-5330

**AL HENDRICKSON TOYOTA**
5201 West Sample Road
Coconut Creek, FL
(954) 972-1100

**AUTO DIRECT/SKY LEASE**
2681 North Federal Highway (U.S. 1)
Pompano Beach, FL
(954) 785-6175
1-800-628-5784

**LOU BACHRODT LEASING**
1801 West Atlantic Boulevard
Pompano Beach, FL
(954) 971-9000

**LOU BACHRODT LEASING**
5500 North State Road 7
Coconut Creek, FL
(954) 247-3000

**DELRAY AUTO LEASING MALL**
All Makes & Models
2700 South Federal Highway,
Delray Beach, FL
930-LEASE

**DELRAY MAZDA LEASING**
2001 South Federal Highway
Delray Beach, FL
(561) 276-7800
All Other Areas
1-800-273-4848

**STEVE MOORE CHEVROLET**
**DELRAY**
310 South Federal Highway
Delray Beach, FL
930-3225

**HOLLYWOOD CHRYSLER-**
**PLYMOUTH JEEP/EAGLE**
**LEASING**
On 441 south of Sheridan Street
Hollywood, FL
(954) 962-4400

**HOLLYWOOD HONDA/KIA**
**SUPERSTORE**
1350 North State Road 7
Hollywood, FL
(954) 981-3393

**HOLLYWOOD NISSAN**
Corner State Road 7 and Pembroke Road
Hollywood, FL
Toll Free: 1-888-777-3321

**HOLLYWOOD PONTIAC -**
**GMC TRUCK**

HOLMAN LAUDERDALE
IMPORTS LTD.
12 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 776-7000
a div. of Holman Automotive

## SAAB

GOLDCOAST SAAB
500 North Federal Highway
Pompano FL 33062
Broward 784-0234
Palm Beach (561) 994-0311
Dade (305) 444-3091
Toll Free 1-866-590-SAAB(7222)

LEHMAN SAAB
U.S. No. 1 & Broward
Dade County Line Road
(954) 523-9246

## SATURN

SATURN OF FORT LAUDERDALE
700 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 768-0300

SATURN OF NORTH BROWARD
4250 North Federal Highway
North Pompano Beach, FL

SATURN OF NORTH DADE
18575 Northwest 2nd Ave (441)
Miami, FL
Broward (954) 792-7999
1-800-52-SATURN

## SUBARU

EDDIE ACCARDI SUBARU
900 South Federal Highway
Pompano Beach FL
(954) 943-6700
1-800-233-6300

DELRAY SUBARU
2225 South Federal Highway
Delray Beach, FL
(561) 276-7800

## SUZUKI

DELRAY SUZUKI
2225 South Federal Highway
Delray Beach, FL
(561) 276-7800

KING AUTOMALL
700 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 764-2122

KING SUZUKI
4350 North Federal Highway
North Pompano, FL
(954) 941-5800

## TOYOTA

AL HENDRICKSON TOYOTA
5201 West Sample Road
Coconut Creek, FL
(954) 972-1100

HEADQUARTER TOYOTA
Palmetto Expressway & NW 57th Ave
North of Miami Lakes, FL
Tri-County 930-2888
(305) 364-7800

KENDALL TOYOTA
10943 South Dixie Highway
South Miami, FL
(305) 665-6581
1-800-TRI-TOYO

KING TOYOTA
1441 South Federal Highway
Deerfield Beach, FL
(954) 421-4000

LIPTON TOYOTA
1700 West Oakland Park Boulevard
Fort Lauderdale, FL
(954) 735-1700
Dade (305) 945-5591

ED MORSE'S
DELRAY TOYOTA
2700-2800 South Federal Highway
Delray Beach, FL
(561) 276-5000
Broward (954) 426-2000
WPB (561) 734-3000
1-800-940-0390

PALM BEACH TOYOTA
735 South Military Trail
West Palm Beach, FL
930-7272

PHIL SMITH TOYOTA
3801 West Sunrise Boulevard
Fort Lauderdale, FL
(954) 583-1234

TOYOTA OF HOLLYWOOD
2200 North State Road 7
Hollywood, FL
(954) 966-2150
1-800-642-4699

---

Pompano, Beach, FL
(954) 782-1620
West Palm Beach (561) 734-1760
WARREN HENRY VOLVO
On U.S. Highway 441, 236th Street
Between County Line & Ives Dairy Roads
(305) 652-5817 Dade
1-800-652-6611

PLANTATION NISSAN-VOLVO
747 North State Road 7 (Route 441)
Plantation, FL
(954) 584-0322

VOLVO PALM BEACH
5544 Okeechobee Boulevard
1½ mile East of Florida Turnpike
West Palm Beach, FL
(561) 471-7600
1-800-965-8624

## TRUCKS

AL HENDRICKSON TOYOTA
5201 West Sample Road
Coconut Creek, FL
(954) 972-1100

ATLANTIC FORD TRUCKS
2565 State Road 84
Fort Lauderdale, FL
(954) 587-8220

LOU BACHRODT CHEVROLET
1801 West Atlantic Boulevard
Pompano Beach, FL
(954) 971-3000

LOU BACHRODT CHEVROLET
5500 North State Road 7
Coconut Creek, FL
(954) 247-2000

CORAL SPRINGS GMC TRUCK
9300 West Atlantic Boulevard
Coral Springs, FL
(954) 755-7400

STEVE MOORE CHEVROLET DELRAY
310 South Federal Highway
Delray Beach, FL
(561) 330-3225

HOLLYWOOD NISSAN
Corner State Road 7 and Pembroke Road
Hollywood, FL
Toll Free 1-888-777-3321

HOLLYWOOD PONTIAC GMC TRUCK
441 & Sheridan Street
Hollywood, FL
(954) 961-8950
1-800-432-7176

KING AUTOMALL
GMC/ISUZU TRUCKS
700 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 764-2122

KING TOYOTA
1441 South Federal Highway
Deerfield Beach, FL
(954) 421-4000

MAROONE CHEVROLET-
GEO-ISUZU-DODGE
8600 Pines Boulevard
Pembroke Pines, FL
(954) 433-3200
1-800-CAR-COST

MAROONE DODGE POMPANO
Copans Road & North Federal Highway
Pompano Beach, FL
(954) 942-5100

MASSEY-YARDLEY
CHRYSLER-PLYMOUTH-JEEP-EAGLE
777 North State Road 7
Plantation, FL
(954) 327-4000
Dade (305) 947-2881

ED MORSE
CHEVROLET/LAUDERHILL
1640 North State Road 7
Lauderhill, FL
(954) 733-6000
All Other Areas
1-800-226-2438

ED MORSE CHEVROLET/SAWGRASS
14401 West Sunrise Blvd
Sunrise, FL 33323
(954) 835-6900
1-888-CHEVY-1

FAIRBANKS DODGE
Sample Road & U.S. 441
Coconut Creek, FL
(954) 973-3444
All Other Areas
1-800-780-2040

ED MORSE DELRAY TOYOTA
2700-2800 South Federal Highway
Delray Beach, FL
(561) 276-5000
Broward (954) 426-2000
WPB (561) 734-3000
1-800-940-0390

ED MORSE
CHEVROLET/SAWGRASS
14401 W Sunrise Blvd
Sunrise, FL 33323
(954) 835-6900
1-888-4CHEVY-1

MULLINAX FORD SOUTH
5401 West Copans Road
Margate, FL (954) 972-7200
1-800-FORD-EASY

PLANTATION FORD
707 North State Road 7
(Route 441)
Plantation, FL (954) 584-2400

MAROONE FORD
1333 North Federal Highway
Fort Lauderdale, FL
(954) 564-3221
Dade (305) 949-0171
West Palm (561) 659-0171

---

HOLMAN
SOUTH FLORIDA LEASING
1500 Sheridan Street
Hollywood, FL
Hollywood 1954 749-5000

KING AUTOMALL LEASING
700 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 764-2122

KING TOYOTA
1441 South Federal Highway
Deerfield Beach, FL
(954) 421-4000

LIPTON TOYOTA
1700 West Oakland Pk Boulevard
Fort Lauderdale, FL
(954) 735-1700
Dade (305) 945-6503

MAROONE DODGE POMPANO
Copans Road & North Federal Highway
Pompano Beach, FL
(954) 942-5100

MAROONE LEASING
8600 Pines Boulevard, Pembroke Pines
(954) 433-3300
1-800-CAR-COST

MASSEY-YARDLEY
CHRYSLER-PLYMOUTH
JEEP-EAGLE
777 North State Road 7
Plantation, FL
(954) 327-4000
Dade (305) 947-2881

ED MORSE BUICK
3600 South University Drive
Davie, FL
(954) 473-9999
1-800-780-2080

ED MORSE CADILLAC
2300 South Federal Highway
Delray Beach, FL
(561) 276-2441

ED MORSE
CHEVROLET/LAUDERHILL
1640 North State Road 7
Lauderhill, FL
(954) 733-6000
All Other Areas
1-800-226-2438

ED MORSE
CHEVROLET/SAWGRASS
14401 W. Sunrise Blvd., Sunrise, FL 33323
(954) 835-6900/1-888-4CHEVY-1

ED MORSE DELRAY TOYOTA
2700-2800 South Federal Highway
Delray Beach, FL
(561) 276-5000
Broward (954) 426-2000
West P.B. (561) 734-3000
1-800-940-0390

FAIRBANKS DODGE
Sample Road & U.S. 441
Coconut Creek, FL
(954) 973-3444
1-800-780-2040

ED MORSE HONDA
500 North Federal Highway
Fort Lauderdale, FL
(954) 764-1100

FAIRBANKS MAZDA
Sample Road & U.S. 441
Coconut Creek, FL
(954) 974-1888
All Others Areas 1-800-749-2722

PALM PONTIAC
827 South State Road 7
Between Atlantic & Commercial on 441
North Lauderdale, FL
(954) 968-4800

PINES AUTO LEASING
3101 North State Road 7
Hollywood, FL
1-800-964-4792

PLANTATION FORD
707 North State Road 7
(Route 441) Plantation, FL
(954) 584-2400

PLANTATION NISSAN-VOLVO
747 North State Road 7
(Route 441) Plantation, FL
(954) 584-3222

MAROONE FORD
1333 North Federal Highway
Fort Lauderdale, FL
(954) 564-3221
Dade (305) 949-0171
West Palm (561) 659-0175

RALPH BUICK
2501 South Federal Highway
Delray Beach, FL (561) 428-3741

SATURN OF DELRAY
2650 South Federal Highway
Delray Beach, FL (561) 276-0400
All other areas 1-800-741-0200

