UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6037-CIV-FERGUSON/SNOW

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

## PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY PURSUANT TO PLAINTIFF'S SIXTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

Plaintiff, SHERRY MARTIN ("Martin"), through her undersigned attorneys, files this Reply Memorandum in Support of Plaintiff's Motion to Compel Discovery Pursuant to Plaintiff's Sixth Request for Production of Documents to Defendant, and states:

1.  Martin cited in her Motion to Compel two orders from this Court, wherein it had recently compelled the production of financial information. In light of this precedent, *the Defendant provided some of the requested financial discovery* (on April 5, 2001) and objected to other parts, claiming that Martin is solely attempting to harass and annoy the Defendant.

2.  Martin is not solely attempting to annoy and harass the Defendant.

3.  Because the Defendant produced some of the requested financial information, Martin will agree to stay her current Motion to Compel, *except* that Martin requests that the Court compel the Defendant to produce its gross sales and revenue figures for the years 1999 and 2000. Martin desires this information because the Defendant has not yet provided it, and

because this Court recently heavily relied on the case *Deters v. Equifax Credit Information Servs., Inc.*, 202 F.3d 1262 (10th Cir. 2000) in its order compelling financial discovery in *Maulden v. C.P.T. of South Florida, Inc.*, Case No. 00-6555-CIV-FERGUSON/SNOW (Dec. 4, 2000).

4. In *Deters*, the court held that gross revenue and sales figures were discoverable and admissible, and this Court in *Maulden* cited that language approvingly.

5. Accordingly, Maulden herein asks that the Court compel gross revenue and sales figures for the years 1999 and 2000, and that Martin will agree to stay a ruling on the remainder of the information which is the subject of her Motion to Compel.

## CONCLUSION

For the foregoing reasons, the Court should compel the Defendant's gross sales and revenue figures for the years 1999 and 2000 to be produced by Defendant within ten (10) days of the Court's Order compelling same.

LORING N. SPOLTER, P.A.
2455 E. Sunrise Blvd.
Suite 807
Fort Lauderdale, Florida 33304
Tel. (954) 728-3494
Fax. (954) 563-2252

By: _____
Loring N. Spolter, Esq.
Fla. Bar No. 0864196

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing had been duly furnished by U.S. mail to: Cathy Stutin, Esq., Fisher & Phillips, P.A., Attorneys for Defendant, One Financial Plaza, Suite 2300, Fort Lauderdale, Florida 33304, this ___ day of April, 2001.

By: _____
Loring N. Spolter, Esq.
Fla. Bar No. 0864196