UNITED STATES DISTRICT OF FLORIDA
SOUTHERN DISTRICT
Ft. Lauderdale Division

SHERRY MARTIN,

CASE NO. 00-6037-CIV-FERGUSON

Plaintiff,

v.    **MEDIATOR'S REPORT**

PAGE BROTHERS ASSOCIATES, INC.

Defendant .
_____/

The parties appeared at mediation with their respective counsel on April 18, 2001.

At its conclusion an impasse was declared.

> Leslie W. Langbein, Mediator
> LANGBEIN & LANGBEIN, P.A.
> 20801 Biscayne Blvd, Suite 506
> Miami, FL 33180
> Tel: (305) 936-8844
> Fax:(305) 936-9840
> E-mail : langbeinpa@aol.com

CERTIFICATE OF SERVICE

I certify that a copy of this report has been sent by first class mail to Loring Spolter, Esq., 2455 E. Sunrise Blvd, Suite 807, Ft. Lauderdale, FL 33304 and to Cathy Stutin, Esq., One Financial Plaza, Suite 2300 Ft. Lauderdale, FL 33394 on 4/19/01.

By:_____
Leslie W. Langbein, Esq.
Fla. Bar No. 305391