**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR 26

SHERRY MARTIN,                             Case No. 00-6037-CIV-FERGUSON

    Plaintiff,

vs.

PAGE BROTHERS ASSOC., INC.,

    Defendant.
_____/

### ORDER DISMISSING CAUSE UPON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court upon the parties' April 26, 2001 Notice of Settlement. Having duly considered the Notice and pertinent portions of the record it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** with prejudice. The Court will retain jurisdiction over this matter for a period of sixty (60) days from the date of this Order to enforce the settlement agreement, should such enforcement prove necessary. Any pending motions are rendered moot by this Order.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 26th day of April, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Cathy Stutin, Esq.
Loring N. Spolter, Esq.

