UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHERRY MARTIN,

    Plaintiff,

v.

PAGE BROTHERS ASSOCIATES,
INC., a Florida corporation, d/b/a
CORAL SPRINGS AUTO MALL,

    Defendant.
_____/

CASE NO. 00-6037-CIV-FERGUSON
Magistrate Judge Snow

## NOTICE OF SETTLEMENT TO THE COURT

The defendant, Page Brothers Associates, Inc. d/b/a Coral Springs Auto Mall, hereby provides notice to the Court that the parties have resolved this case. The parties will submit a Stipulation For Voluntary Dismissal With Prejudice within 30 days.

Date: April 26, 2001

FISHER & PHILLIPS LLP
2300 Bank of America Tower
One Financial Plaza
Fort Lauderdale, Florida 33394
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

By: _____
Cathy M. Stutin
(Fla. Bar No. 0865011)
Francisco Lopez, Jr.
(Fla. Bar No. 0181617)

Attorneys for Defendant



### CERTIFICATE OF SERVICE

I certify that on this date I caused a true and correct copy of the foregoing **NOTICE OF SETTLEMENT TO THE COURT** to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

>Loring N. Spolter, Esquire
>International Building
>2455 E. Sunrise Boulevard
>Suite 807
>Fort Lauderdale, Florida 33304

Date: April 26, 2001