IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHERRY MARTIN,                    CASE NO. 00-6037-CIV-FERGUSON/SNOW

        Plaintiff,

vs.

PAGE BROTHERS ASSOCIATES INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

        Defendant.
_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Sherry Martin, and the defendant, Page Brothers Associates Inc. d/b/a Coral Springs Auto Mall, hereby file this Joint Stipulation of Voluntary Dismissal With Prejudice. The parties agree that this action be hereby dismissed with prejudice, that all pending motions be denied as moot, and that each party is to bear their own attorneys' fees and costs.

By: _____
    Loring N. Spolter, Esquire
    (Fla. Bar No. 864196)
    International Building, Ste. 807
    2455 E. Sunrise Boulevard
    Fort Lauderdale, Florida 33304
    Telephone: (954) 728-3494
    Facsimile: (954) 563-2252

Attorneys for Plaintiff

Dated: June 5, 2001

By: _____
    Cathy M. Stutin
    (Fla. Bar No. 0865011)
    Fisher & Phillips LLP
    2300 Bank of America Tower
    Ft. Lauderdale, Florida 33394
    Telephone: (954) 525-4800
    Facsimile: (954) 525-8739

Attorneys for Page Brothers

Dated: June 5, 2001