IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHERRY MARTIN,                    CASE NO. 00-6037-CIV-FERGUSON/SNOW

    Plaintiff,

vs.

PAGE BROTHERS ASSOCIATES INC.,
a Florida corporation, d/b/a CORAL
SPRINGS AUTO MALL,

    Defendant.
_____/

FILED by ___ D.C.

JUN 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. It appears to the Court that due cause exists to dismiss this matter. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the above cause be and the same is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. All pending motions are denied as moot. This case is closed.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, this 8TH day of _____June_____, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Cathy M. Stutin, Esq.
Loring N. Spolter, Esq.