TOYOTA OF HOLLYWOOD
2200 North State Road 7
Hollywood, FL (954) 966-2150
1-800-842-4699

WALLACE FORD
I-95 & Linton Boulevard
Delray Beach, FL (561) 278-0303
West P.B. (561) 732-0895
Broward (954) 427-5900

WALLACE DODGE
I-95 & Linton Boulevard
Sebastian to Key West, FL
930-0302



2300 South Federal Highway
Denay Beach, FL
(561) 276-2441
Miami Beach, FL
1-800-456-4978
ED MORSE UNIVERSITY
CADILLAC
300 South University Drive
Pembroke Pines, FL
(954) 436-3085
All Other Areas
1-800-773-3742

## CHEVROLET

ED MORSE CHEVROLET-SAWGRASS
14401 W. Sunrise Blvd.
Sunrise, FL 33323
(954) 835-6900
LOU BACHRODT CHEVROLET
1601 Powerline Boulevard
Pompano Beach, FL
(954) 971-3000
LOU BACHRODT CHEVROLET
5500 North State Road 7
Coconut Creek, FL
(954) 247-3000
KELLEY CHEVROLET/GEO
601 North Federal Highway
Hallandale, FL
1-800-226-3753
MAROONE CHEVROLET
1300 West Federal Highway
Fort Lauderdale, FL
(954) 566-5271
MAROONE CHEVROLET
9000 Pines Boulevard
Pembroke Pines, FL
(954) 930-2300
ED MORSE
CHEVROLET/LAUDERHILL
1640 North State Road 7
Lauderhill, FL
(954) 733-5000
All Other Areas
1-800-226-2438
STEVE MOORE
CHEVROLET DELRAY
310 South Federal Highway
Delray Beach, FL 33483
Toll Free: 930-3225

## CHRYSLER-PLYMOUTH

EDDIE ACCARDI
CHRYSLER PLYMOUTH
909 South Federal Highway
Pompano Beach, FL (954) 943-5700
1-800-223-3300
DADE CHRYSLER PLYMOUTH
15895 South Dixie Highway
Miami, FL
Broward: (954) 792-JEEP
(305) 254-JEEP
FLORIDA CHRYSLER-PLYMOUTH
At The West Palm Automall
551 South Military Trail
½ mile South of Southern Boulevard
West Palm Beach, FL (561) 683-7100 or
JUST DIAL 930-6080 (no charge)
MAROONE CHRYSLER
PLYMOUTH JEEP
4250 North State Road 7
Coconut Creek, FL
(954) 917-4000
HOLLYWOOD CHRYSLER-PLYMOUTH
On 441 South of Sheridan Street
Hollywood, FL (954) 962-6400
MASSEY-YARDLEY
CHRYSLER-PLYMOUTH
777 North State Road 7 Plantation
(954) 327-7288
Dade: (305) 947-7288
O.C. TAYLOR CHRYSLER-PLYMOUTH
700 North Federal Highway (U.S. 1)
Delray Beach, FL (561) 278-2532
Broward (954) 421-9181
TAMIAMI AUTOMOTIVE GROUP
2526 S.W. 8th Street
Miami, FL
Broward (954) 537-5000
Dade: (305) 266-5500

## DAEWOO

DAEWOO OF PALM BEACH
480 South Military Trail
West Palm Beach (561) 683-2611
DAEWOO OF POMPANO BEACH
744 North Federal Hwy.
Pompano Beach, FL 33062
(954) 942-5622

## DODGE

EDDIE ACCARDI DODGE
4224 Highway 441
South Okeechobee, FL 1-800-329-4926
POTAMKIN NORTH DADE DODGE
1850 Northeast 123rd Street
North Miami, FL
Broward (954) 987-9000
(305) 893-8000
MAROONE DODGE
Road 1 South of Couney Line Road
North Miami, FL
Broward: (954) 943-4880 or (305) 653-4343
Toll Free 1-800-GET-LOST

---

2751 Northeast 163rd Street
Miami, FL
(305) 947-9465
ED MORSE HONDA
1861 South Federal Highway
Hollywood, FL
(954) 764-6100
ED MORSE HONDA
500 North Federal Highway
Fort Lauderdale, FL
(954) 764-6100
POMPANO HONDA
5381 North Federal Highway
Pompano, FL
(954) 427-7744
SHERWOOD HONDA
3000 South Federal Highway
Delray Beach, FL
(561) 272-3000
Broward (954) 427-3999

## HYUNDAI

RICK CASE HYUNDAI
441 at Sunrise
Fort Lauderdale, FL
(954) 561-5665
KING HYUNDAI
109 South Federal Highway
Deerfield Beach, FL
(954) 421-3330
LEHMAN HYUNDAI
U.S. 441 & Broward/Dade
County Line Road
(954) 525-5764
PALM BEACH HYUNDAI
5870 Okeechobee Boulevard
(One 1 mile West of Turnpike)
West Palm Beach, FL
(561) 687-4260

## INFINITI

WARREN HENRY INFINITI
20550 Northwest 2 Avenue
North Miami, FL
On U.S. Highway 441 & NW 208th Street
Between County Line & Ives Dairy Road
Dade: (305) 652-2996
Toll Free: 1-800-998-4530
SCOTT INFINITI
5230 North Federal Highway
Lighthouse Point, FL
(954) 360-6400
WEST PALM INFINITI
Located at the West Palm Automall
551 South Military Trail
4 miles South of Southern Boulevard
West Palm Beach, FL
(561) 684-1234 or
JUST DIAL 930-6080 (no charge)

## ISUZU

ENDICOTT ISUZU
1345 South Federal Highway
Pompano Beach, FL
(954) 781-7700
KING AUTOMALL
700 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 784-2122
MAROONE ISUZU
9400 Pines Boulevard
Pembroke Pines, FL
(954) 930-3200
RALPH ISUZU
2501 S. Federal Hwy.
Delray Beach, FL
(561) 278-9955
Broward: (954) 426-3741
West Palm: (561) 732-8822

## JAGUAR

ALPINE MOTORS, INC.
1850 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 463-2354
Miami: (305) 948-2258
Boca: (561) 368-0129
Palm Beach: (561) 832-6711
THE COLLECTION
Bird Road & Ponce De Leon
Coral Gables, FL
1-800-JAGUAR, (305) 444-5555
WARREN HENRY JAGUAR
20660 Northwest 2 Ave.
North Miami, FL
On U.S. Highway 441 & NW 208th Street
Between County Line & Ives Dairy Road
Dade: (305) 651-2996
1-800-652-9611

## JEEP

EDDIE ACCARDI JEEP/EAGLE
909 South Federal Highway
Pompano Beach, FL
(954) 943-5700
1-800-223-6300
DADE JEEP/EAGLE
15895 South Dixie Highway
Miami, FL
Broward: (954) 792-JEEP
(305) 254-JEEP
MAROONE CHRYSLER
PLYMOUTH JEEP
4250 North State Road 7
Coconut Creek, FL
(954) 917-4000
HOLLYWOOD JEEP
On 441 South of Sheridan Street
Hollywood, FL
(954) 962-6400

---

1-800-NEW MERCURY
1-800-32 LINCOLN
HOLMAN LINCOLN-MERCURY
Hollywood, FL
(954) 920-6010
HOLMAN LINCOLN-MERCURY
MARGATE
2250 North State Road 7
Margate, FL
(954) 978-CARS
HOLMAN LINCOLN-MERCURY
MIAMI
I-95 at 81st Street Exit
Miami, FL
1-800-423-7878
Broward: (954) 584-1177
(305) 758-3377
HOLMAN LINCOLN-MERCURY
PINES
I-75 & Sheridan Street
Pembroke Pines, FL
(954) 620-2000
HOLMAN LINCOLN-MERCURY
POMPANO
2741 North Federal Highway
Pompano Beach, FL
(954) 782-5173
PALM BEACH LINCOLN-MERCURY
2301 Okeechobee Boulevard
West Palm Beach, FL
(½ mile west of I-95)
(561) 683-8000
(954) 428-9980
WALLACE LINCOLN-MERCURY
3826 Northlake Boulevard
North Palm Beach, FL
(561) 622-0700
Delray: (561) 274-4292

## LOTUS

THE COLLECTION
Bird Road & Ponce De Leon
Coral Gables, FL
(305) 444-5555
1-800-323-5887

## MAZDA

EDDIE ACCARDI MAZDA
843 South Federal Highway
Pompano Beach, FL
(954) 941-6600
GUNTHER MAZDA
1800 South State Road 7
Fort Lauderdale, FL
(954) 797-1600
MARLIN MAZDA
Highway 441 & 207th Street
North Miami, FL
(305) 654-3800
Broward: (954) 525-7288
DELRAY MAZDA
2001 South Federal Highway
Delray Beach, FL
(561) 278-7800
All Other Areas 1-800-773-4946
FAIRBANKS MAZDA
Sample Road & U.S. 441
Coconut Creek, FL
(954) 974-1588
All Other Areas 1-800-749-2722

## MERCEDES-BENZ

AUTOHAUS POMPANO INC.
250 West Copans Road
Pompano Beach, FL 33064
(954) 943-5000
GULF STREAM MOTORS
4000 Okeechobee Boulevard
West Palm Beach, FL
1-800-542-7500
L. P. EVANS MOTORS - WPB INC.
400 Northwest 165th Street
North Miami, FL
Southeast Dade
Golden Glades Interchange
(305) 919-9000
STAR MOTORS
1100 South Federal Highway
Fort Lauderdale, FL
(954) 462-4381
Outside Broward County 930-STAR

## MITSUBISHI

COCONUT CREEK MITSUBISHI
4950 North State Road 7
Coconut, FL 33073
(954) 253-1000
DELRAY MITSUBISHI
2225 South Federal Highway
Delray Beach, FL
(561) 276-7800
FORT LAUDERDALE MITSUBISHI
200 East Sunrise Boulevard
Fort Lauderdale, FL
(954) 523-3662
KING MITSUBISHI
4250 North Federal Highway
North Pompano Beach, FL
(954) 941-5680
LEHMAN MITSUBISHI
U.S. 441 & Broward
Dade County Line Road
(954) 524-5252

Sun-Sentinel, Sun., December 12, 1999    **37H**

# AUTOMOTIVE DIRECTORY

### A DAILY DIRECTORY OF THE TOP AUTO DEALERS IN SOUTH FLORIDA

## ACURA

**ACURA OF DELRAY BEACH**
2 Miles North of Linton Blvd. and
U.S. 1. Delray Beach (561) 265-0000

**ACURA AT INT'L MALL**
836 X-Way & N.W. 107th Ave., Miami
(305) 477-6666

**ACURA OF POMPANO BEACH**
940 N. Federal Hwy.
Pompano Beach (954) 785-7100

**ACURA OF SOUTH FLORIDA**
3801 S. State Road 7 (441)
Hollywood (954) 583-2424
Ft. Laud. (954) 421-2424
Dade (305) 681-2424

**PALM BEACH ACURA**
6870 Okeechobee Blvd.
(Only 1 Mi. West of Turnpike)
West Palm Beach (561) 686-0300

**RICK CASE ACURA**
441 At Sunrise, Ft. Lauderdale
(954) 587-1111

## ASTON MARTIN

**THE COLLECTION**
Bird Rd. & Ponce De Leon
Coral Gables 1-800-252-4827
(305) 444-5555

## AUDI

**CHAMPION AUDI**
I-95 at Copans Rd.
Pompano Beach (954) 946-4020

**THE COLLECTION**
3780 Bird Road, Miami
305-444-4111

**PRESTIGE IMPORTS**
14800 Biscayne Blvd.
N. Miami Beach
Broward (954) 761-8388
(305) 947-1000

## BMW

**HOLMAN LAUDERDALE IMPORTS/BMW**
1400 S. Federal Hwy.
Ft. Lauderdale (954) 527-3800
Dade 930-0043

**VISTA BMW**
700 N. Federal Hwy.
Pompano Beach (954) 942-7400

## BUICK

**ENDICOTT BUICK**
1345 S. Federal Hwy.
Pompano Beach (954) 781-7700

**LEHMAN BUICK**
U.S. 441 & Broward
Dade County Line Road
Broward (954) 525-5146

**ED MORSE BUICK**
3600 S. University Dr., Davie
Broward (954) 473-9999
1-800-780-2080

**RALPH BUICK**
2501 S. Federal Hwy.
Delray Beach (561) 278-3292

**PHIL SMITH BUICK**
2300 N. State Road 7
Ft. Lauderdale (954) 739-1400
Toll Free: 800-707-7333

## CADILLAC

**ED MORSE BAYVIEW CADILLAC**
1240 N. Federal Hwy.
Ft. Lauderdale (954) 563-6331
All Other Areas 1-800-370-7172

**CORAL CADILLAC**
5101 N. Federal Hwy.
Pompano Beach (954) 426-1800

**ED MORSE CADILLAC**
2300 S. Federal Hwy.
Delray Beach (561) 278-2441

**OCEAN CADILLAC**
1000 Kane Concourse (Take 125th
St. East to Ocean) Miami Beach
1-800-456-4978

**ED MORSE UNIVERSITY CADILLAC**
300 South University Dr.
Pembroke Pines (954) 436-3036
All Other Areas 1-800-770-9740

## CHEVROLET

**ED MORSE CHEVROLET-SAWGRASS**
14401 W. Sunrise Blvd.
Sunrise, FL 33323
(954) 835-6900 1-888-4CHEVY-1

**LOU BACHRODT CHEVROLET**
1801 W. Atlantic Blvd.
Pompano Beach (954) 971-3000

**LOU BACHRODT CHEVROLET**
5500 N. State Rd. 7

## FORD

**MULLINAX FORD SOUTH/AUTONATION USA**
5401 W. Copans Rd. Margate
(954) 972-7200
1-800-FORD-EASY

**FRIENDLY FORD**
2198 N. E. 163rd St.
N. Miami Beach Broward
(954) 525-2851 / (305) 949-1311

**PLANTATION FORD**
707 N. State Road 7 (Rt. 441)
Plantation (954) 584-2400

**MAROONE FORD/AUTONATION USA**
1333 N. Federal Hwy., Ft. Lauderdale
(954) 564-3221
Dade (305) 949-0171
W. Palm Beach (561) 659-0171

**SAWGRASS FORD**
14501 W. Sunrise Blvd.
Sunrise, Fl. 33323, (954) 851-9000

**WALLACE FORD/AUTONATION USA**
I-95 & Linton Blvd, Delray Beach
(561) 278-0303
Broward (954) 427-6900,
W. Palm Beach (561) 732-0895

**WORLD FORD**
8655 Pines Blvd, Pembroke Pines
1-800-950-0977

## GMC TRUCK

**CORAL SPRINGS GMC TRUCK**
9300 N. Atlantic Blvd. Coral Springs
(954) 755-7400

**HOLLYWOOD PONTIAC-GMC TRUCK**
441 & Sheridan St. Hollywood
(954) 961-8950/1-800-432-7178

**KING AUTOMALL**
700 E. Sunrise Blvd., Ft. Lauderdale
(954) 764-2122

**SHERWOOD PONTIAC GMC TRUCKS**
2400 S. Federal Hwy. Delray Beach
(561) 278-3217
Broward (954) 427-3200

## HONDA

**CORAL SPRINGS HONDA**
9300 Atlantic Blvd. Coral Springs
(954) 755-5600

**FRIENDLY HONDA**
2150 N. E. 163rd St. Miami
(305) 947-5463
Broward (954) 728-8307

**HOLLYWOOD HONDA/AUTONATION USA SUPER STORE**
1450 N. State Road 7 Hollywood
(954) 989-1600

**ED MORSE HONDA**
500 N. Federal Hwy. Ft. Lauderdale
(954) 764-1100

**POMPANO HONDA**
5381 N. Federal Hwy. Pompano Bch.
(954) 427-4744

**SHERWOOD HONDA**
3000 S. Federal Hwy. Delray Beach
(561) 272-3000
(954) 427-3999

## HYUNDAI

**RICK CASE HYUNDAI**
441 at Sunrise Ft. Lauderdale
(954) 581-5885

**KING HYUNDAI**
399 S. Federal Hwy. Deerfield Beach
(954) 421-3330

**LEHMAN HYUNDAI**
U.S. 441 & Broward/Dade County Line Road
(954) 525-5146

**PALM BEACH HYUNDAI**
6870 Okeechobee Blvd.
(Only 1 Mi. W. of Turnpike)
(561) 687-4260

## INFINITI

**WARREN HENRY INFINITI**
20850 N.W. 2nd Ave., North Miami
On U.S. Hwy. 441 & N.W 208th St.
Between Country Line & Ives Dairy
Rd. Dade (305) 652-9999
1-800-999-4539

**SCOTT INFINITI**
5230 N. Federal Hwy.
Lighthouse Point (954) 360-9400

## ISUZU

**ENDICOTT ISUZU**
1345 S. Federal Hwy. Pompano Bch

## LINCOLN-MERCURY

**DELRAY LINCOLN-MERCURY**
2101 S. Federal Hwy. Delray Beach
(561) 276-2411
930-2411

**HOLMAN LINCOLN-MERCURY FT. LAUDERDALE**
1½ Miles East of I-95 on Sunrise
Blvd. Ft. Lauderdale (954) 779-2000
1-800-NEW-MERCURY
1-800-32-LINCOLN

**HOLMAN LINCOLN-MERCURY HOLLYWOOD**
1700 Sheridan St. Hollywood
(954) 920-6010

**HOLMAN LINCOLN-MERCURY MARGATE**
2250 N. State Road 7 Margate
(954) 978-CARS

**HOLMAN LINCOLN-MERCURY MIAMI**
I-95 at 81st St. Exit Miami
(305) 758-3377
Broward (954) 584-1177
1-800-423-7878

**HOLMAN LINCOLN-MERCURY PINES**
I-75 & SHERIDAN ST.
Pembroke Pines
(954) 620-2000

**HOLMAN LINCOLN-MERCURY POMPANO BEACH**
2741 N. Federal Hwy.
Pompano Beach (954) 782-8110

**PALM BEACH LINCOLN-MERCURY**
2301 Okeechobee Blvd.
W. Palm Beach (1/2 Mile West of I-95)
(561) 683-8500
(954) 428-9890

**WALLACE LINCOLN-MERCURY/AUTONATION USA**
3628 Northlake Blvd. N. Palm Beach
(561) 622-0700
DELRAY (561) 278-4292

## LOTUS

**THE COLLECTION**
Bird Road & Ponce de Leon
Coral Gables (305) 444-5555
1-800-323-5887

## MAZDA

**EDDIE ACCARDI MAZDA**
943 S. Federal Hwy.
Pompano Beach (954) 941-6600

**GUNTHER MAZDA**
1800 S. State Road 7 Ft. Lauderdale
(954) 797-1600

**MARLIN MAZDA**
Hwy. 441 & 207th St.
North Miami (305) 654-3800
Broward (954) 525-7788

**DELRAY MAZDA**
2001 S. Federal Hwy. Delray Beach
(561) 278-7800 All Other Areas
1-800-273-9948

**FAIRBANKS MAZDA**
Sample Rd. & U.S. 441
Coconut Creek
Broward (954) 974-1888
All Other Areas 1-800-749-2722

## MERCEDES

**AUTOHAUS POMPANO, INC.**
350 W. Copans Rd.
Pompano Beach, FL 33064
(954) 943-5000

**GULF STREAM MOTORS**
4000 Okeechobee Blvd. West Palm
Beach 1-800-542-7320

**L.P. EVANS MOTORS - WPB INC./AUTONATION USA**
444 N.W. 165th Street
S.E. Corner of
Golden Glades Interchange
(305) 919-8000

**STAR MOTORS/AUTONATION USA**
1051 S. Federal Hwy., Ft. Lauderdale
(954) 462-4381
Outside Broward City. 800-3-STAR

## MITSUBISHI

**BILL SEIDLE'S MITSUBISHI OF DAVIE**
539 S. University Dr., Davie
(954) 463-9533
(954) 745-7200

**BILL SEIDLE'S MITSUBISHI OF MIAMI**
2757 NW 36th St. Miami
Broward (954) 463-9533
Dade (305) 635-9000

**COCONUT CREEK MITSUBISHI**
4950 N. St. Rd. 7
Coconut Creek Fl 33073
(954) 283-1000

## SATURN

**SATURN OF COCONUT CREEK**
4950 N. St. Rd. 7
1.3 miles North of Sample
(954) 283-1001

**SATURN OF FORT LAUDERDALE**
700 E. Sunrise Blvd. Fort Lauderdale
(954) 768-0300

**SATURN OF NORTH BROWARD**
4230 N. Federal Hwy.
N. Pompano Beach (954) 783-2000

**SATURN OF NORTH DADE**
18875 N.W. 2nd Ave. (441) Miami
Broward: (954) 922-7999
1-800-52-SATURN

**SATURN OF WEST BROWARD**
3100 N. University Dr. Sunrise
(954) 572-4600

## SUBARU

**EDDIE ACCARDI SUBARU**
909 S. Federal Hwy.
Pompano Beach (954) 943-6700
1-800-223-6300

**DELRAY SUBARU**
2225 S. Federal Hwy., Delray Beach
(561) 276-7800

## SUZUKI

**BILL SEIDLE'S SUZUKI**
2724 NW 36th St., Miami
Broward: (954) 463-9533
Dade: (305) 635-8000

**DELRAY SUZUKI**
2225 S. Federal Hwy., Delray Beach
(561) 276-7800

**KING AUTOMALL**
700 E. Sunrise Blvd. Ft. Lauderdale
(954) 764-2122

**KING SUZUKI**
4350 N. Federal Hwy.
N. Pompano Beach (954) 941-5880

## TOYOTA

**AL HENDRICKSON TOYOTA**
5201 W. Sample Rd. Coconut Creek
(954) 972-1100

**HEADQUARTER TOYOTA**
Palmetto Expy. & N.W. 57th Ave.
North of Miami Lakes
Tri-County 930-2886
(305) 364-9800

**KENDALL TOYOTA**
10343 S. Dixie Hwy. S. Miami
(305) 665-6581/1-800-873-TOYO

**KING TOYOTA**
1441 S. Federal Hwy., Deerfield Beach
(954) 421-4000

**LIPTON TOYOTA**
1700 W. Oakland Park Blvd.
Ft. Lauderdale (954) 735-1330
Dade (305) 945-6503

**ED MORSE DELRAY TOYOTA**
2700-2800 S. Federal Hwy.
Broward (954) 428-2000
(561) 276-5200
Palm Beach (561) 734-3000
1-800-940-0390

**PHIL SMITH TOYOTA/AUTONATION USA**
3801 W. Sunrise Blvd. Ft. Lauderdale
(954) 583-1234

**TOYOTA OF HOLLYWOOD**
2300 N. State Road 7 Hollywood
(954) 966-3100
1-800-442-4699

## USED CAR MEGASTORES

**AUTONATION USA**
4401 W. Sample Road,
Coconut Creek (954) 984-3500

**AUTONATION USA**
13801 Pines Blvd. East of I-75,
Pembroke Pines, (954) 441-2000

**AUTONATION USA**
8500 Okeechobee Blvd.
West Palm Beach, FL 33411
(561) 712-3901

**CAR PLAZA OF BROWARD**
2400 A. West Broward Blvd.
Ft. Lauderdale, FL 33312
(954) 584-6300

**CAR PLAZA OF DAVIE**
2838-2840 North State Road 7
Hollywood, FL 33021
(954) 961-1055

**CAR PLAZA OF HOLLYWOOD**
401 North 60th Avenue
Hollywood, FL 33021

## TRUCKS

**MAROONE CHEVROLET GEO/ISUZU/DODGE/AUTONATION USA**
8600 Pines Blvd., Pembroke Pines
930-3200

**MASSEY-YARDLEY CHRYSLER/PLYMOUTH-JEEP-EAGLE**
777 N. State Road 7 Plantation
(954) 327-4000 Dade (305) 947-2881

**ED MORSE CHEVROLET/LAUDERHILL**
1640 N. State Road 7 Lauderhill
(954) 733-6000 All Other Areas
1-800-226-2438

**ED MORSE CHEVROLET/SAWGRASS**
14401 West Sunrise Blvd.
Sunrise, FL 33323
(954) 835-6900 1-888-CHEVY-1

**ED MORSE DELRAY TOYOTA**
2700-2800 S. Federal Hwy.
Broward (954) 428-2000
(561) 276-5200/1-800-940-0390

**MULLINAX FORD SOUTH/AUTONATION USA**
5401 W. Copans Rd. Margate
(954) 972-7200 1-800-FORD-EASY

**STEVE MOORE CHEVROLET DELRAY/AUTONATION USA**
310 S. Federal Hwy.
Delray Beach, FL 33483
(561) 930-3225

**PLANTATION FORD**
707 N. State Road 7 (Rt. 441)
Plantation (954) 584-2400

**MAROONE FORD/AUTONATION USA**
1333 N. Federal Hwy.
Ft. Lauderdale (954) 564-3221
Dade (305) 949-0171
Palm Beach (561) 659-0171

**PHIL SMITH TOYOTA/AUTONATION USA**
3801 W. Sunrise Blvd. Ft. Lauderdale
(954) 583-1234

**TOYOTA OF HOLLYWOOD**
2200 N. 60th Ave. Hollywood
(954) 966-2150 1-800-442-4699

**TRUCK & VAN DEPOT**
250 S. State Road 7 (441)
Plantation (954) 584-5566

**WALLACE DODGE/AUTONATION USA**
I-95 & Linton Blvd, Sabastian to
Key West 930-0302

**WALLACE FORD/AUTONATION USA**
I-95 & Linton Blvd. Delray Beach
(561) 278-0303
Broward (954) 427-6900
(954) 932-7678
W. Palm Beach (561) 732-0895

**WORLD FORD**
8655 Pines Blvd. Pembroke Pines
1-800-950-0977

## LEASING

**AL HENDRICKSON TOYOTA**
5201 W. Sample Rd. Coconut Creek
(954) 972-1100

**AUTO DIRECT/SKY LEASE**
2681 N. Federal Hwy. (U.S. 1)
Pompano Beach
(954) 785-8175 1-800-628-8784

**DELRAY AUTO LEASING MALL**
(At Maaas & Models) 2700 S. Federal Hwy.
Delray Beach 930-LEASE

**DELRAY MAZDA LEASING**
2001 S. Federal Highway
Delray Beach (561) 278-7800
All Other Areas 1-800-273-4948

**ED MORSE BAYVIEW CADILLAC**
1240 N. Federal Hwy.
Ft. Lauderdale (954) 563-6331
All Other Areas 1-800-370-7172

**ED MORSE BUICK**
3600 S. University Dr., Davie
Broward (954) 473-9999
1-800-780-2080

**ED MORSE CADILLAC**
2300 S. Federal Hwy. Delray Beach
(561) 276-2441 • 1-800-276-2441

**ED MORSE CHEVROLET/LAUDERHILL**
1640 N. State Road 7 Lauderhill
(954) 733-6000 All Other Areas
1-800-226-2438

**ED MORSE CHEVROLET/SAWGRASS**
14401 West Sunrise Blvd.
Sunrise, FL 33323
(954) 835-6900 1-800-CHEVY-1

**ED MORSE DELRAY TOYOTA**
2700-2800 S. Federal Hwy. Broward
(954) 428-2000 (561) 276-5200

MAROONE CHEVROLET
FORT LAUDERDALE/
AUTONATION USA
Ft. Lauderdale
(954) 564-5271

MAROONE CHEVROLET/
AUTONATION USA
8600 Pines Blvd.
Pembroke Pines 930-3200

ED MORSE CHEVROLET/LAUDERHILL
1540 N. State Road 7
Lauderhill (954) 733-6000 All Other
Areas 1-800-226-2438

STEVE MOORE CHEVROLET DELRAY/
AUTONATION USA
310 S. Federal Hwy.
Derby Beach, FL 33483
Toll Free 930-3225

## CHRYSLER-PLYMOUTH

EDDIE ACCARDI CHRYSLER
PLYMOUTH
909 S. Federal Hwy., Pompano Bch
(954) 943-6700
1-800-223-6300

DADE CHRYSLER PLYMOUTH
15895 S. Dixie Hwy. Miami
Broward (954) 792-JEEP
(305) 254-JEEP

MAROONE CHRYSLER PLYMOUTH
JEEP/AUTONATION USA
4250 N. State Rd. 7
Coconut Creek (954) 917-4000

HOLLYWOOD CHRYSLER-
PLYMOUTH
On 441 South of Sheridan St.
Hollywood (954) 962-6400

MASSEY-YARDLEY
CHRYSLER-PLYMOUTH
777 N. State Road 7
Plantation (954) 327-4000
Dade (305) 947-2861

O.C. TAYLOR CHRYSLER-PLYMOUTH
700 N. Federal Hwy. (U.S. 1)
Delray Beach (561) 278-2552
Broward (954) 421-9181

TAMIAMI AUTOMOTIVE GROUP
8250 SW 8th St. Miami
Broward (954) 467-6544
Dade (305) 266-5500

## DAEWOO

DAEWOO OF FT. LAUDERDALE
901 East Sunrise Blvd.
(954) 763-1222

DAEWOO OF PALM BEACH
480 S. Military Trail West Palm
Beach (561) 683-2811

DAEWOO OF POMPANO
744 North Federal Hwy. (US 1)
Pompano Bch. FL 33062
(954) 942-5622

## DODGE

EDDIE ACCARDI DODGE
4224 Hwy. 441 South Okeechobee
1-800-329-4926

POTAMKIN NORTH DODGE
1850 N.E. 123rd Street N. Miami
Broward (954) 467-9000
(305) 893-8000

MAROONE DODGE/
AUTONATION USA
On 441 South of County Line Rd.,
North Miami Broward
(954) 525-4880 or (305) 653-6343
Toll Free 1-800-CAR-COST

MAROONE DODGE POMPANO/
AUTONATION USA
Copans Rd. & N. Federal Hwy.
Pompano Beach (954) 942-5100

MONARCH DODGE
2000 N. State Road 7
Lauderdale Lakes (954) 484-2300

FAIRBANKS DODGE
Sample Rd. & U.S. 441
Coconut Creek (954) 973-3444
1-800-780-2040

UNIVERSITY DODGE
5455 S. University Dr. Davie
(954) 434-5995

WALLACE DODGE/
AUTONATION USA
1-95 & Linton Blvd., Delray Beach
Sebessean to Key West 930-0302

## FERRARI

THE COLLECTION
Bird Road & Ponce De Leon
Coral Gables 1-800-252-4827
(305) 444-5555

SHELTON SPORTS CARS
5750 N. Federal Hwy., Pompano Beach
(954) 493-521 1

## FORD

ARMSTRONG FORD
OF POMPANO BEACH
1000 N. Federal Hwy. Pompano Bch.
(954) 781-9800

MAROONE ISUZU/AUTONATION USA
8600 Pines Blvd.
Pembroke Pines 930-3200

RALPH ISUZU
5601 S. Federal Hwy.
Delray Beach (561) 278-9955
Broward (954) 428-3741
West Palm (561) 732-4823

## JAGUAR

ALPINE MOTORS, INC.
1650 E. Sunrise Blvd
Ft. Lauderdale (954) 463-2554
Miami (305) 949-2258
Boca (561) 368-0129
W. Palm Beach (561) 832-6711

THE COLLECTION
Bird Road & Ponce De Leon
Coral Gables 1-800-2JAGUAR
(305) 444-5555

WARREN HENRY JAGUAR
20600 N.W. 2nd Ave., North Miami
On U.S. Hwy. 441 & N.W. 208th St
Between County Line & Ives Dairy
Rd. (305) 654-3900 Dade
1-800-652-6511

## JEEP

EDDIE ACCARDI JEEP
909 S. Federal Hwy.
Pompano Beach (954) 943-6700
1-800-223-6300

DADE JEEP
15895 S. Dixie Hwy. Miami
Broward (954) 792-JEEP
(305) 254-JEEP

FLORIDA JEEP
Located in West Palm Automall
561 S. Military Tr.
1/2 Mi. S. of Southern Blvd.
West Palm Beach 683-7100 or JUST
DIAL 930-6060 (no charge)

MAROONE CHRYSLER PLYMOUTH
JEEP/AUTONATION USA
4250 N. State Rd. 7
Coconut Creek (954) 917-4000

HOLLYWOOD JEEP
On 441 South of Sheridan St.
Hollywood (954) 962-6400

MASSEY-YARDLEY JEEP
777 N. State Road 7 Plantation
(954) 327-4000 Dade
(305) 947-2861

O.C. TAYLOR JEEP
700 N. Federal Hwy. (U.S. 1)
Delray Beach (561) 278-2552
Broward (954) 421-9181

TAMIAMI AUTOMOTIVE GROUP
8250 SW 8th St. Miami
Broward (954) 467-6544
Dade (305) 266-5500

## KIA

CORAL SPRINGS KIA
9330 W. Atlantic Blvd.
Coral Springs (954) 755-7400

GUNTHER KIA
1800 S. State Rd. 7 Ft. Lauderdale
(954) 797-1600

HOLLYWOOD KIA/AUTONATION USA
790 S. State Road 7, Hollywood, FL
(954) 967-8991

KENDALL KIA
17120 S. Dixie Highway, Miami
1-800-507-6846

KING KIA
700 E. Sunrise Blvd., Ft. Lauderdale
(954) 784-2122

ED MORSE'S DELRAY KIA
2700 S. Federal Hwy., Delray Beach
(561) 272-2007 or 930-5327

SCOTT KIA
5250 N. Federal Hwy.,
Lighthouse Point (954) 427-7222

## LANDROVER

LANDROVER FORT
LAUDERDALE
5730 N. Federal Hwy., Ft. Lauderdale
(954) 493-5000

## LEXUS

COUNTYLINE LEXUS
3805 S. State Road 7 Hollywood
(954) 966-4800
Dade (305) 272-1400

JM LEXUS
5350 W. Sample Rd., Margate
(954) 972-2200/ 1-800-80-LEXUS

LEXUS OF KENDALL
10943 S. Dixie Hwy, South Miami
(305) 669-05221, 800-365-5397

LEXUS OF PALM BEACH
2300 Okeechobee Blvd. (1 Mile West
of I-95) W. Palm Beach
(561) 683-2600 /1-800-633-2844

LEXUS OF PEMBROKE PINES
16150 Pines Blvd. Pembroke Pines,
Fl 33027
1-954-443-2020
877-61 LEXUS

MITSUBISHI
200 E. Sunrise Blvd.
Ft. Lauderdale (954) 523-3662

KING MITSUBISHI
1200 S. Federal Hwy.
North Pompano Beach
(954) 941-5880

## NISSAN

BILL SEIDLE'S NISSAN
2900 NW 36th St., Miami
Broward (954) 463-9533
Dade (305) 633-8000

CORAL SPRINGS NISSAN
3350 W. Atlantic Blvd.
Coral Springs (954) 753-1700

ENDICOTT NISSAN
1100 S. Federal Hwy., Pompano Bch
(954) 942-4747

ESSERMAN NISSAN
16725 N.W. 57th Ave., Miami
(on the Palmetto at Red Rd.)
(305) 625-2600 Broward
930-NISSAN

MAROONE NISSAN/
AUTONATION USA
Corner State Rd. 7 and
Pembroke Rd. Hollywood
Toll Free 1-888-777-3321

L.P. EVANS FT. LAUDERDALE
NISSAN/AUTONATION USA
1300 S. Federal Hwy., Ft. Lauderdale
(954) 527-3400

PLANTATION NISSAN-VOLVO
747 N. State Road 7 (Rt. 441)
Plantation (954) 584-3322

WALLACE NISSAN/
AUTONATION USA
I-95 & Linton Blvd.
Delray Beach (561) 278-6216
Broward (954) 421-9200
W. Palm Beach (561) 734-7100

## OLDSMOBILE

DAN BURNS OLDSMOBILE
2200 S. Federal Hwy., Delray Beach
(561) 278-7351
Broward (954) 428-1442

CORAL SPRINGS
OLDSMOBILE
9330 W. Atlantic Blvd.
Coral Springs (954) 755-7400

KING AUTOMALL OF
FT. LAUDERDALE
700 E. Sunrise Blvd., Ft. Lauderdale
(954) 764-2122

KING OLDSMOBILE OF
DEERFIELD BEACH
1399 S. Federal Hwy.
Deerfield Beach (954) 421-3330

MAROONE OLDSMOBILE/
AUTONATION USA
8600 Pines Blvd. Pembroke Pines
Broward 930-3200

## PONTIAC

HALLETT PONTIAC/GMC
13401 S. Dixie Hwy. (US1), Miami
1-888-379-4404
(305) 238-4040

HOLLYWOOD PONTIAC/
GMC TRUCK
441 & Sheridan St. Hollywood
(954) 961-8950
1-800-432-7178

PALM PONTIAC
827 S. State Road 7 Between
Atlantic & Commercial on 441
N. Lauderdale (954) 968-4800

SHERWOOD PONTIAC-
GMC TRUCKS
2400 S. Federal Hwy.
Delray Beach (561) 278-3217
Broward (954) 427-3200

## PORSCHE

CHAMPION PORSCHE
I-95 at Copans Rd.
Pompano Beach
(954) 946-4020

THE COLLECTION
Bird Road & Ponce De Leon Coral
Gables 1-800-252-4827
(305) 444-5555

## ROLLS ROYCE

LAUDERDALE IMPORTS LTD.
12 E. Sunrise Blvd, Ft. Lauderdale
(954) 779-2003
A Div. of Holman Automotive

## SAAB

GOLDCOAST SAAB
500 N. Federal Hwy.
Pompano FL 33062
Broward 784-0254
Palm Beach (561) 994-0311
Dade (305) 444-3091
T. F. 1-888-590-SAAB(7222)

LEHMAN SAAB
U.S. 441 & Broward/Dade County
Line Road (954) 525-5146

CAR PLAZA OF PLANTATION
500 North State Road 7
Plantation, FL 33317
(954) ...

CAR PLAZA OF POMPANO
999 North Dixie Highway
Pompano Beach, FL 33060
(954) 786-9077

CARMAX BOYNTON BEACH
2000 High Ridge Road
Just off Gateway Blvd.
(561) 738-2440

CARMAX FT. LAUDERDALE
7420 State Road 84
I-595 and University Dr
(954) 476-4313

CORAL SPRINGS AUTO MALL
9330 W. Atlantic Blvd., Coral Springs
(954) 755-7400

DRIVER'S CHOICE
5400 St. Rd. 7, Coconut Creek
(954) 247-3001

FORT LAUDERDALE
USED CAR CENTER
11/2 Mi. E. of I-95
On Sunrise Blvd., Ft. Lauderdale
(954) 779-2110

KING AUTOMALL
PRE-OWNED SUPER STORE
700 E. Sunrise Blvd., Fort Lauderdale
(954) 760-6414

WORLD FORD
Pembroke Pines
8655 pines Blvd.
Pembroke Pines, FL
(954) 447-9765

## VOLKSWAGEN

BORTON VOLKSWAGEN
2201 N. Federal Hwy. Delray Beach
(561) 243-4000
I (800) 948-5588

ESSERMAN VOLKSWAGEN
On the Palmetto and Red Road,
Miami Toll free outside Dade.
203-VWVW

GUNTHER VOLKSWAGEN
1660 S. State Road 7 Ft Lauderdale
(954) 584-3610

VISTA VOLKSWAGEN
700 N. Federal Hwy.
Pompano Beach (954) 942-7400

## VOLVO

BORTON VOLVO
2201 N. Federal Hwy. Delray Beach
(561) 243-4000
1 (800) 948-6588

GOLD COAST VOLVO
940 S. Federal Hwy.
Pompano Beach (954) 942-1600
W. Palm Beach (561) 734-1799

WARREN HENRY VOLVO
20800 N.W. 2nd Ave., North Miami
On U.S. Hwy. 441 & N.W. 208th St.
Between County Line & Ives Dairy
Rd. (305) 653-1400 Dade
1-800-652-6511

PLANTATION NISSAN-VOLVO
747 N. State Road 7 (Rt. 441)
Plantation (954) 584-3322

VOLVO PALM BEACH
5544 Okeechobee Blvd. (1/4 mi. E. of
Fl. Turnpike) West Palm Beach
(561) 471-7600/1-800-865-8624

## TRUCKS

EDDIE ACCARDI JEEP/EAGLE
CHRYSLER/PLYMOUTH/MAZDA
909 S. Federal Hwy. Pompano Beach
(954) 943-6700 1-800-223-6300

AL HENDRICKSON TOYOTA
5201 W. Sample Rd. Coconut Creek
(954) 972-1100

ATLANTIC FORD TRUCKS
2565 State Road 84 Ft. Lauderdale
(954) 587-8220

LOU BACHRODT CHEVROLET
1801 W. Atlantic Blvd.,Pompano Beach
(954) 971-3000

LOU BACHRODT CHEVROLET
5500 N. State Rd., 7Coconut Creek
(954) 247-3000

CORAL SPRINGS GMC TRUCK
9300 W. Atlantic Blvd. Coral Springs
(954) 755-7400

HOLLYWOOD NISSAN
Corner State Rd. 7 and Pembroke Rd. Hollywood.
Toll Free: 1-888-777-3321

HOLLYWOOD PONTIAC
GMC TRUCK
441 & Sheridan St. Hollywood
(954) 961-8950 1-800-432-7178

KING AUTOMALL GMC/ISUZU
TRUCKS
700 E. Sunrise Blvd., Ft. Lauderdale
(954) 764-2122

MAROONE DODGE POMPANO
Copans Rd. & N. Federal Hwy.
Pompano Beach
(954) 942-5100

(954) 764-1100

ED MORSE
UNIVERSITY CADILLAC
5455 South University Dr.
Pembroke (954) 434-3036
All Other Areas 1-800-773-9740

EDDIE ACCARDI MOTOR CO.
909 S. Federal Hwy. Pompano Beach
(954) 943-6700 1-800-223-6300

FAIRBANKS MAZDA & DODGE
Sample Rd. & U.S. 441
Coconut Creek (954) 973-1888
All Other Areas 1-800-749-2722

HOLLYWOOD CHRYSLER-
PLYMOUTH JEEP/EAGLE
LEASING
On 441 South of Sheridan St.
Hollywood (954) 962-6400

HOLLYWOOD HONDA/KIA SUPERSTORE
1350 N. State Rd. 7
Hollywood (954) 989-1600

HOLLYWOOD PONTIAC-GMC TRUCK
441 & Sheridan St. Hollywood
(954) 961-8950 1-800-432-7178

HOLMAN SOUTH FLORIDA
LEASING
1500 Sheridan St. Hollywood
(954) 925-2202
Pompano Beach (954) 946-5007

KING AUTOMALL LEASING
700 E. Sunrise Blvd.
Ft. Lauderdale (954) 764-2122

KING MITSUBISHI
4250 N. Federal Hwy.
N. Pompano Bch (954) 941-5880

KING TOYOTA
1441 S. Federal Hwy.
Deerfield Beach (954) 421-4000

LIPTON TOYOTA
1700 W. Oakland Park Blvd.
Ft. Lauderdale (954) 735-1330
Dade (305) 945-6503

LOU BACHRODT LEASING
5500 N. State Rd. 7 , Coconut Creek
(954) 247-3000
1801 W. Atlantic Blvd.
Pompano Beach (954) 971-3000

MAROONE DODGE POMPANO/
AUTONATION USA
Copans Rd. & N. Federal Hwy.
Pompano Beach (954) 942-5100

MAROONE FORD/AUTONATION USA
1333 N. Federal Hwy. (954) 564-3221
Dade (305) 949-0171
W. Palm Beach (561) 659-0171

MAROONE LEASING/
AUTONATION USA
8600 Pines Blvd., Pembroke Pines
930-3200

MAROONE NISSAN/
AUTONATION USA
Corner State Rd. 7 and Pembroke Rd.
Hollywood. Toll Free: 1-888-777-3321

MASSEY-YARDLEY CHRYSLER-
PLYMOUTH JEEP/EAGLE
777 N. State Road 7 Plantation
(954) 327-4000 Dade (305) 947-2861

PALM PONTIAC
827 S. State Road 7 Between
Atlantic & Commercial on 441
N. Lauderdale (954) 968-4800

PINES AUTO LEASING
3101 N. State Road 7 Hollywood
1-800-964-4792

PLANTATION FORD
707 N. State Road 7 (Rt. 441)
Plantation (954) 584-2400

PLANTATION NISSAN-VOLVO
747 N. State Road 7 (Rt. 441)
Plantation (954) 584-3322

RALPH BUICK
2501 S. Federal Hwy. Delray Beach
(561) 428-3741

SATURN OF DELRAY
2850 E. Federal Hwy.,
Delray Beach (561) 276-0400
All Other Areas 1-800-741-2220

SATURN OF N. BROWARD
4250 N. Federal Hwy.
N. Pompano Bch (954) 941-5880

SATURN OF W. BROWARD
3100 N. University Dr., Sunrise
(954) 572-4600

STEVE MOORE CHEVROLET
DELRAY/AUTONATION USA
310 S. Federal Hwy. Delray Beach
930-3225

TOYOTA OF HOLLYWOOD
2200 N. State Road 7 Hollywood
(954) 966-2150 1-800-842-4699

WALLACE FORD/AUTONATION USA
I-95 & Linton Blvd., Delray Beach
Delray (561) 278-0303
W. Palm Beach (561) 732-0895
Broward (954) 427-6900

WALLACE DODGE
I-95 & Linton Blvd , Delray Beach
Sebessean to Key West 930-0302

WORLD FORD
8655 Pines Blvd. Pembroke Pines
1-800-950-0977

wk 1 ① Sherwood Honda     272-3000
    ② Blk Forest     272-1275
wk 2 ③ Vista BMW     (954) 942-7400
    ④ JM Lexus     (954) 972-2200
wk ⑤ Infiniti - Scott     (954) 360-9400
3 ⑥ Ralph Dodge     278-9955
wk ⑦ Ed Morse Toyota     276-5000
⑧ Weston Blazer     (561)
  Ed Morse Honda     (954) 764-1100
  Ft Laud Rover     (954) 493-5000
  Dae Woo
  Coconut (reck/mitsu) 252-3947 (954)
  Volvo - Barton   Fax (800)   mark (561)
  VW Gunther     (954)
  Wayne Akers
  Delray Linc.

184-422362

Jerry Marleri 18442.2362

| Date | Dealer | | |
|---|---|---|---|
| Dec 6th | King Hyundai Deerfield Bch (954) 421-3330 | resume | ns reply |
| Dec 13th | Daeline of Palm Bch. (WPB (561) 683-2611 | " | " |
| Dec 13th | Acura of Tompano Pompano Bch (954) 785-7100 | " | " |
| Tec 20 | Palm Bch Acura WPB (561) 686-3300 | " | " |
| Tec 20 | Eddie Accardi Subaru Pomp Bch (954) X443-6700 | " | " |
| Dec 27 | Delray Subaru Delray Bch (561) 276-7800 | " | " |
| Dec 27 | Alpine Motors Ft Laud (954) 463-2554 | " | " |
| Jan 3 | Rick Case Hyundai Ft Laud (954) 581-5865 | " | " |
| Jan 3 | King Oldsmobile Deerfield Bch (954) 421-3330 | " | " |
| Jan 10 | Don Burns Oldsmobile Delray Bch (561) 278-7331 | " | " |
| Jan 10 | Eddie Accardi Mazda Pompano Bch (954) 941-8600 | " | " |
| Jan 17 | (West Palm Infiniti) WPB (561) 684-1234 | " | " |
| Jan 17 | Rick Case Acura Ft Laud (954) 587-1114 | " | " |
| Jan 24 | Ordios Ft Buick Pompano Bch (954) 781-7700 | " | " |
| Jan 24 | Ed Morse Bayview Cadillac Ft Laud (954) 563-6331 | " | " |
| Jan 31 | Maroone Dodge Pompano Bch (954) 942-5100 | " | " |
| Jan 31 | Armstrong Ford Pomp Bch (561) 781-5100 | " | " |
| Feb 8 | Coral Cadillac Pomp Bch (954) 456-1800 | " | " |
| Feb 8 | Lou Bachrodt Chev. Pomp Bch (954) 971-3000 | " | " |
| Feb 15 | Lou Bachrodt Chev. Coconut Crk (954) 247-3000 | " | " |
| Feb 15 | Steve Moore Chev Delray Bch (561) 930-3225 | " | " |
| Feb 22 | OC Taylor Delray Bch (561) 421-9181 | " | " |
| Feb 22 | Wallace Lincoln-Merc Delray Bch (561) 278-4292 | " | " |
| Feb 29 | | | |
| Feb 29 | | | |

**LOG OF JOB SEARCH EFFORTS**

Date Sept 20

Type of Contact   Potential Employer

- ✓ Letter
- ✓ Interview
- ___ Phone call
- ___ Other:

Employer Name: Sherwood Honda
Address: So Fed. Hwy.
City: Delray Bch FL
Phone No.: (561) 272-3000
You spoke with: Service mgr.

**Result:** Never called after many attempts to reach him.

---

Date Sept 20

Type of Contact   Potential Employer

- ✓ Letter
- ___ Interview
- ___ Phone call
- ___ Other:

Employer Name: Vista BMW
Address: 7000 Federal Hwy
City: Pompano Bch FL
Phone No.: (954) 942-7400
You spoke with:

**Result:** Did not call

---

Date Sept 27ᵗʰ

Type of Contact   Potential Employer

- ___ Letter
- ✓ Interview
- ___ Phone call
- ___ Other:

Employer Name: Ralph Isuzu
Address: 2501 So Fed Hwy
City: Delray Bch FL
Phone No.: (561) 278-9955
You spoke with: Service Director

**Result:** Did not need me

**LOG OF JOB SEARCH EFFORTS**

Date Oct. 4th

Type of Contact  Potential Employer

- [✓] Letter
- [ ] Interview
- [ ] Phone call
- [ ] Other:

Employer Name: JM Lexus
Address: 5350 W Sample Rd.
City: Margate
Phone No.: (954) 972-5200
You spoke with: Service mgr.

Result: Don't need anyone

---

Date Oct 4

Type of Contact  Potential Employer

- [✓] Letter
- [ ] Interview
- [ ] Phone call
- [ ] Other:

Employer Name: Ed Morse Toyota
Address: 2700 Federal Hwy.
City: Delray Beach
Phone No.: (561) 276-5000
You spoke with: —

Result: Did not call

---

Date Oct 4

Type of Contact  Potential Employer

- [✓] Letter
- [ ] Interview
- [ ] Phone call
- [ ] Other:

Employer Name: Ed Morse Honda
Address: 5000 Federal Hwy.
City: Ft Lauderdale
Phone No.: (954) 714-1100
You spoke with: —

Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Oct 11

Type of Contact  Potential Employer

| | |
|---|---|
| ___ Letter | Employer Name: DaeWoo |
| ___ Interview | Address: S Fed. Hwy |
| ✓ Phone call | City: Pompano Bch |
| ___ Other: | Phone No.: (954) 942-5022 |
| | You spoke with: Service Mgr. |

Result: Hiring freeze

------------------------------------------------------------

Date Oct 11

Type of Contact  Potential Employer

| | |
|---|---|
| ✓ Letter | Employer Name: Ft Lauderdale Landrover |
| ___ Interview | Address: 5800 N Federal Hwy. |
| ___ Phone call | City: Ft Laud |
| ___ Other: | Phone No.: (954) 493-5000 |
| | You spoke with: |

Result: Did not call

------------------------------------------------------------

Date Oct 18

Type of Contact  Potential Employer

| | |
|---|---|
| ✓ Letter | Employer Name: Scott Infiniti |
| ___ Interview | Address: 5320 N Fed Hwy |
| ___ Phone call | City: Lighthouse Pt |
| ___ Other: | Phone No.: (954) 360-9400 |
| | You spoke with: |

Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Oct 25

Type of Contact  Potential Employer

✓ Letter
__ Interview
__ Phone call
__ Other:

Employer Name: Berton Volvo
Address: 2201 N Fed Hwy
City: Delray Bch
Phone No.: (561) 243-4800
You spoke with:

Result: Did not call

------------------------------------------------------------

Date Oct 25

Type of Contact  Potential Employer

✓ Letter
__ Interview
__ Phone call
✓ Other: Stopped by

Employer Name: King Mitsubishi
Address: 4250 N Fed Hwy
City: No Pompano Bch
Phone No.: (954) 941-5880
You spoke with: Service mgr.

Result: Don't need anyone

------------------------------------------------------------

Date Oct 25

Type of Contact  Potential Employer

__ Letter
✓ Interview
__ Phone call
__ Other:

Employer Name: Ed Morse Toyota
Address: 2700 S Fed Hwy
City: Delray Bch
Phone No.: (561) 276-5000
You spoke with: Service mgr?

Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Nov 1

Type of Contact  Potential Employer

- ✓ Letter
- ___ Interview
- ✓ Phone call
- ✓ Other: Stopped by

Employer Name: Delray Mitsubishi/Suzuki
Address: 2225 S Fed Hwy
City: Delray Bch
Phone No.: (561) 276-7800
You spoke with: Service mgr.

Result: Did not call

------------------------------------------------------------

Date Nov 1

Type of Contact  Potential Employer

- ✓ Letter
- ___ Interview
- ___ Phone call
- ✓ Other: Stopped by

Employer Name: Saturn of Delray Beach
Address: S Fed Hwy
City: Delray Bch
Phone No.: (561) 276-7800
You spoke with: Service mgr.

Result: Don't need anyone

------------------------------------------------------------

Date Nov 8

Type of Contact  Potential Employer

- ✓ Letter
- ___ Interview
- ___ Phone call
- ___ Other:

Employer Name: Fairbanks Mazda
Address: Sample Rd & 441
City: Coconut Crk.
Phone No.: (954) 974-1888
You spoke with: ___

Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Nov 15

Type of Contact   Potential Employer

    ✓ Letter          Employer Name: Champion Audi
    __ Interview       Address: I95 & Copans
    __ Phone call      City: Pompano Bch
    __ Other:          Phone No.: (954) 946-4020
                       You spoke with: —

    Result: Did not call

------------------------------------------------------------------

Date Nov 22

Type of Contact   Potential Employer

    ✓ Letter          Employer Name: Endicott Isuzu
    __ Interview       Address: 1345 S Fed Hwy
    __ Phone call      City: Pompano Bch
    __ Other:          Phone No.: (954) 781-7700
                       You spoke with: —

    Result: Did not call

------------------------------------------------------------------

Date Nov 22

Type of Contact   Potential Employer

    ✓ Letter          Employer Name: King Automall
    __ Interview       Address: 700 E Sunrise Blvd.
    __ Phone call      City: Ft Laud
    __ Other:          Phone No.: (954) 764-2122
                       You spoke with: —

    Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Nov 15

Type of Contact  Potential Employer

   ✓ Letter            Employer Name: Coconut Creek Mitsubishi
   __ Interview         Address: 4950 N SR 7
   __ Phone call       City: Coconut Creek
   __ Other:            Phone No.: (954) 263-1000
                     You spoke with: Service mgr.

    Result: Didn't need anyone

---

Date Nov 28

Type of Contact  Potential Employer

   ✓ Letter            Employer Name: Al Hendrickson Toyota
   __ Interview         Address: 5201 W Sample Rd.
   __ Phone call       City: Coconut Creek
   __ Other:            Phone No.: (954) 972-1100
                     You spoke with: __

    Result: Did not call

---

Date Nov 28

Type of Contact  Potential Employer

   ✓ Letter            Employer Name: Goldcoast Saab
   __ Interview         Address: 500 N Fed Hwy
   __ Phone call       City: Pompano Bch
   __ Other:            Phone No.: (954) 784-0524
                     You spoke with: __

    Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Dec 6

Type of Contact  Potential Employer

    ✓ Letter             Employer Name: King Hyundai
    __ Interview          Address: 399 S Fedtway
    __ Phone call         City: Deerfield Bch
    __ Other:              Phone No.: (954) 421-2320
                     You spoke with: __

**Result:** Did not call

---------------------------------------------------------------

Date Dec 6

Type of Contact  Potential Employer

    ✓ Letter             Employer Name: Daewoo of Palm Beach
    __ Interview          Address: 480 S Military Tr.
    __ Phone call         City: WP Beach
    __ Other:              Phone No. (561) 688-2611
                     You spoke with: __

**Result:** Did not call

---------------------------------------------------------------

Date Dec 8

Type of Contact  Potential Employer

    ✓ Letter             Employer Name: Acura of Pompano Bch.
    __ Interview          Address: 940 N Fed Hwy
    __ Phone call         City: Pompano Bch
    __ Other:              Phone No.: (954) 785-7100
                     You spoke with: __

**Result:** Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Dec 13

Type of Contact  Potential Employer

- ✓ Letter
- __ Interview
- __ Phone call
- __ Other:

Employer Name: Palm Beach Acura
Address: 6870 Okeechobee Blvd
City: WP Beach
Phone No.: (561) 686-6300
You spoke with:

Result: Did not call

---

Date Dec 20

Type of Contact  Potential Employer

- ✓ Letter
- __ Interview
- __ Phone call
- __ Other:

Employer Name: Eddie Accardi Subaru
Address: 909 S Fed Hwy
City: Pompano Bch
Phone No.: (954) 943-6700
You spoke with:

Result: Did not call

---

Date Dec 20

Type of Contact  Potential Employer

- ✓ Letter
- __ Interview
- __ Phone call
- __ Other:

Employer Name: Delray Subaru
Address: 2225 S Fed Hwy
City: Delray Bch
Phone No.: (561) 276-7600
You spoke with:

Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Dec 27

Type of Contact   Potential Employer

  ✓ Letter                Employer Name: Alpine Motors
  __ Interview            Address: 1650 E. Sunrise Blvd
  __ Phone call           City: Ft Laud
  __ Other:               Phone No. (954) 463-2554
                          You spoke with: —

  Result: Did not call

------------------------------------------------------------

Date Dec 27 00

Type of Contact   Potential Employer

  ✓ Letter                Employer Name: Rick Case Hyundai
  __ Interview            Address: 441 & Sunrise
  __ Phone call           City: Ft Laud.
  __ Other:               Phone No. (954) 581-5885
                          You spoke with: —

  Result: Did not call

------------------------------------------------------------

Date Jan 3 00

Type of Contact   Potential Employer

  ✓ Letter                Employer Name: King Oldsmobile
  __ Interview            Address: 1399 S Fed Hwy
  __ Phone call           City: Deerfield Beach
  __ Other:               Phone No. (954) 421-8880
                          You spoke with: —

  Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Jan 3 00

Type of Contact  Potential Employer

    ✓ Letter          Employer Name: Dan Burns Oldsmobile
    __ Interview       Address: 2200 S Fed Hwy
    __ Phone call     City: Delray Bch
    __ Other:          Phone No.: (561) 278-7351
                         You spoke with: _

    **Result:** Did not call

------------------------------------------------------------------

Date Jan 10

Type of Contact  Potential Employer

    ✓ Letter          Employer Name: Eddie Accardi Mazda
    __ Interview       Address: 943 S Fed Hwy
    __ Phone call     City: Pompano Bch
    __ Other:          Phone No.: (954) 941-6600
                         You spoke with: _

    **Result:** Did not call

------------------------------------------------------------------

Date Jan 10

Type of Contact  Potential Employer

    ✓ Letter          Employer Name: West Palm Infiniti
    __ Interview       Address: 551 S Military Tr
    __ Phone call     City: WPBch
    __ Other:          Phone No.: (561) 684-1284
                         You spoke with: _

    **Result:** Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Jan 24

Type of Contact  Potential Employer

    ✓ Letter  
    __ Interview  
    __ Phone call  
    __ Other:

Employer Name: Rick Case Acura  
Address: 441 & Sunrise  
City: Ft Laud.  
Phone No.: (954) 587-1114  
You spoke with: —

Result: Did not call

------------------------------------------------------------------

Date Jan 24

Type of Contact  Potential Employer

    ✓ Letter  
    __ Interview  
    __ Phone call  
    __ Other:

Employer Name: Endicott Buick  
Address: 1345 S Fed Hwy  
City: Pompano Bch  
Phone No.: (954) 781-7700  
You spoke with: —

Result: Did not call

------------------------------------------------------------------

Date Jan 24

Type of Contact  Potential Employer

    ✓ Letter  
    __ Interview  
    __ Phone call  
    __ Other:

Employer Name: Ed Morse Baymeas Cadillac  
Address: 1240 N Fed Hwy  
City: Ft Laud  
Phone No.: (954) 563-6331  
You spoke with: —

Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Jan 24

Type of Contact  Potential Employer

- ✓ Letter
- ___ Interview
- ___ Phone call
- ___ Other:

Employer Name: Marcone Dodge of Pompano
Address: Copans & N Fed Hwy
City: Pompano Bch
Phone No.: (954) 942-5100
You spoke with: ___

Result: Did not call

------------------------------------------------------------------

Date Jan 24

Type of Contact  Potential Employer

- ✓ Letter
- ___ Interview
- ___ Phone call
- ___ Other:

Employer Name: Armstrong Ford of Pompano Bch
Address: 1000 N Fed Hwy
City: Pompano Bch
Phone No.: (954) 781-9800
You spoke with: ___

Result: Did not call

------------------------------------------------------------------

Date Jan 24

Type of Contact  Potential Employer

- ✓ Letter
- ___ Interview
- ___ Phone call
- ___ Other:

Employer Name: Coral Cadillac
Address: 5101 N Fed Hwy
City: Pompano Bch
Phone No.: (954) 426-1800
You spoke with: ___

Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Jan 24

Type of Contact   Potential Employer

- ✓ Letter
- ___ Interview
- ___ Phone call
- ___ Other:

Employer Name: Lou Bachrodt Chevrolet
Address: 1801 W Atlantic Blvd
City: Pompano Bch
Phone No.: (954) 971-3000
You spoke with: ___

Result: Did not call

---------------------------------------------------------------

Date Jan 24

Type of Contact   Potential Employer

- ✓ Letter
- ___ Interview
- ___ Phone call
- ___ Other:

Employer Name: Lou Bachrodt Chevrolet
Address: 5500 N SR7
City: Coconut Creek
Phone No.: (954) 247-3000
You spoke with: ___

Result: Did not call

---------------------------------------------------------------

Date Jan 24

Type of Contact   Potential Employer

- ✓ Letter
- ___ Interview
- ___ Phone call
- ___ Other:

Employer Name: Steve Moore Chevrolet
Address: 310 S Fed Hwy
City: Delray Bch
Phone No.: (561) 930-2225
You spoke with: ___

Result: Did not call

**LOG OF JOB SEARCH EFFORTS**

Date Jan 24

<u>Type of Contact</u>   <u>Potential Employer</u>

✓ Letter                Employer Name: CC Taylor Chrysler
__ Interview            Address: 700 N Fed Hwy
__ Phone call           City: Delray Bch
__ Other:               Phone No.: (561) 421-9181
                        You spoke with: —

Result: Did not call

------------------------------------------------------------------

Date

<u>Type of Contact</u>   <u>Potential Employer</u>

__ Letter               Employer Name:
__ Interview            Address:
__ Phone call           City:
__ Other:               Phone No.:
                        You spoke with:

Result:

------------------------------------------------------------------

Date

<u>Type of Contact</u>   <u>Potential Employer</u>

__ Letter               Employer Name:
__ Interview            Address:
__ Phone call           City:
__ Other:               Phone No.:
                        You spoke with:

Result:

**LOG OF JOB SEARCH EFFORTS**

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

    __ Letter            Employer Name:
    __ Interview         Address:
    __ Phone call        City:
    __ Other:           Phone No.:
                     You spoke with:

   **Result:**

-----------------------------------------------------------------

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

    __ Letter            Employer Name:
    __ Interview         Address:
    __ Phone call        City:
    __ Other:           Phone No.:
                     You spoke with:

   **Result:**

-----------------------------------------------------------------

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

    __ Letter            Employer Name:
    __ Interview         Address:
    __ Phone call        City:
    __ Other:           Phone No.:
                     You spoke with:

   **Result:**

**LOG OF JOB SEARCH EFFORTS**

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

   __ Letter     Employer Name:
   __ Interview    Address:
   __ Phone call    City:
   __ Other:     Phone No.:
           You spoke with:

  **Result:**

------------------------------------------------------------------

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

   __ Letter     Employer Name:
   __ Interview    Address:
   __ Phone call    City:
   __ Other:     Phone No.:
           You spoke with:

  **Result:**

------------------------------------------------------------------

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

   __ Letter     Employer Name:
   __ Interview    Address:
   __ Phone call    City:
   __ Other:     Phone No.:
           You spoke with:

  **Result:**

**LOG OF JOB SEARCH EFFORTS**

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

    __ Letter          Employer Name:
    __ Interview       Address:
    __ Phone call      City:
    __ Other:         Phone No.:
                    You spoke with:

   **Result:**

--------------------------------------------------------------------

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

    __ Letter          Employer Name:
    __ Interview       Address:
    __ Phone call      City:
    __ Other:         Phone No.:
                    You spoke with:

   **Result:**

--------------------------------------------------------------------

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

    __ Letter          Employer Name:
    __ Interview       Address:
    __ Phone call      City:
    __ Other:         Phone No.:
                    You spoke with:

   **Result:**

**LOG OF JOB SEARCH EFFORTS**

Date

Type of Contact   Potential Employer

    __ Letter           Employer Name:
    __ Interview        Address:
    __ Phone call       City:
    __ Other:           Phone No.:
                     You spoke with:

    **Result:**

-------------------------------------------------------------------

Date

Type of Contact   Potential Employer

    __ Letter           Employer Name:
    __ Interview        Address:
    __ Phone call       City:
    __ Other:           Phone No.:
                     You spoke with:

    **Result:**

-------------------------------------------------------------------

Date

Type of Contact   Potential Employer

    __ Letter           Employer Name:
    __ Interview        Address:
    __ Phone call       City:
    __ Other:           Phone No.:
                     You spoke with:

    **Result:**

**LOG OF JOB SEARCH EFFORTS**

Date

Type of Contact  Potential Employer

    \_\_ Letter          Employer Name:
    \_\_ Interview       Address:
    \_\_ Phone call      City:
    \_\_ Other:          Phone No.:
                     You spoke with:

    **Result:**

--------------------------------------------------------------------

Date

Type of Contact  Potential Employer

    \_\_ Letter          Employer Name:
    \_\_ Interview       Address:
    \_\_ Phone call      City:
    \_\_ Other:          Phone No.:
                     You spoke with:

    **Result:**

--------------------------------------------------------------------

Date

Type of Contact  Potential Employer

    \_\_ Letter          Employer Name:
    \_\_ Interview       Address:
    \_\_ Phone call      City:
    \_\_ Other:          Phone No.:
                     You spoke with:

    **Result:**

**LOG OF JOB SEARCH EFFORTS**

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

    __ Letter          Employer Name:
    __ Interview       Address:
    __ Phone call      City:
    __ Other:         Phone No.:
                    You spoke with:

    **Result:**

------------------------------------------------------------------

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

    __ Letter          Employer Name:
    __ Interview       Address:
    __ Phone call      City:
    __ Other:         Phone No.:
                    You spoke with:

    **Result:**

------------------------------------------------------------------

<u>Date</u>

<u>Type of Contact</u>  <u>Potential Employer</u>

    __ Letter          Employer Name:
    __ Interview       Address:
    __ Phone call      City:
    __ Other:         Phone No.:
                    You spoke with:

    **Result:**

<u>DECLARATION OF JAMES COCCHIOLA</u>

I, James Chocchiola, declare as follows:

1.    I am a Service Advisor for Coral Springs Honda in Coral Springs, Florida. I was employed in that position from approximately ___1995___ to present.

2.    Steve Taborsky, Service Manager, was my direct supervisor during 1998 and 1999.

3.    Steve Taborsky deducted money from my paycheck for low CSI scores and that money was not refunded to me later.

**I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.**

Executed on April _16_, 2001.

_____
James Cocchiola

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

     Plaintiff,

v.

PAGE BROTHERS ASSOCIATES INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

     Defendant.

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND
## SET OF INTERROGATORIES

     Plaintiff, SHERRY MARTIN ("Martin"), responds to the Second Set of Interrogatories served by the Defendant, as follows: This response by Martin is subject to, and without waiving or intending to waive, but on the contrary intending to reserve and reserving all rights under the Federal Rules of Civil Procedure including the right to object to any other discovery procedures involving or relating to the subject matter of the Defendant's Set of Interrogatories.

### PRELIMINARY STATEMENT

     1.    The following responses are based upon information presently available to Martin which Martin believes to be correct. The responses are made without prejudice to Martin's right to utilize subsequently discovered facts.

     2.    No incidental or implied admissions of fact by Martin are made by the responses below. The only admissions are expressed omissions. The fact that Martin has responded to any request herein may not properly be taken as an admission that Martin accepts or admits the

existence of any facts set forth or assumed by such a Request for Production, or that such response constitutes admissible evidence. The fact that Martin has produced documents in response to part of or all of any request for production is not intended to, and shall not be, construed to be a waiver by Martin of all or any part of any objection to any request for production made by Martin.

     3.     This Preliminary Statement is incorporated into each of the responses set forth below.

## MARTIN'S RESPONSE TO DEFENDANT'S SECOND SET OF INTERROGATORIES

### INTERROGATORY NO. 1

Martin objects to Interrogatory No. 1 as calling for information protected by the work product and attorney-client privileges, as witness statements taken by lawyers were the exact item that the Supreme Court in *Hickman v. Taylor* held were privileged. Notwithstanding those objections, and without waiving same, Martin states that she has not interviewed any of the people called for by the Interrogatory, and thus no response can be given.

### INTERROGATORY NO. 2

Martin objects to this Interrogatory on the basis that it is an all-encompassing interrogatory that asks Martin to explain her entire case. Such interrogatories are improper, as Martin should not have to give a detailed explanation as to the relevance of every document in this case. In addition, Martin objects on the basis that responding to the Interrogatory would be unduly burdensome, and would violate the work-product and attorney-client privileges, because Martin could not answer it without disclosing his personal thought about the case.

2

## INTERROGATORY NO. 3

The only company listed in response to Interrogatory No. 12 of Defendant's First Set of Interrogatories was Black Forest Racing. Martin is an office manager there. Her job duties consist of customer service, writing repair orders, giving estimates for repair work, and billing. Martin's compensation consists of $700.00 per month salary, with no benefits of any kind. Martin works approximately 35 hours per week. Martin's supervisor is Sean Forbes who owns the company. The address of the company is:

    1208 Georgia Street
    Delray Beach, Florida 33444

Sean Forbes has supervised Martin the entire time that she has worked there. Martin has received no discipline, and no awards or commendations.

## INTERROGATORY NO. 4

The only court cases that Martin has been involved in were two divorces, both of which took place in Palm Beach County. One divorce was against George Leland Arters (during which Martin was represented by Larry Lavale), and the other was against Jeffrey Martin (where Martin was *pro se*). In both cases divorce decrees were issued. Martin did not provide sworn testimony in either case.

Social Security Administration
Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: November 5, 1999
Claim Number: 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HA

SHERRY A MARTIN
867 SW 9TH TERR
BOCA RATON, FL 33486-5459
Iıllıııllılıllıllıllıılıllılıllıllıllıllıllıllılıllıllıllıllıllıllılıllılıllıllılıllıll

You are entitled to monthly disability benefits beginning February 2000.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 27, 1999.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is February 2000.

**What We Will Pay And When**

- You will receive $734.00 for February 2000 around March 8, 2000.

- After that you will receive $734.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

**Other Social Security Benefits**

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

Enclosure(s):
Pub 05-10153

C                            See Next Page

## Your Responsibilities

You are due disability benefits because you are expected to be disabled under our rules for at least 5 full calendar months. Therefore, you should let us know if your health improves or you are able to return to work.

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A state or other public or private vocational rehabilitation provider may contact you to talk about their services. The rehabilitation provider may offer you counseling, training, and other services that may help you go to work. To keep getting disability benefits, you have to accept the services offered unless we decide you have a good reason for not accepting.

You do not have to wait to be contacted about vocational rehabilitation services. You can contact the nearest state vocational rehabilitation office directly and let them know that you are interested in receiving services.

If you go to work, special rules can allow us to continue your cash payments and health insurance coverage. For more information about how work and earnings may affect disability benefits, you may call or visit any Social Security office. You may wish to ask for any of the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

- How Social Security Can Help With Vocational Rehabilitation (SSA Publication No. 05-10050).

### Do You Disagree With The Decision?

If you think we are wrong, you have the right to appeal. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**If You Want Help With Your Appeal**

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

**If You Have Any Questions**

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-561-278-2658. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE 1
> 310 SE FIRST STREET
> DELRAY BEACH, FL 33483

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Carolyn W. Colvin*

Carolyn W. Colvin
Deputy Commissioner
for Operations